FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

2010 MAR 24  PM 1:55

## NOTICE OF LODGING OF COMPLAINT

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Date: 3/24/10

Civil Intake Unit    ☑ Western Division   ☐ Eastern Division   ☐ Southern Division

Case Number: CV10-2124 (JC)

Scott E. Felix _____ VS. _____ Sheriff Patrick Hedge, et al;

Plaintiff has submitted a complaint for filing. Please take notice that the complaint has been lodged and assigned a civil case number. The case has been forwarded to the Magistrate Judge for review.