SCOTT E. FELIX
FULL NAME

N/A
COMMITTED NAME (if different)

SAN LUIS OBISPO COUNTY JAIL
FULL ADDRESS INCLUDING NAME OF INSTITUTION

SHERIFF'S DEPARTMENT
1585 KANSAS AVE, SLO, CA 93401
PRISON NUMBER (if applicable)

JAIL #423084

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SCOTT E. FELIX

550

PLAINTIFF,

v.

SHERIFF PATRICK HEDGE,
ET, AL., SLOSD

DEFENDANT(S).

CASE NUMBER **CV 10 2124 1** (JC)

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? **# 1**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   1. FELIX V. McCARTHY 939 F2d 699 (9TH CIR. 1991)..

   2. FELIX V. HENNESSEY CASE # C01-03138-WHA PENDING JUDGE ALSUP U.S. NOR. CA. DISTRICT...

LODGED

2010 MAR 24 PM 7:30
CLERK U.S. DISTRICT... CENTRAL DIST... LOS ANGELES
BY

a. Parties to this previous lawsuit:
Plaintiff ___SCOTT E. FELIX_____

Defendants ___CDC DIRECTOR McCARTHY_____
___ET. AL, DEFENDANTS_____

b. Court ___UNITED STATES DISTRICT COURT FOR THE___
___NORTHERN DISTRICT OF CALIFORNIA_____

c. Docket or case number _____N/A_____

d. Name of judge to whom case was assigned _____N/A_____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) ___GRANTED, APPEAL BY DEFENDANT DENIED___

f. Issues raised: ___FORCE COMPLETELY UNJUSTIFIED_____
_____

_____

g. Approximate date of filing lawsuit: ___1986 OR 1987_____

h. Approximate date of disposition ___1992_____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

If your answer is no, explain why not _____N/A_____

_____

3. Is the grievance procedure completed? ☑ Yes ☐ No

If your answer is no, explain why not _____N/A_____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___SCOTT E. FELIX_____
(print plaintiff's name)

who presently resides at ___SHERIFF'S DEPT. SAN LUIS OBISPO COUNTY JAIL___,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

___SHERIFF PATRICK HEDGE, LT. M. COLE & SGT. E. RUSHING ET. AL___
(institution/city where violation occurred)

on (date or dates) DEC 13TH 2009, DEC 18TH 2009, JAN 12TH 2010. INCLUSIVE
(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   SHERIFF PATRICK HEDGE                          resides or works at
(full name of first defendant)
SAN LUIS OBISPO SHERIFF'S DEPARTMENT
(full address of first defendant)
1585 KANSAS AVE. SAN LUIS OBISPO, CA 93401
(defendant's position and title, if any)   SHERIFF - CUSTODY OFFICIALS

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANT AS SHERIFF CREATES POLICY &
IS RESPONSIBLE FOR ALL SUBORDINATES AT SLOSD ∞

2.   Defendant   LT. M. COLE                          resides or works at
(full name of first defendant)
SAN LUIS OBISPO SHERIFF'S DEPARTMENT
(full address of first defendant)
1585 KANSAS AVE. SAN LUIS OBISPO, CA 93401
(defendant's position and title, if any)   SLOCJ - SUPERVISOR JAIL OPERATIONS

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANT FOLLOWED POLICY CREATED BY
SHERIFF HEDGE & REFUSE LEGAL PROPERTY ∞

3.   Defendant   SGT. E. RUSHING # 499                          resides or works at
(full name of first defendant)
SAN LUIS OBISPO SHERIFF'S DEPARTMENT
(full address of first defendant)
1585 KANSAS AVE. SAN LUIS OBISPO, CA 93401
(defendant's position and title, if any)   ASSIGNED CUSTODY PROVIDER TO INFELIX

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANTS FOLLOWED POLICY CREATED BY
SHERIFF HEDGE & WITH HELD & DENIED ACCESS TO
PROPERTY WITH DELIBERATE - INDIFFERANCE TO
DENY DEFENDANT LEGAL DEFENSE & ABILITY TO FILE
FEDERAL APPEAL, STATE WRITS & ASSIST ATTORNEY
MATULIS IN THREE - STRIKE CASE ∞

4.  Defendant  ET. AL. SHERIFF PERSONNEL  resides or works at
    (full name of first defendant)
SAN LUIS OBISPO SHERIFF'S DEPARTMENT
(full address of first defendant)
1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401
(defendant's position and title, if any)  PERSONNEL ACTING PER SUPERVISORS

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANTS' SUBORDINATES' PER SUPERVISORS
ACTED IN OFFICIAL CAPACITY TO OBSTRUCT PLAINTIFF.

5.  Defendant  N/A  resides or works at
    (full name of first defendant)
N/A
(full address of first defendant)
N/A
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:  N/A

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

I HAVE BEEN WILLFULLY AND MALIOUSLY DENIED REASONABLE ACCESS TO MY LEGAL PROPERTY AND PRO - SE' WORK PRODUCT BY THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT SHERIFF PATRICK HEDGE, AND HIS CUSTODY STAFF PERSONNLE IN THEIR OFFICIAL CAPACITY, LT. M. COLE, JAIL SUPERVISOR AND SGT. E. RUSHING HAVE WITH DELIBERATE INDIFFERANCE DENIED ME ACCESS TO CURRENT AND ACTIVE CASE LAW MATERIALS IN MY STORED LEGAL PROPERTY AND PRO - SE' WORK PRODUCT... SEE EXHIBIT - 1 SAN LUIS OBISPO COUNTY JAIL INMATE GRIEVANCE APPEAL FORM - APPEAL LOG NUMBER # 5139

SEE ATTACHED SHEET -D

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I WAS REMOVED FROM THE CALIFORNIA DEPARTMENT OF MENTAL HEALTH, COALINGA STATE HOSPITAL, WERE I WAS HOUSED AS CITIZEN FROM SAN FRANCISCO COUNTY UNDER WELFARE AND INSTITUTION CODE SECTION § 6600 ET. SEQ., OF THE SEXUALLY VIOLENT PREDATOR ACT... SEE EXHIBIT - 2 SAN FRANCISCO COURT ORDER DATED OCTOBER 20TH 2006 - COMMITMENT ORDER ATASCADERO STATE HOSPITAL...

WHILE HOUSE AT ATASCADERO STATE HOSPITAL PLAINTIFF WAS CHARGED IN A CRIMINAL COMPLAINT BY THE SAN LUIS OBISPO DISTRICT ATTORNEYS OFFICE DISTRICT ATTORNEY GERALD T. SHEA... SEE EXHIBIT - 3

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

SEE ATTACHED SHEET ⟨SUPPORTING FACTS⟩

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1. ORDER BY THE COURT TO HAVE MY LEGAL PROPERTY AND PRO-SE' LEGAL WORK PRODUCT AFTER BEING SEARCHED BY SAN LUIS OBISPO SHERIFF'S DEPARTMENT RELEASED TO ME FOR HOLDING, RESEARCH, FILING MOVING PAPERS TO THE STATE AND FEDERAL COURTS IN THE FOLLOWING CASES:

A. STATE APPEAL CASE NO. A115717 FIRST DISTRICT COURT OF APPEALS, SAN FRANCISCO SUPERIOR COURT CASE NO. #109100 - FEDERAL APPEAL DUE BY MARCH 27TH 2010 IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA...

B. STATE WRIT OF HABEAS CORPUS IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX>, SUPERIOR COURT CASE NO. 109100 ANNUAL STATE OF CALIFORNIA DEPARTMENT OF MENTAL HEALTH, COALINGA STATE HOSPITAL REPORT FOR RELEASE AND/OR CONTINUED CONFINEMENT PER WELFARE AND INSTITUTION CODE SECTION SS 6600 ET SEQ DR. R. STARRETT PH.D ANNUAL REPORT DATED OCT-21ST 2009...

SEE ATTACHED SHEET - E.

MARCH 17TH 2010
_(Date)_

Scott E. Felix
_(Signature of Plaintiff)_

# D - CLAIMS PAGE - I

THE DEFENDANT'S POLICIES & PROCESS PROCEDURES VIOLATE THE LETTER OF FEDERAL UNITED STATES CONSTITIONAL LAW, & CALIFORNIAS TITLE - 15 LOCAL - JAIL REQUIREMENTS IN COUNTLESS AREAS FOR PROPERTY, & LEGAL WORK PRODUCT FOR REASONABLE LEGAL WORK RESEARCH, & LITIGATION FOR MANY YEARS, & DESERVES FEDERAL INVESTIGATION, & COURTS MONITORING...

THE COUNTY JAILS CONDITIONS, & THE RESTRICTIONS ARE SO EXTREME, & EXCESSIVE THEY DENY BASIC RIGHTS, & GUARANTEES UNDER THE FIRST, 4TH, 5TH, 6TH, 8TH & FOURTEENTH U.S. CONSTITUTIONAL AMENDMENTS BAN ON CRUEL, & UNUSUAL PUNISHMENT AS DESCRIBED UNDER A CITIZENS RIGHT UNDER DUE PROCESS & THE EQUAL PROTECTION CLAUSE...

THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT JAIL CONDITIONS & THEIR PRACTICES SURROUNDING BOTH TREATMENT, & DENIAL OF RIGHTS ARE ARBITRARY, & INTENDED TO

# D - CLAIMS PAGE - II

FOR AN EXAMPLE, THE SHERIFF'S DEPARTMENT POLICY FOR LEGAL WORK, PROPERTY & MATERIAL MAY NOT IN ANY WAY EXCEED #3 POUNDS... SEE SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT COUNTY JAIL INMATE RULES - SECTION - 14 MAIL # G...

THE SHERIFF DEPARTMENT OFFICERS REFUSE TO COPY SAID RULE BOOK FOR A COURT EXHIBIT & EVEN THREATEN PLAINTIFF FOR SEEKING ASSISTANCE IN COPIES CONCERNING THEIR JAILS POLICIES & PROCEDURES, STATING " YOUR NOT PRO - PER IN YOUR CRIMINAL CASE, SO WE DON'T HAVE TO MAKE COPIES FOR YOU..."

AS THE COURT IS AWARE (BELL V. WOLFISH) 441 U.S. 520, 535, 99 S. CT. 1861 - (1979) & BENJAMIN V. MALCOLM 646 F. SUPP 1550 NOTE #3 " INMATES, NOT YET SENTENCED TO PRISON SHOULD BE TREATED AS DETAINEES" AS IN < BELL V. WOLFISH > 441 U.S. AT PAGE 538 -39 " EARLIER... LEAST RESTRICTIVE CONDITIONS POSSIBLE: "

# D - CLAIMS PAGE - III

THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S DEPARTMENT POLICIES and PROCEDURES ARE NOT POSTED and IN VIOLATION OF TITLE - 15 § 1045 PUBLIC INFORMATION PLAN...

SPECIFICALLY "EACH FACILITY STAFF ADMINISTRATOR OF TYPE - I, II, III and IV FACILITY SHALL DEVELOP WRITTEN POLICIES and PROCEDURES FOR DISSEM- INATION OF INFORMATION TO THE PUBLIC OR TO OTHER GOVERNMENT AGENCIES and THE NEWS MEDIA... THE PUBLIC and INMATES SHALL HAVE AVAILABLE FOR REVIEW THE FOLLOWING MATERIAL; "

A. STATE TITLE - 15 OF CALIFORNIA CODE OF REGULATIONS

B. FACILITY RULES and PROCEDURES EFFECTING INMATES AS SPECIFIED IN SECTIONS # 1 §1045 THROUGH §1200 " 20 INCLUSIVE..."

THE SAN LUIS OBISPO COUNTY JAIL SHERIFF DEPARTMENT REFUSES TO PROVIDE ANY CIVIL RIGHTS AS DISCUSSED IN PENAL

# D - CLAIMS PAGE - IV

WHEN PLAINTIFF REQUESTED ACCESS TO HIS LEGAL PROPERTY & LEGAL WORK PRODUCT IT WAS BEHIND THE FACT THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT COUNTY JAIL LAW LIBRARY DOES NOT HAVE ANY OF THE FOLLOWING:

1. FEDERAL WRITS 1983 OR HABEAS:

2. STATE WRITS LONG OR SHORT FORM:

3. LOCAL COUNTY FORMS:

4. CDCR 602 OR B.P.T. FORMS:

5. SDT SUMMONS OR NOTICE APPEAL:

6. SMALL CLAIM FORMS:

7. RESTRAINING ORDER FORMS:

8. UNLAWFUL DETAINER FORMS:

9. PROOF OF SERVICE FORMS:

SEE: EXHIBIT - 9 INTERNAL EXHIBIT A

# D – CLAIMS PAGE – V

## 10. LEGAL BOOKS ALL OUT DATED:

A. CODE OF CIVIL PROCEDURES;

B. CRIMINAL LAW PROCEDURES & PRACTICES;

C. PENAL CODE CALIFORNIA;

D. CDCR TITLE – 15 BARCLAY;

E. CALIFORNIA EVIDENCE CODE;

F. FEDERAL RULE & PROCEDURES;

SPECIAL NOTE: THERE ARE MANY MORE FEDERAL & STATE BOOKS NOT MADE AVAILABLE

## 11. REFUSE INK PENS FOR DETAINEES TO FILE LEGAL MOTIONS & WRITS TO STATE & FEDERAL COURTS.

## 12. LAW LIBRARY TYPE – WRITER IS ALWAYS NON – OPERATIONAL.

THE TACTIC, IS TO FIX AN OLD 1976 TYPE – WRITE & THEN WHEN IT BRAKES AGAIN, TAKE MONTHS TO FIX IT AGAIN FOR THE SAME PROBLEM REPEATEDLY WITH SAME RESULTS.

# D - CLAIMS PAGE - VI

IN ADDITION TO THESE VIOLATIONS
THE SAN LUIS OBISPO COUNTY JAIL
SHERIFF'S DEPARTMENT, VIOLATES
ALL PRE-TRIAL DETAINEES' CIVIL &
CONSTITUTIONAL RIGHTS TO PRIVACY
& CONFIDENTIALITY WITH THERE
PERSONAL LEGAL TELEPHONE CALLS
WHILE WORKING IN ACTIVE CONCERT
WITH THE LOCAL DISTRICT ATTORNEY
TO PROSECUTE CITIZENS...

THE SAN LUIS OBISPO COUNTY JAIL
SHERIFF'S DEPARTMENT COUNTY JAIL
INMATE RULES BY PATRICK HEDGES
STATES IN THE FOLLOWING SECTIONS
ITS OFFICIAL INTENT...

#14. MAIL - SEE EXHIBIT - 9

SECTION - J. ALL MAIL INCOMING
& OUTGOING, WILL BE INSPECTED FOR
CONTRABAND... CORRECTIONAL OFFICER
MAY READ & OR COPY MAIL & IT MAY
BE USED AGAINST YOU IN COURT...

THIS IS A DIRECT VIOLATION OF THE
GOVERNMENTS REQUIRED SEPERATION

# ① - CLAIMS PAGE - VII

## #24. TELEPHONE. SEE EXHIBIT-9

SECTION - J ALL TELEPHONE CONVERSATIONS ARE SUBJECT TO MONITORING & OR RECORDING AND MAY BE USED AGAINST YOU IN COURT...

EVEN WHEN YOU NOTIFY THE JAIL CORRECTIONAL OFFICER YOUR CALLS TO ATTORNEYS, INVESTIGATORS & THE MEDIA ARE BEING RECORDED AS STATED BY THE MESSAGE THEY SAY FILE A COMPLAINT & THEN THEY DENY YOU A COMPLAINT & IT TO LATE...

## #26. VISITING. SEE EXHIBIT-9

SECTION - H SUBSECTION 5 NOTE

VISITORS CONVERSATIONS WITH YOU ARE SUBJECT TO MONITORING & OR RECORDING & MAY BE USED AGAINST YOU IN COURT... IF YOU ARE VISITING WITH AN ATTORNEY, LICENSED PHYSICIAN OR RELIGIOUS ADVISOR, NOTIFY A CORRECTIONAL OFFICER...

# D - CLAIMS PAGE - VIII

THIS IS NOT POSSIBLE BECAUSE
THE OFFICER LEAVES BEFORE YOUR
VISITOR COME & AGAIN TELLS YOU
FILE A COMPLAINT, BUT THE CALL
DURING VISITING ALREADY RECORDED
& SHARED WITH THE SAN LUIS
OBISPO DISTRICT ATTORNEY BY THE
SAN LUIS OBISPO SHERIFF'S JAIL
RECORDING OPERATION...

EACH OF THESE VIOLATIONS ARE IN
NO OTHER TERMS DIRECTLY LINKED
TO THE DENIAL OF MY LEGAL PROPERTY
& PRO-SE' LEGAL WORK PRODUCT TO
CAUSE A DENIAL OF MY DUE PROCESS
& EQUAL PROTECTION CLAUSES WITH
DELIBERATE - INDIFFERENCE...

DENYING PLAINTIFF TO A LEGAL RIGHT
TO ASSISTING HIS ATTORNEY JEAN MATULIS
IN HIS DEFENSE IN THE MATTER OF
< PEOPLE V. SCOTT E. FELIX >, SAN LUIS
OBISPO SUPERIOR COURT CASE # F383996
THREE - STRIKES CRIMINAL MATTER
BEFORE THE HONORABLE JUDGE JOHN
TRICE DEPARTMENT - 6 AS THE LEGAL
PROPERTY IS VITAL TO MY DEFENSE...
SEE ATTACHED EXHIBIT #6 DECLARATION

# D - CLAIMS PAGE - IX

IN ADDITION TO PROVIDING RELATED
EVIDENCE TO HIS OTHER ATTORNEY MS.
JANICE R. MAZUR IN THE FOLLOWING
STATE OF CALIFORNIA APPEAL & FEDERAL
WRIT OF HABEAS CORPUS...

1. PEOPLE V. SCOTT E. FELIX, SAN
   FRANCISCO SUPERIOR COURT CASE
   No. 109100 POST - COMMITMENT ON
   ANNUAL REVIEW, DATED 10/20/2009

2. PEOPLE V. SCOTT E. FELIX, SAN
   FRANCISCO SUPERIOR COURT CASE
   No. 109100 COURT OF APPEALS THE
   FIRST APPELLATE DISTRICT COURT
   CASE No. A115717 - DUE IN THE
   FEDERAL COURT FOR THE NORTHERN
   DISTRICT OF THE UNITED STATES
   BY MARCH - 24TH 2010... SEE ATTACHED
   EXHIBIT -

3. SCOTT E. FELIX V. SHERIFF
   MICHAEL HENNESSEY CASE # CO1-
   3138 - WHA <PR> U.S. DISTRICT
   COURT NORTHERN DISTRICT OF
   CALIFORNIA JUDGE ALSUP...

# D - CLAIMS PAGE - X

EACH OF THESE VIOLATIONS WERE NOT ONLY DELIBERATE ACTS OF THE SHERIFF'S DEPARTMENTS POLICIES & PROCEDURES, BUT ARBITRARY IN THE FORM OF EXCESSIVE RELATION BY SHERIFF PATRICK HEDGE, ASSIGNMENT OF LT. M. COLE & SPECIFICALLY SGT. E. RUSHING AS MY ASSIGNED PROVIDER.

THE RECORD WILL REFLECT THERE IS NO SUCH OFFICIAL, NAME OR POLICY IN THE SAN LUIS OBISPO COUNTY JAIL RULE BOOK OR CDCR TITLE - 15 THAT INVOLVES ASSIGNING A SPECIFIC PROVIDER BY THE JAIL OPERATIONS LT. M. COLE THROUGH SHERIFF PATRICK HEDGES.

THEREFORE, BECAUSE THE UNITED STATES SUPREME COURT HAS ESTABLISHED BEYOND DOUBT A CONSTITUTIONAL RIGHT TO ACCESS THE COURTS. SEE: BOUNDS V. SMITH, 430 U.S. 817, 821, 97 S.CT. 1491 <1977> ALSO SEE: ADAMS V. JAMES, 784 F.2D 1077, 1081-82 -11TH CIR 1986 > "LITIGATION UNDERTAKEN IN GOOD FAITH... ENJOY FIRST AMENDMENT PROTECTION..>

# D - CLAIMS - PAGE - XI

THE DELIBERATE INDIFFERENCE STANDARD HOLDS TRUE HERE ON THE GROUNDS THE DEFFENTANTS WILLFULLY OBSTRUCTED PRE-TRIAL, PRO-SE, DETAINEE TO THE MATERIALS IN HIS LEGAL PROPERTY UNDER THE DUE PROCESS CLAUSE... SEE: CITY OF REVERE V. MASS, GENERAL HOSPITAL, 463 U.S. 239, 244 103 S. CT. 2979 <1983> ALSO SEE: <BOUNDS V. SMITH> ID. AT 822, AS ADDRESSED IN <GILMORE V. LYNCH>, 319 F. SUPP. 105, 111 (N.D. CAL. 1970).

THE COURTS HAVE CONSISTENTLY RULED & HELD THAT DUE PROCESS & EQUAL PROTECTION COMES UNDER A MEANINGFUL COURT ACCESS, WHICH "ENTAILS NOT ONLY THE DRAFTING OF COMPLAINTS & PETITIONS FOR RELIEF BUT ALSO THE DRAFTING OF RESPONSES TO MOTIONS OR APPEALS TO DISMISS & OR THE DRAFTING OF OBJECTIONS TO MAGISTRATES' REPORTS FINDINGS OR DISMISSAL OF APPEAL"...

\* SPECIAL NOTE: SEE: EXHIBIT-9 INTERNAL EXHIBIT - A - JAIL RULE #5 CONTRABAND... PLAINTIFF MUST LONGHAND ALL PLEADING & TO PENCIL. NO PENS ALLOWED !!!

# D - Claims - Page - XII

There Is No "Legal Assistance" Type Of Program & Every Motion, Pleading Or Request For Copying Is Given To The Local District Attorney's Office Per Thier Own Sheriff's Department Policy, As Discussed In (Wolff V. McDonnell), 418 U.S. 539, 579, 94 S. Ct. 2963 (1974) - See: Bounds V. Smith, 430 U.S. At #827 < Action Seeking "Vindication Of Fundamental Rights").

These Cases Are On Point & Show The Inconcert Acts Of Obstructing Plaintiffs Due Process Rights By Seizure & Denial Of My Moving Legal Papers In My Legal Property & Legal Work Product, As Discussed In Leeds V. Watson, 630 F.2d 674, 677 (9th Cir. 1980), County Jails May Have Smaller Law Libraries Then State Prisons, But They Must Provide Some Access To Legal Materials...

The Sheriff's Department Has Taken Steps To Impose Arbitrary & More Retaliatory Acts By Assigning Sgt. E. Rushing As My Provider, This Clearly Hinders Close To Conspiracy...

# D - CLAIMS - PAGE XIII

EACH SEPERATE CLAIM DESCRIBED
IN THIS COMPLAINT SURROUNDS THE
ISSUE OF PLAINTIFF STATUS AS A
PRO - SE' LITIGATOR UNDER THE
6TH AMENDMENT AS DISCUSSED IN
< FARETTA V. CALIFORNIA, 422 U.S.
806, 95 S. CT. 2525 (1975) WHILE
BEING WILLFULLY RESTRICTED BY THE
DEFENDANTS FOR UNJUSTIFIED SPECIFIC
INTERFERENCE OF FILING COURT WRITS
and THIER PREPARATION...

THE RECORD WILL ALSO REFLECT THE
SAN LUIS OBISPO SHERIFF'S DEPARTMENT
POLICIES & PROCEDURES DENY THE RIGHT
TO ACCESS YOUR ATTORNEY, EXCHANGE
MATERIALS and DISCUSS IN ATTORNEY ROOM
DEFENSE STRATEGIES OR PASS MATERIALS
THROUGH SHERIFF PERSONNEL... ONCE
AGAIN THE DEFENDANTS POLICIES IN THE
INMATE RULE BOOK, STATES PRISONER
MAY ONLY MAIL LEGAL MATERIALS, PAPERS
TO HIS ATTORNEY - < FOUR PIECES OF
PAPER > PER ENVELOPE...

SEE: COUNTY JAIL INMATE RULES
#14 MAIL SECTION #E. OUTGOING

# D - CLAIMS - PAGE XIV

THE DEFENDANTS HAVE BUILT A JAIL SYSTEM, THAT EVEN DENIES LOCAL COURT APPOINTED ATTORNIES CONTACT VISITS IN THE COUNTY JAIL WITH THEIR CLIENTS, WHILE ALSO DENYING THEIR RIGHT TO EXCHANGE LEGAL PAPERS, MOTIONS and OTHER MATERIALS AFTER APPROPRIATE CONTRABAND INSPECTION BY SHERIFF OFFICERS... THE DENIAL OF THIS RIGHT IS UNREASONABLE & EXCESSIVE BY THE SHERIFF'S DEPARTMENT. SEE: < CHING V. LEWIS >, 895 F. 2D 608, 610 < 9TH CIR. 1990 > ALSO SEE: < PROCUNIER V. MARTINEZ > 416 U.S. 396, 419, 94 S. CT 1800 < 1974 >...

THUS, THE DEFENDANTS POLICIES and PRACTICES & PROCEDURES ARE WITHOUT QUESTION AN UNJUSTIFIABLE OBSTRUCTION BECAUSE OF THIER ARBITRARY JAIL RESTRICTIONS WHICH CLEARLY HAVE OBSTRUCTED MR. FELIX'S RIGHT TO PREPARE HIS LEGAL DEFENSE WITH HIS ATTORNEY IN HIS < THREE - STRIKE > CASE, HE WAS PRO - PER IN FOR MANY MONTHS PRIOR TO COUNSEL BEING APPOINTED, & TRIAL BEING SET FOR 2/23/2010 & I STILL WAS DENIED MY LEGAL PROPERTY...

# D - CLAIMS - PAGE XV

DEFENDANTS DENIAL TO ACCESS LEGAL PROPERTY & LEGAL WORK PRODUCT WAS IN DENIAL OF OBSERING PLAINTIFF'S DUE PROCESS RIGHTS TO ASSIST HIS ATTORNEY IN HIS DEFENCE BUT ALSO ACCESS THE COURTS IN THOSE PENDING FEDERAL & STATE CASES AS DESCRIBED IN THE SUPPORTING FACTS / REQUEST FOR RELIEF SECTION OF THIS COMPLAINT.

PLAINTIFF HAS NO PLAIN OR ADEQUATE ADMINISTRATIVE REMEDY OR RELIEF BY STATE OF CALIFORNIA SUPERIOR COURT FOR WHEN MY ATTORNEY JEAN MATULIS ASKED FOR A COURT ORDER WITH MR. FELIX ON FEB 5TH 2010 DUE TO THE FACT PLAINTIFF HAD TANGABLE LEGAL EVIDENCE IN HIS LEGAL PROPERTY TO TURN OVER IN HIS DEFENSE TO HIS ATTORNEY, THE COURT ORDERED. SEE EXHIBIT - 6 " THE COURT DIRECTS THE SHERIFF DEPARTMENT ALLOW THE DEFENDANT ACCESS TO HIS LEGAL PROPERTY." THIS OCCURRED #1 TIME FOR #20 MINS & NEVER AGAIN... *

*

MS. MATULIS CAN TESTIFY TO THIS: PHONE (805) 927 - 1990 ATTORNEY AT LAW

# D - CLAIMS - PAGE XVI

THEREFORE SINCE THE PLAINTIFF IS A PRE-TRIAL DETAINEE PRESUMPTION OF INNOCENCE & THE DEFENDANTS HAVE VIOLATED THOSE RIGHTS DESCRIBED UNDER <BELL V. WOLFISH>, 441 U.S. AT # 538-39 INCLUSIVE...

CLEARLY THE DEFENDANTS' ACTIONS' HAVE BEEN "ARBITRARY & PURPOSELESS' WITH INTENT To RESTRICT & INFRINGE ON SPECIFIC CONSTITUTIONAL GUARANTEES' SUCH AS THE 1ST 4TH, 6TH 8TH & THE 14TH AMENDMENTS' IN THIS CASE...

CORDIALLY SUBMITTED

Scott E. Felix

3/17/2010                    SCOTT EMERSON FELIX

# SUPPORTING FACTS - I

ON THE 6TH OF NOVEMBER 2009, PER THE ORDER OF JUDGE JOHN TRICE SAN LUIS OBISPO, SUPERIOR COURT DEPARTMENT - 6, I WAS TAKEN INTO CUSTODY BY THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT FROM THE CALIFORNIA DEPARTMENT OF MENTAL HEALTH, COALINGA STATE HOSPITAL TO STAND TRIAL ON THE CRIMINAL FILED COMPLAINT... SEE EXHIBIT - 3

THE RECORD SHOULD REFLECT THAT PRIOR TO HOUSING IN THE SAN LUIS OBISPO COUNTY JAIL, I HAD DISCUSSED MY CONCERNS WITH THE SHERIFF'S DEPARTMENT CLASSIFICATION SGT. THOMPSON ABOUT MY PROPERTY & THE PENDING FEDERAL and STATE APPEALS I WAS PRO - SE' COUNSEL IN & WHAT WOULD BE A REASONABLE AMOUNT OF LEGAL PROPERTY... SEE EXHIBIT - 1

AFTER DISCUSSING THE AMOUT OF LEGAL & PERSONAL PROPERTY I HAD AT COALINGA STATE HOSPITAL, E.G. #14 BANKS BOXES, #1 COMPUTER & #1 PRINTER WE AGREED TO #3 BOXES, AS CITE IN PROPERTY SHEET. EXHIBIT - 7

# SUPPORTING FACTS - II

This Agreement was Based off Sgt. Thompsons' Prior Knowledge of The Amount of Legal & Personal Property During A Transportation Transfer Of Plaintiff Mr. Felix A Year Earlier, When He Personally Transported Me From Coalinga State Hospital To The Count Jail When I Brought #14 Boxes, My Laptop Computer & Printer...

Whereforε, As Discussed In The D - Claims Section & Exhibit - 1 The San Luis Obispo Sheriff's Department Inmate Grievance Appeal Form - Appeal Log Number #5139 I Believe That Agreement Is Not Only Binding But Reasonable With Respect To The Amount Of Pending Litigation In #3 Seperate Moving & Active Federal & State Cases As A Pro-Se' Litigant Who Is Not Only Responding To Magistrates Orders By Filing A Federal Appeal In The Matter Of <People V. Felix>, First Appellate District, Case No. A115717... See Exhibits - 4

# SUPPORTING FACTS - III

In Addition To Filing Motions, Writs & Post-Commitment Annual Review Papers In The Following:

1. State Appeal Case No. A115717 District Court Of Appeals, San Francisco Superior Court # 109100 On Federal Appeal, Due Date March 27th 2010, In The United States District Court For The Northern District Of California.

2. State Writ Of Habeas Corpus, In The Matter Of < People v. Scott E. Felix > Superior Court Case No. 109100 - Annual Review By Court On Indeterminate Civil Commitment, Per Welfare And Institution Code Section § 6600.

3. State Of California < Three - Strikes > Case In The Matter Of < People v. Scott E. Felix > Case # F383996 For The City & County Of San Luis Orispo California In Department - 6 Before Judge Trice.

# SUPPORTING FACTS - IV

THEREFORE, SINCE PLAINTIFF ACTED IN GOOD FAITH WITH THE VERBAL AGREEMENT MADE WITH SHERIFF'S DEPARTMENT CLASSIFICATION SGT. THOMPSON & THE FACTUAL MOVING THREE CASES DESCRIBED IN THE COMPLAINT & SUPPORTING FACTS GIVE PROOF OF EMERGENCY ORDER BY THE COURT TO PROVIDE RELIEF & A REMEDY TO THE DEFENDANTS ACTS OF ARBITRARY DELIBERATE, GROSS INDIFFERANCE WITH THE DENIAL OF MR. FELIX'S PRO -SE' LEGAL PROPERTY.

FURTHERMORE, THE DEFENDANT IN THEIR OWN RESPONSES CITE NO TYPE OF < SAFETY OR SECURITY > REASON & CONTINUE TO RECITE A COUNTY JAIL INMATE RULES OF #3 LBS OF LEGAL PROPERTY. CLEARLY, THIS POLICY IS NOT ONLY OVERBOARD, IT CITED UNDER A MAIL RULE NOT A LEGAL PROPERTY RULE. SEE RULE -#14 SUBSECTION G.

" YOU WILL NOT KEEP MORE THE TEN #10 PERSONAL LETTERS OR MORE THREE #3 LBS OF LEGAL MAIL IN YOUR HOUSING UNIT."

# SUPPORTING FACTS - V

THE DEFENDANTS, & THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S RULE BOOK DOES NOT HAVE ANY CURRENT POLICY OR PROCEDURE FOR THE SPECIFIC ISSUE OF "LEGAL PROPERTY & OR PRO-SE' LEGAL WORK PRODUCT" FOR PRE-TRIAL DETAINEES OR PRISONERS OF THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT COUNTY JAIL LIKE MR. FELIX OR ANY OTHER PERSON...

PLAINTIFF, THEREFORE MOVES THE COURT ACCEPT THE COMPLAINT ON ITS FACE & TAKE JUDICAL NOTICE TO EACH FACT, VIOLATION & POLICY AS BEING EXTREME & NOT BY STATE OR FEDERAL STANDARD CONSTITUTIONAL LEGAL FOR PRE-TRIAL DETAINEES LIKE MR. FELIX... SEE EXHIBIT - 8

CORDIALLY SUBMITTED

3/17/2010

Scott E. Felix
SCOTT EMERSON FELIX

# E - REQUEST FOR RELIEF - I

C. STATE OF CALIFORNIA < THREE STRIKES > CASE IN THE MATTER OF < PEOPLE V. SCOTT E. FELIX > CASE No. F383996 FOR THE CITY & COUNTY OF SAN LUIS OBISPO CALIFORNIA IN DEPARTMENT - 6 BEFORE JUDGE TRICE...

2. ISSUE A DECLARATORY JUDGMENT STATING THAT:

A. THE DEFENDANTS' SHERIFF POLICY CONCERNING PRE - TRIAL DETAINESS LEGAL PROPERTY & LEGAL WORK PRODUCT VIOLATES THE PLAINTIFF'S RIGHTS UNDER THE 1st 4th 6th 8th & 14th AMENDMENTS TO THE UNITED STATES CONSTITUTION TO ACCESS THE COURT, FILE MOVING PAPERS & RESEARCH HIS PRO - SE' LEGAL PROPERTY & WORK PRODUCT IN HIS DEFENSE & MEET COURT TIME LIMITATIONS FOR FILING TO THE COURTS BY SHERIFF PATRICK HEDGES, LT. M. COLE, SGT. E. RUSHING, ET. AL. DEFENDANTS...

# E - REQUEST FOR RELIEF - II

B. DEFENDANT M. COLE FAILURE TO TAKE ACTION TO STOP THE VIOLATIONS AGAINST PLAINTIFF WHICH VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE 1ST, 4TH, 6TH, 8TH & 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION A DENIAL OF DUE PROCESS, DENIAL OF CRIMINAL DEFENSE IN THREE - STRIKES CASE & FEDERAL WRIT OF HABEAS CORPUS IN INVOLUNTARY CIVIL COMMITMENT UNDER STATE & FEDERAL DUE PROCESS RIGHTS...

C. DEFENDANT E. RUSHING ACTIONS AS ASSIGNED SHERIFF'S DEPARTMENT "PROVIDER" WITH APPROVAL OF HIS IMMEDIATE SUPERVISORS LT. M. COLE & SHERIFF PATRICK HEDGES ACTED IN HIS OFFICIAL CAPACITY TO ENFORCE A UNREASONABLE & ARBITRARY CAPRICIOUS POLICY IN EXCESSIVE FORMS OF NONE SAFETY & SECURITY RESTRICTIONS TO WILLFULLY OBSTRUCT PLAINTIFFS DUE PROCESS RIGHTS UNDER THE 1ST, 4TH, 6TH, 8TH & 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION. A DENIAL OF DUE PROCESS, DENIAL OF CRIMINAL

# E - REQUEST FOR RELIEF - III

DEFENSE IN THREE STRIKES CASE,
& ABILITY TO FILE FEDERAL WRIT OF
HABEAS CORPUS IN INVOLUNTARY CIVIL
COMMITMENT UNDER STATE & FEDERAL
DUE PROCESS RIGHTS...

D. DEFENDANT SHERIFF PATRICK HEDGE,
LT. M. COLE, SGT. E. RUSHING, ET,
AL, SAN LUIS OBISPO COUNTY JAIL SHERIFF
PERSONNEL ACTIONS IN FAILING TO
PROVIDE ADEQUATE SHERIFF'S POLICY
& PROCEDURES FOR THE FOLLOWING:

1. LEGAL PROPERTY & WORK PRODUCT
   FOR PRE - TRIAL DETAINEES IN
   PRO · SE' LITIGATION STATUS...

2. MAINTAINE A LAW LIBRARY WITH
   THE FOLLOWING:

A. FEDERAL & STATE WRIT FORMS;
B. OPERATIONAL TYPE - WRITTER:
C. INK PENS, TYPING/PLEADING PAPER
D. STATE TITLE - 15 CDCR HANDBOOK
E. CONFIDENTIAL COPYING LEGAL WORK
F. POLICY WHICH DOES NOT SHARE
   LEGAL WORK, MOTION ETC, ETC,
   WITH SLO DISTRICT ATTORNEY...

# E - REQUEST FOR RELIEF - IV

3. CONTACT ATTORNEY - CLIENT LEGAL VISITS WITH PROCEDURE THAT ALLOWS NO MONITORING OF THE LEGAL VISIT & THE OPPORTUNITY TO EXCHANGE PROPERLY INSPECTED LEGAL MATERIAL...

4. CONFIDENTIAL & PRIVATE LEGAL PHONE CALLS BETWEEN ATTORNEY & CLIENT DURING LEGAL PHONE CALLS ON SHERIFF VISITING ROOM PHONE & OUTSIDE PUBLIC PHONE LINE AS PRE - TRIAL DETAINEES/CITIZENS.

DEFENDANTS IN OFFICIAL CAPACITY ACTED IN GROSS NEGLECT TO PLAINTIFFS DUE PROCESS RIGHTS UNDER THE 1ST, 4TH, 6TH, 8TH & 14TH AMENDMENTS TO THE U.S. CONSTITUTION BY IN NO OTHER TERMS CAPRICIOUSLY APPLYING AN UNREASONABLE & VERY EXCESSIVE POLICY FOR NONE SAFETY & SECURITY RESTRICTION... UNDER THIER INDIVIDUAL STATUS AS THEY CREATED A "PROVIDER" FOR MR. FELIX ILLEGALLY TO HAVE THEM CONSPIRE AGAINST PLAINTIFFS DUE PROCESS RIGHTS

# E - REQUEST FOR RELIEF - V

IN ADDITION TO OBSTRUCTING MR. FELIX'S DEFENSE IN THE CRIMINAL < THREE STRIKE >, WHILE DENYING HIS LEGAL ABILITY TO FILE FEDERAL WRITS OF HABEAS CORPUS IN HIS INVOLUNTARY CIVIL COMMITMENT UNDER STATE & FEDERAL DUE PROCESS RIGHTS...

3. ISSUE AN INJUNCTION ORDERING DEFENDANTS SHERIFF PATRICK HEDGE, LT. M. COLE, SGT. E. RUSHING, ET. AL., SHERIFF PERSONNEL (WITH THEIR AGENTS & LAWYERS...

A. CREATE REASONABLE LEGAL WORK & LEGAL WORK PRODUCT POLICY WITH RECOMMENDATIONS BY COURT OF #6 SQUARE FEET IN CELL & REASONABLE AMOUNT IN STORAGE WITH ACCESS CASE BY CASE...

B. CREATE #24 HOUR REASONABLE ACCESS SCHEDULE BLOCK BY BLOCK WITH SPECIFIC TIMES FOR EACH OF THE HOUSING UNIT FOR #2 HOURS EVERY OTHER DAY & THREE TIMES EVERY DAY FOR PRO-SE DETAINEES, EITHER CRIMINAL OR LITIGATION...

# E - REQUESTS FOR RELIEF - VI

C. CREATE CONTACT CONFIDENTIAL ATTORNEY - CLIENT VISITING ROOMS.

D. CREATE NONE RECORDING PHONE POLICY FOR PUBLIC PHONES and THE PRE - TRIAL DETAINEE ATTORNEY CLIENT PHONE CALLS.

E. DISCONTINUE SHERIFF SAN LUIS OBISPO COUNTY JAIL PROPERTY SHEET ADMIN\LEGAL CLERIC\FORMS\PROPERTY SHEET _07 REV. 9/07 - REPRO 1188.

THE SPECIFIC FORM BY THE SHERIFF STATES THE FOLLOWING:

"MAIL/PHONE VISITING COMMUNICATION MAY BE MONITORED, COPIED AND /OR RECORDED AND MAY BE USED AGAINST YOU IN COURT."

OFFICER INITIALS _____ INMATE _____

SEE EXHIBIT - 7 PROPERT SHEET.

THIS POLICY IS ILLEGAL AS THE (S/O) SHERIFF'S DEPARTMENT IS WORKING,

# E - REQUESTS FOR RELIEF - VII

IN ACTIVE CONCERT WITH THE (S(0))
DISTRICT ATTORNEYS OFFICE IN VIOLATION
OF PUBLIC SEPERATION OF LOCAL LAW
AGENCYS & DEPARTMENTS...

SPECIAL NOTE: THE COURT MAY SEEK
CONTACT OF CALIFORNIA
ATTORNEY GENERAL ON
THIS CONSTITUTION VIOLATION.

F. IMMEDIATELY STOP ALL ILLEGAL
POLICIES & PROCEDURES WHICH
VIOLATE CONSTITIONAL & CALIFORNIA
LAW DESCRIBED IN GOOD FAITH...

G. RELEASE COPIES OF ALL PHONE,
LETTERS & ANYOTHER COMMUNICATION
THE SHERIFF HAS OF THE PLAINTIFF
MR. FELIX JAIL # 423084 & DELETE
ALL RECORDS ILLEGALLY OBTAINED...

4. ISSUE AN INJUNCTION ORDERING THE
DEFENDANTS RELEASE ALL PLAINTIFFS
LEGAL PROPERTY & LEGAL WORK
PRODUCT TO HIM SO HE MAY FILE THE
NEEDED LEGAL MOVING PAPERS TO COURT.

# E - Request For Relief - VIII

5. AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

A. $150,000 JOINTLY & SEVERALLY AGAINST DEFENDANTS SHERIFF PATRICK HEDGES, LT. M. COLE & SGT. E. RUSHING FOR THE DENIAL OF DUE PROCESS & PUNISHMENT & EMOTIONAL INJURY RESULTING FROM THEIR ARBITRARY & CAPRICIOUSLY DENIAL OF PLAINTIFFS' DUE PROCESS RIGHTS & CREATING "PROVIDER"...

6. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

A. $20,000 EACH AGAINST SAID DEFENDANTS SHERIFF PATRICK HEDGE, LT. M. COLE & SGT. E. RUSHING...

7. APPOINTMENT OF LEGAL COUNSEL & INVESTIGATORS TO FURTHER TAKE THE EVIDENCE & U.S. CONSTITUTIONAL VIOLATIONS BEFORE THE COURT & CORRECT WRONGFUL ACTS OF SAN LUIS OBISPO PUBLIC DEPARTMENTS' UNLAWFUL & ILLEGAL ACTS BY THE SHERIFF'S DEPARTMENT...