# E - REQUEST FOR RELIEF - IX

8. GRANT PLAINTIFF WAIVER OF FILING FEES ON THE GROUNDS DESCRIBED IN THE PLAINTIFFS DECLARATION OF FACTS EXHIBIT-8 & THE INTERNAL EXHIBIT-(A) FOR PROOF OF INDIGENT STATUS...

9. GRANT ANY SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST, PROPER & RIGHT IN THE INTEREST OF JUSTICE & THAT PLAINTIFF IS ENTITLED INCLUDING MAKING THIS COMPLAINT A CLASS ACTION...

CORDIALLY SUBMITTED

Scott E. Felix

3/17/2010          SCOTT EMERSON FELIX

SPECIAL FOOTNOTE:

DEFENDANTS REFUSE TO PROCESS INMATE GRIEVANCES, THREATEN & WITH POLICY RETALIATE AGAINST ANY PRE-TRIAL DETAINEES... ALSO HAVE POLICY NO CLASS ACTION COMPLAINTS OR ANY COMPLAINTS AGAINST OFFICERS !!!

EXHIBIT - 1

SAN LUIS OBISPO COUNTY JAIL
INMATE GRIEVANCE APPEAL FORM
APPEAL LOG NUMBER # 5139

A-4

## SAN LUIS OBISPO COUNTY JAIL
# INMATE GRIEVANCE APPEAL FORM

You may appeal any policy, action, or decision which has a significant adverse affect upon you. You must first informally seek relief through discussion with the appropriate staff member who will sign your form and state what action was taken. If you are not then satisfied, you may submit an additional page of comments to the next level. No reprisals will be taken for using the appeals procedure responsibly.

| Name SCOTT E. FELIX | I.D. Number 423084 | Cell Number 606 |
|---|---|---|

A. Describe Problem: I HAVE REQUEST ACCESS TO ALL MY PRO - SE' LEGAL PROPERTY & WORK - PRODUCT SINCE NOV. 6TH 2009 UNTIL NOV. 30TH 2009; SEE ALL INMATE REQUESTS FILED ... I AM PRO - SE' IN THREE SEPERATE COURT LITIGATIONS IN THE MATTER OF < PEOPLE V. SCOTT E. FELIX > SUPERIOR COURT CASE NO. 109100: #1 CASE FEDERAL NO. C01 - 3138 - WHA JUDGE ALSUP UNITED STATES NORTHERN DISTRICT:

IF YOU NEED MORE SPACE, ATTACH ONE ADDITIONAL SHEET    SEE ATTACHED SHEET - I

B. Action Requested: PER SGT. THOMPSON: LAPTOP COMPUTER & OR WITH, I AM REQUESTING ALL #3 BOXES OF LEGAL PROPERTY ON THE GROUNDS I AM PRO - SE' IN THE SAID LITIGATIONS: I COMPLIED WITH BOTH SGT. THOMPSONS ORDER & JUDGE TRICES ORDER TO RETURN TO CSH FOR PICK UP OF PRO - SE' PROPERTY ...

Inmate signature: Scott E. Felix          Date submitted: DEC 13TH 2009

C. Informal Level (Complete within 5 working days)    Date received: _____

Staff response: As stated in the inmate Rule book, you may have -0 to three pounds of Legal mail in your cell at one time. You may exchange this material as needed. Officers have taken you to the Intake Release Center and Allowed you to exchange documents. You will not be Allowed to keep unlimited Amounts of Material in your cell, you will not be Allowed to have A Computer. Request Denied.

Correctional Sergeant, Kitchen/Nursing Supervisor, Mental Health Site Leader: C Rushy cs/491

Date returned to inmate: Dec 17 2009

7/14/10 THERE IS FOOD OR SOME UNKNOWN SUBST.
ON ZND DAYS DEC 1311...

| Appeal Log Number | 5139 |
|---|---|

2nd
COPY

1/15/10
J. COLE

SEE ATTACHED SHEET - 1
RE: LEGAL PROPERTY
DECEMBER 13TH 2009

#2 CASE NO: A115717 FIRST DISTRICT
COURT OF APPEALS - SAN FRANCISCO
SUPERIOR COURT CASE NO # 109100,
FEDERAL APPEAL PENDING:

#3 CASE NO # 109100 ANNUAL REPORT
STATE OF CALIFORNIA DEPARTMENT OF
MENTAL HEALTH COALINGA STATE HOSPITAL
REASON FOR REVIEW: W & I CODE § 6600
ET, SEQ., DR. K. STARRETT PH.D WRIT OF
HABEAS CORPUS...

THE RECORD WILL REFLECT THE
STATE OF CALIFORNIA SAN LUIS OBISPO
SUPERIOR COURT JUDGE TRICE IN
CASE NO. F000383996 ORDERED MY
TRANSFER BACK TO COALINGA STATE
HOSPITAL TO SECURE MY PRO-SE'
LEGAL PROPERTY & WORK PRODUCT
IN THE DESCRIBED MATTERS...

SGT. THOMPSON THE DAY OF MY
RETURN TO CSH DISCUSSED WHAT
AMOUNT WOULD BE AN APPROPRIATE
TO RETURN WITH TO THE COUNTY JAIL
TO KEEP IN MY POSSESSION...

# EXHIBIT - 2

SAN FRANCISCO SUPERIOR COURT
ORDER DATED OCTOBER 20TH 2006
SUPERIOR COURT CASE No # 109100
INDETERMINATE SVP COMMITMENT

408

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - COMMITMENT

# FILED

San Francisco County Superior Court

OCT 2 0 2006

GORDON PARK-LI, Clerk

BY: _R. Lee_

Deputy Clerk

People of the State of California vs. SCOTT FELIX

| | Dept No. | Judge |
|---|---|---|
| 109100 | S27 | MARY MORGAN |

Counsel for the above-named defendant, KEN QUIGLEY, present.

Court has appointed KEN QUIGLEY, private counsel.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | WI | 6600/F | | 01685399 | | |

Case on calendar: TO SET AFTER 6600WI JURY TRIAL.

JURY'S VERDICT ON 10-18-06 FOUND THAT THE ALLEGATION IN THE 6600WI PETITION THAT RESPONDENT IS A SEXUAL VIOLENT PREDATOR IS TRUE. PURSUANT TO WI6604 RESPONDENT IS COMMITTED FOR AN INDETERMINATE TERM TO THE CUSTODY OF THE STATE DEPARTMENT OF MENTAL HEALTH FOR APPROPRIATE TREATMENT AND CONFINEMENT IN A SECURE FACILITY DESIGNATED BY THE DIRECTOR OF MENTAL HEALTH.

THE COURT ORDERS: SHERIFF TO TRANSPORT RESPONDENT, SCOTT FELIX, FORTHWITH TO ATASCADERO STATE HOSPITAL.

THE COURT ORDERS: ANNUAL REVIEW PURS 6605WI FROM ATASCADERO STATE HOSPITAL FOR 10-22-07.

FAX: (415)734-3118.

I hereby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action 10/20/2006 and the minutes of the Superior Court.

GORDON PARK-LI, CLERK

_R. Lee_

PAUL LEE DEPUTY CLERK

# EXHIBIT - 3

SAN LUIS OBISPO SUPERIOR COURT
CASE No. F383996 CRIMINAL
THREE - STRIKES TRIAL DEPT. #6
THE HONORABLE JUDGE J. TRICE

# IN CUSTODY

**FILED**

**NOV 25 2009**

SAN LUIS OBISPO SUPERIOR COURT

BY _~Licia Morais~_

L. Morais, Deputy Clerk

GERALD T. SHEA
DISTRICT ATTORNEY
STATE BAR #62745
COUNTY OF SAN LUIS OBISPO
COURTHOUSE ANNEX, 4TH FLOOR
SAN LUIS OBISPO, CA 93408
TELEPHONE: (805) 781-5800

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN LUIS OBISPO
## DEPARTMENT 6

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff<br><br>vs<br><br>SCOTT EMERSON FELIX<br>  DOB: 02/12/61   ID#: 282120 001   MNID: D000221443<br>  Defendant(s) | ) DA CASE NO: 06-590<br>)<br>) COURT NO: F000383996<br>)<br>)<br>) INFORMATION<br>)<br>)<br>)<br>)<br>)<br>) ARRAIGNMENT DATE:  12/1/2009<br>) |

The District Attorney of the San Luis Obispo County, State of California by this Information accuses the above named defendant(s) of the following offenses occurring in the County of San Luis Obispo, State of California.

## Count 1

On or about APRIL 25, 2005, in the County of San Luis Obispo, the crime of ASSAULT, GREAT BODILY INJURY, in violation of Penal Code section 245(A)(1), a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully commit an assault on XAVIER GARCIA by means of force likely to produce great bodily injury.

## Enhancement 1

It is further alleged that in the commission of the above offense the said defendant(s), SCOTT EMERSON FELIX, personally inflicted great bodily injury upon XAVIER GARCIA, not an accomplice to the above offense, within the meaning of Penal Code section 12022.7 and also causing the above offense to become a serious felony within the meaning of Penal Code section 1192.7(c)(8).

## Count 2

On or about APRIL 25, 2005, in the County of San Luis Obispo, the crime of BATTERY WITH SERIOUS BODILY INJURY, in violation of Penal Code section 243(D), a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully use force and violence upon the person of XAVIER GARCIA, resulting in the infliction of serious bodily injury on such person.

## Enhancement 2

It is further alleged that in the commission and attempted commission of the foregoing offense, that SCOTT EMERSON FELIX personally inflicted great bodily injury on another person, other than an accomplice, within the meaning of Sections 1192.7(c) and 667 and 969F of the Penal Code.

## Count 3

On or about APRIL 14, 2005, in the County of San Luis Obispo, the crime of RESISTING EXECUTIVE OFFICER, in violation of Penal Code section 69, a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully attempt by means of threats and violence to deter and prevent ATASCADERO STATE HOSPITAL POLICE OFFICERS K. O'SHEA, M. WALKER, AND SGT. C. BARNES, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

## Count 4

On or about APRIL 14, 2005, in the County of San Luis Obispo, the crime of RESISTING EXECUTIVE OFFICER, in violation of Penal Code section 69, a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully attempt by means of threats and violence to deter and prevent ATASCADERO STATE HOSPITAL POLICE OFFICERS R. CERVANTES AND H. SHALLENBERGER, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

### Prior 1

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 288A(C) of the PENAL Code, to wit, FORCIBLE ORAL COPULATION, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

### Prior 2

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 220 of the PENAL Code, to wit, ASSAULT WITH INTENT TO COMMIT RAPE, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

### Prior 3

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 288A(C) of the PENAL Code, to wit, FORCIBLE ORAL COPULATION, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

3

## Prior 4

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 261.2 of the PENAL Code, to wit, FORCIBLE RAPE, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

## Prior 5

It is further alleged that said defendant(s), SCOTT EMERSON FELIX, was on or about MAY 21, 1981, in the SUPERIOR Court of the State of CALIFORNIA for the County of SAN FRANCISCO, convicted of the crime of BURGLARY a felony, in violation of section 459 of the PENAL Code, and that said defendant then served a term as described in Penal Code section 667.5 for said offense, and that said defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5(b).

Contrary to the form, force and effect of the statute in such cases made and provided, and against the peace and dignity of the people of the State of California.  This information consists of 4 count(s).


GERALD T. SHEA
DISTRICT ATTORNEY
County of San Luis Obispo
State of California


By: _____          DATED: November 24, 2009
   MATTHEW P. KRAUT
   Deputy District Attorney

5

# SUMMARY PAGE

| Cnt | Charge | Range | Defendant(s) | Special Allegation | Effect |
|-----|--------|-------|--------------|--------------------|--------|
| 001 | PC245(A)(1) | 2,3,4 | Felix, Scott E. | | |
| E01 | | | Felix, Scott E. | | |
| 002 | PC243(D) | 2-3-4 | Felix, Scott E. | PC12022.7 | 3 Yrs |
| E02 | | | Felix, Scott E. | | |
| 003 | PC69 | 16-2-3 | Felix, Scott E. | PC969F | |
| 004 | PC69 | 16-2-3 | Felix, Scott E. | | |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| +1 Yr | | | | Felix, Scott E. | PC667.5(b) |

6

EXHIBIT - 4

ATTORNEY AT LAW
JANICE R. MAZUR
FEBRUARY 18TH 2010
CERTIFIED - MAIL
SHERIFF PATRICK HEDGES

# MAZUR & MAZUR
Attorneys at Law

Janice R. Mazur
William E. Mazur, Jr.

13465 Camino Canada, Suite 106, No.103, El Cajon, California 92021 * Tel: (888) 810-5950
Fax (888) 447-7085 * e-mail: appealslawyer@aol.com

BY FACSIMILE TRANSMISSION AND CERTIFIED MAIL

February 18, 2010

Patrick Hedges
Sheriff's Department
San Luis Obispo County
1585 Kansas Ave.
San Luis Obispo, CA 93401

  Re: Scott E. Felix
   Jail No. 423084, Cell A-4
   Superior Court Case #F383996

Dear Sheriff Hedges:

I am an attorney who has been representing Scott E. Felix in several appeal
matters.  Under separate cover I am forwarding to you by certified mail Mr. Felix's
file from his state court appeal (People v. Felix, San Francisco Superior Court
Case No 109100, Court of Appeal, First Appellate District, Case No. A115717).

I am informed that your department (Jail Inmate Rules section 14, Mail:
subsection G) precludes an inmate from having more than three pounds of legal
mail in his housing unit.  I write today to respectfully request that Mr. Felix be
permitted to keep and maintain access to the documents I am forwarding to you in
addition to other legal papers he already has or needs which are vital to his
defense.

Patrick Hedges
Sheriff's Department
San Luis Obispo County ·
February 18, 2009
Page 2

Mr. Felix is presently housed in San Luis Obispo Jail in connection with a three-strikes criminal matter which is currently pending before Judge Trice in San Luis Obispo Superior Court Case No. F383996. Mr. Felix currently has the maximum amount of documents permitted by your department in his cell in connection with that matter. Those documents are vitally necessary to allow Mr. Felix to assist his counsel, Ms. Jean Matulis, in preparing his defense in that matter.

The materials that I am forwarding to you in Court of Appeal Case No. A115717 relate to a different matter (Mr. Felix's civil commitment pursuant to Welfare & Institutions Code section 6600, et seq.) These materials fill one large accordian folder. However, there are also a large number of Reporter's Transcripts related to the same appeal, (about one banker's box), which are presently in the possession of attorney Matulis. It is imperative that Mr. Felix have access to all of these documents because he is acting in pro per to prepare a Petition for Writ of Habeas Corpus pursuant to 28 USC 2254 challenging the state Court of Appeal ruling. The deadline to file the Petition is March 24, 2010, and so it is very important the Mr. Felix have immediate access to all of his legal documents related to the state court case.

As you know, Mr. Felix has a fundamental due process right to defend himself and to represent himself in his own defense. (United States Constitution, Fifth, Sixth, Fourteenth Amendments, Faretta v. California 422 U.S. 806 (1975.) Further, an incarcerated person may not meaningfully exercise his right to represent himself without the tools necessary to prepare a defense. (Milton v. Morris 767 F.2d 1443 (9th cir. 1985). The U.S. Supreme Court has held "the state and its officers may not abridge or impair petitioner's right to apply to a federal court for a writ of habeas corpus." (Bounds v. Smith 430 U.S. 817, 822 (1977).) Based on these and many other long-standing authorities, it is a violation of due process to deprive Mr. Felix of access to personal legal documents which are necessary for his defense, the absence of which will abridge or impair his right to apply to the federal court for relief.

Patrick Hedges
Sheriff's Department
San Luis Obispo County
February 18, 2009
Page 3

Again, I respectfully request that Mr. Felix be permitted to keep and maintain access to the file I am forwarding to you as well as the additional documents relevant to his defense in both pending matters, which are currently in his possession or in the possession of attorney Matulis.

Please contact me if you have any questions or concerns.

Sincerely,

JANICE R. MAZUR
JRM/sf
cc: Scott Felix
    Jean Matulis

# EXHIBIT - S

## PLAINTIFF'S DECLARATION

### PRO - SE'
### LEGAL PROPERTY & WORK PRODUCT

### PROBLEMS LAW LIBRARY
### SAN LUIS OBISPO SHERIFF'S DEPARTMENT
### DENIAL OF BASIC RIGHTS

# DECLARATION

I, SCOTT EMERSON FELIX, HEREBY DECLARE THE FOLLOWING:

1. I WAS GRANTED A PRO-SE' COUNSELOR FOR OVER 'SEVEN' MONTHS IN THE MATTER OF < PEOPLE V. SCOTT E. FELIX > SAN LUIS OBISPO SUPERIOR COURT CASE No. F383996...

2. SPECIFICALLY, DEFENDANTS DAILY ACTS OF DELIBERATE - INDIFFERANCE & EXCESSIVE POLICIES, PRACTICES & ITS PROCEDURES TO ACCESS A REASONABLY SUPPLIED LAW LIBRARY - WITH THE DENIAL OF PLAINTIFFS PRO-SE' LEGAL MATERIAL, MADE IT CLEARLY IMPOSSIBLE TO REPRESENT HIMSELF...

3. WHEREFORE, THE CONTINUE & ARBITRARY - DENIAL OF MY PRO-SE' LEGAL PROPERTY & LEGAL WORK PRODUCT & THOSE MATERIALS IN MY SEIZED - LEGAL PROPERTY DENIED ME A FULL & FAIR DEFENSE, WHILE DENYING MY ATTORNEY CRITICAL CASE MATERIAL & EVIDENCE...

# PAGE - II

4. ON APPEARANCE, THE SAN LUIS OBISPO COUNTY JAIL, SHERIFF'S DEPARTMENT LAW LIBRARY GIVES THE SUGGESTION IT IS IN COMPLIANCE WITH THE PROPER MINIMUM STANDARDERS, WITH A COMPUTER, PRINER & COPY MACHINE OVER IN THE MEDICAL DEPARTMENT...

5. HOWEVER, THE COMPUTER NEEDS A PASS WORD, WHICH NOT ALL OF SHERIFF OFFICERS HAVE & MOST IN NO OTHER TERMS IGNORE YOUR REQUESTS UNTIL IT ALMOST TIME FOR YOU TIME TO BE UP IN THE LAW LIBRARY, AS THERE IS NO AREA SCHEDULE...

6. THE COMPUTER IS ALSO HOOKED UP TO ANOTHER SHERIFF COMPUTER IN THE SHERIFF DEPARTMENTS OFFICE & ANY COPIES PINTED GO DIRECTLY INTO THE OFFICERS OFFICE... WHILE ALL COPYING MUST BE DONE BY THE OFFICERS, WHO TAKE YOUR LEGAL WORK, MOTIONS, WITNESS LISTS & CONFIDENTIAL MATERIALS TO MEDICAL FOR COPYING & DUPLICATION FOR THE SAN LUIS OBISPO DISTRICT ATTORNEYS OFFICE FOR ITS PROSECUTION...

# PAGE - III

7. THEREFORE, WITH EACH VIOLATION THAT OCCURRED WITHIN THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT & ITS' CONTINUED BADGERING, DENIAL OF MY LEGAL PROPERTY & BEING GIVEN ONLY #3 LBS, I COULD NOT FULLY & IN A ADEQUATE MANNER REPRESENT MY CASE and SOUGHT INCOMPETENCE TO STAND TRIAL... SEE EXHIBIT - A

8. PLAINTIFF, RESPECTFULLY MOVE THE COURT ACCEPT THESE CLAIMS AS FACTUAL EVIDENCE, NOT ONLY FOR MR. FELIX BUT THE GOOD OF THE WHOLE & PRESERVATION OF THE UNITED STATES CONSTITUTION, BUT IN THE INTEREST OF JUSTICE...

I, SCOTT E. FELIX, HEREBY DECLARE THE FOREGOING TO BE TRUE & CORRECT. EXECUTED THIS 17TH DAY OF MARCH 2010...

CORDIALLY SUBMITTED

Scott E. Felix

SCOTT E. FELIX

EXHIBIT - A

APRIL 15TH 2008
MINUTE ORDER

( FARRETTA REVOKED )

SUPERIOR COURT OF CALIFORNIA  COUNTY OF SAN LUIS OBISPO
FELONY MISCELLANEOUS/MOTION MINUTE ORDER/SUPERIOR  CASE NO. F000383996

```
THE PEOPLE OF THE STATE OF CALIFORNIA, | EVENT: MOTION TO CONTINUE
                     vs.                | DEPARTMENT: SLO BRANCH - DEPT 8
FELIX, SCOTT EMERSON / 001              | DATE:  04/15/08   TIME: 0830
ID NUMBER: 0009282120                   | DA CASE NO:
CUSTODY STATUS: ASH                     |
```

```
001 PC245(A)(1)        E01 PC12022.7     002 PC243(D)
E02 PC969F             003 PC136.1(C)(1)  004 PC524
005 PC69              006 PC69           MORE THAN 8 CHARGES
```

```
JUDGE:  G. GARRETT              CLERK: T. COLLINS/C. DUCKWORTH
PEOPLE:                         COURT REPORTER: ____ NONE/WAIVED
DEFENSE COUNSEL:                BAILIFF:
(IS) (IS NOT) PRESENT           INTERPRETER TYPE:
ATTY TYPE: PROPRIA PERSONA      INTERPRETER:
DEFENDANT (IS) (IS NOT) PRESENT PROBATION OFFICER:
REV=      CASE=        CT=D8
```

___ DEFENDANT FAILED TO APPEAR ___ PROBATION REVOKED
___ OWN RECOGNIZANCE RELEASE REVOKED ___ BAIL FORFEITED
___ BENCH WARRANT ISSUED ___ BAIL SET $_____ ___ NO BAIL
___ NO COURT SURRENDER
    ___ SERVICE WITHHELD TO DATE BELOW ___ BENCH WARRANT RECALLED
    ___ BAIL BOND REINSTATED/EXONERATED ___ WITH COSTS $100.00/_____
___ DEFENDANT'S O.R/BAIL REDUCTION MOTION ___ GRANTED ___ DENIED

✓ COURT APPOINTS PUBLIC DEFENDER ___ CONFLICT DECLARED
✓ COURT APPOINTS _K. RIER_____
___ APPOINTED SUBJECT TO REIMBURSEMENT AS DETERMINED BY PROBATION.
___ COURT HAD READ AND CONSIDERED ___ ALL MOVING PAPERS/RESPONSES
___ ON FILE HEREIN ___ THE REPORT(S) OF
___ COUNSEL SUBMIT THE MATTER(S) ON SAID DOCUMENTS WITHOUT HEARING
___ PC995 MOTION TO DISMISS ___ GRANTED (COUNTS/ENHANCEMENTS
                                   DISMISSED)___ DENIED
___ PC1538.5 MOTION TO SUPPRESS EVIDENCE ___ GRANTED ___ DENIED
___ PEOPLE'S/DEFENDANT'S MOTION FOR DISCOVERY ___ GRANTED ___ DENIED
___ MOTION TO FILE AMENDED INFORMATION ___ GRANTED ___ DENIED
___ AMENDED INFORMATION ORDERED FILED IN OPEN COURT THIS DATE
    ___ DEFENDANT WAIVES ARRAIGNMENT ON AMENDED INFORMATION
    ___ DEFENDANT ENTERS PLEAS OF NOT GUILTY OF ALL COUNTS
    ___ DEFENDANT DENIES ALL ENHANCEMENTS ___ PRIORS
___ MOTION TO TERMINATE PROBATION PC _____ ___ GRANTED ___ DENIED
___ MOTION TO REDUCE COUNT(S) _____ TO MISDEMEANOR(S)
    PURSUANT TO PC17(B) ___ GRANTED ___ DENIED
___ PETITION CERTIFICATE REHABILITATION/PARDON ___ GRANTED ___ DENIED
✓ MOTION TO CONTINUE _____ ✓ GRANTED ___ DENIED
    SET ___ VACATED/RESET AS BELOW
✓ DEFENDANT WAIVES TIME FOR _____ TO _____
___ MOTION ~~to revoke propria~~ revoked ~~due~~ ~~granted~~ ~~denied~~ claim
___ REFERRED TO PROBATION FOR INVESTIGATION/REPORT RE: __ of incompetence
___ REFERRED TO PROBATION FOR PRE-SENTENCE/PRE-PLEA
___ CONTACT PROBATION WITHIN 1 BUSINESS DAY.  Crt determines
___ REFERRED TO DR(S) _____ FOR
___ INVESTIGATION/REPORT PURSUANT TO _____ /OTHER ___ claim of
                                     REPORT DUE_____ incompetence
___ OTHER ORDERS/FINDINGS _____
✓ DEFENDANT REMANDED CUSTODY OF (JAIL)/CMC/ASH/ _____ BAIL $ requires atty
___ DEFENDANT RELEASED ON OWN RECOGNIZANCE AGREEMENT/BAIL  representation
___ DEFENDANT ORDERED TO APPEAR ON DATES SET FORTH BELOW

NEXT EVENT                    DATE      TIME    COURT
___ F Proc                    4-16-8    830     8

CC: PROBATION                 LSL114-M112    Q86

Deft objects to court's order to revoke propria
~~status and~~ appoints atty K. Rier

# EXHIBIT - 6

SAN LUIS OBISPO SUPERIOR COURT
MINUTE ORDER DATED 2/5/2010
BY THE HONORABLE JUDGE TRICE.

VIOLATES, STATE COURT ORDER
1 TWENTY MINUTE REVIEW...

Ms. JEAN MATULIS (805) 927-1990
CAN VERIFY EVIDENCE GIVEN
CRITICAL TO DEFENSE...

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN LUIS OBISPO
FELONY MISCELLANEOUS/MOTION MINUTE ORDER/SUPERIOR CASE NO. F000383996

| THE PEOPLE OF THE STATE OF CALIFORNIA, | EVENT: MOTION *for Stay of Proc & to Recus* |
|---|---|
| VS | DEPARTMENT: SLO BRANCH - DEPT 6 *as Co-Coun* |
| FELIX, SCOTT EMERSON / 001 | DATE: 02/05/10 TIME: 1100 |
| ID NO: 0000282120 MNID: D000221443 | DA CASE NO: |
| CUSTODY STATUS: INCU | |

| 001 PC245(A)(1) | E01 PC12022.7 | 002 PC243(D) |
|---|---|---|
| E02 PC969F | 003 PC69 | 004 PC69 |
| P01 PC667(D) | P02 PC667(D) | MORE THAN 8 CHARGES |

| JUDGE: J. TRICE *M. Kraut* | CLERK: F. O'DONNELL |
|---|---|
| PEOPLE: | COURT REPORTER: *L. Armstrong* NOT REPORTED |
| DEFENSE COUNSEL:MATULIS, JEAN F. | BAILIFF: W. Heath |
| (IS) (IS NOT) PRESENT | INTERPRETER TYPE: |
| ATTY TYPE: APPOINTED | INTERPRETER: |
| DEFENDANT (IS) (IS NOT) PRESENT | PROBATION OFFICER: |
| REV= CASE= CT=D6 | |

*Defts motion to be to-counsel in this case is denied.*

__ DEFENDANT FAILED TO APPEAR __ PROBATION REVOKED
__ OWN RECOGNIZANCE RELEASE REVOKED __ BAIL FORFEITED
__ BENCH WARRANT ISSUED __ BAIL SET $_____ __ NO BAIL.
    __ NO COURT SURRENDER
    __ SERVICE WITHHELD TO DATE BELOW __ BENCH WARRANT RECALLED
    __ BAIL BOND REINSTATED/EXONERATED __ WITH COSTS $100.00/_____
__ DEFENDANT'S O.R/BAIL REDUCTION MOTION __ GRANTED __ DENIED
*The court indicates it is not going to accept the dual plea of*
__ COURT APPOINTS PUBLIC DEFENDER __ CONFLICT DECLARED *"not guilty once"*
__ COURT APPOINTS *"in jeopardy"*
__ APPOINTED SUBJECT TO REIMBURSEMENT AS DETERMINED BY PROBATION. *as indicated*
__ COURT HAD READ AND CONSIDERED __ ALL MOVING PAPERS/RESPONSES *on the record.*
    ON FILE HEREIN __ THE REPORT(S) OF _____
__ COUNSEL SUBMIT THE MATTER(S) ON SAID DOCUMENTS WITHOUT HEARING
__ PC995 MOTION TO DISMISS __ GRANTED (COUNTS/ENHANCEMENTS
                         DISMISSED) __ DENIED
__ PC1538.5 MOTION TO SUPPRESS EVIDENCE __ GRANTED __ DENIED
__ PEOPLE'S/DEFENDANT'S MOTION FOR DISCOVERY __ GRANTED __ DENIED
__ MOTION TO FILE AMENDED INFORMATION __ GRANTED __ DENIED
__ AMENDED INFORMATION ORDERED FILED IN OPEN COURT THIS DATE
    __ DEFENDANT WAIVES ARRAIGNMENT ON AMENDED INFORMATION
    __ DEFENDANT ENTERS PLEAS OF NOT GUILTY OF ALL COUNTS
    __ DEFENDANT DENIES ALL ENHANCEMENTS __ PRIORS
__ MOTION TO TERMINATE PROBATION PC _____ __ GRANTED __ DENIED
__ MOTION TO REDUCE COUNT(S) _____ TO MISDEMEANOR(S)
__ PURSUANT TO PC17(B) __ GRANTED __ DENIED
__ PETITION CERTIFICATE REHABILITATION/PARDON __ GRANTED __ DENIED
__ MOTION TO CONTINUE _____ __ GRANTED __ DENIED
    SET _____ VACATED/RESET AS BELOW
__ DEFENDANT WAIVES TIME FOR _____ TO _____
☑ MOTION *for Stay of Proceedings* __ GRANTED ☑ DENIED
__ REFERRED TO PROBATION FOR INVESTIGATION/REPORT RE:_____
__ REFERRED TO PROBATION FOR PRE-SENTENCE/PRE-PLEA
__ CONTACT PROBATION WITHIN 1 BUSINESS DAY.
__ REFERRED TO DR(S). _____ FOR
__ INVESTIGATION/REPORT PURSUANT TO _____ /OTHER _____
                      REPORT DUE
☑ OTHER ORDERS/FINDINGS *the court directs the sheriff's dept. allow*
    *deft. access to his legal property.*
☑ DEFENDANT REMANDED CUSTODY OF JAIL /CHP AGT. __ BAIL $ *APS*
__ DEFENDANT RELEASED ON OWN RECOGNIZANCE AGREEMENT/BAIL.
☑ DEFENDANT ORDERED TO APPEAR ON DATES SET FORTH BELOW

| NEXT EVENT | DATE | TIME | COURT |
|---|---|---|---|
| *Readiness* | 2-18-10 | 8:30am | D6 |
| CC: PROBATION *JT Motions* | *SL01 2-MM12* | 1:30pm | |
| | 2-23-10 | 11am | |

# EXHIBIT - 7

## SAN LUIS OBISPO COUNTY JAIL
### PROPERTY SHEET

#3 GRAY LARGE BINS
LEGAL PAPERWORK
DATED NOV 6TH 2009

BOOKING REPORT I/M COPY

# SAN LUIS OBISPO COUNTY JAIL PROPERTY SHEET

INMATE'S NAME: _Felly Scott_     I.D. # _A23084_

| | | |
|---|---|---|
| **Hat/Beanie/Scarf** <br> Color: Blk/ Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink/ Gry | **$Money Amount** | None |
| **Jacket/Sweatshirt** <br> Color: Blk/ Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink/ Gry | **Key/Number:** | |
| **Shirt/Blouse** <br> Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink/ Gry | **Wallet/Purse:** | |
| **Trousers/Dress/Skirt/Shorts** <br> Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink /Gry | **Personal Property:** | |

Shoes/Boots/Sandals
Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink/ Gry

3 GREY BINS / LEGAL PAPERWORK
ALL MARKED

Socks

Underwear

Undershirt/Bra

Jewelry:
Rings:

Earrings:

Bracelets:

| | Date/Time | Property Item Description | Body # |
|---|---|---|---|
| Necklaces: | **Released:** | | |
| **Medication:** | | | |
| | **Added:** | | |

Given to Med Staff    Yes    No

---

## INTAKE

*Was property held by arresting agency:* Yes   No
List:

X _____
Arresting/Transport Officer Signature    Date & Time

X _____
Inmate's Signature for Above Property

X _____
Intake Officer Signature and I.D. number    Date & Time

**MAIL/PHONE/VISITING COMMUNICATIONS MAY BE
MONITORED, COPIED AND/OR RECORDED AND MAY BE
USED AGAINST YOU IN COURT**

*Phone Call Access:*    Yes    No

**Officer's Initials** _____    **Inmate's Initials** _____

| PROPERTY BAG # |
|---|
| |

## RELEASE

In signing this release, I acknowledge that:
I have received all the property listed above.

(Initials)

The property listed above has been returned to
(Initials) me in the same condition as when I entered the jail.

En La firma de esta lan zamiento, reconozco que
He recibido toda la propiedad encumerada sobre
(Iniciales) la propiedad puntado arriba
Me he vuelto todo en la misma condicion que
(Iniciales) cuando entre en la carcel.

X _____
Inmate's Signature for Property Released

X _____
Release Officer Signature and I.D. number    Date & Time

Remarks:

Original to Property Sheet File
Yellow copy to Inmate's Property Storage Bag
Pink copy to Inmate's Personal Plastic Property Bag
Goldenrod copy to Inmate

San Luis Obispo County
Sheriff's Department

# Booking Report - Inmate Copy

| | |
|---|---|
| Booking #: A00583823     ID #: 423084 | |

**FELIX, SCOTT EMERSON**

| | |
|---|---|
| Report Date/Time: | 11/6/2009 16:44:40 |
| Booking Date/Time: | 11/6/2009 13:27:00 |
| Inmate Status: | PEND |
| Housing Location: | MJA5B |
| Release Date/Time: | |

## BOOKING COMMENTS

11/06/09:  OTP CASE # F383996; EVENTED FOR 11/10/09 IN DEPT 6     LM/889
DETAINER FROM COALINGA STATE HOSPITAL W/ NO EXPIRATION DATE

## CHARGES

Charge Number: 1      245(A)(1) PC          FELONY - ASSAULT W/DEADLY WEAPON          Degree:          Type:
                                            OTHER THAN FIREARM OR GBI

Other Statute:                                                                Bond Amount:          $0.00
   Arrest Date:     10/27/2009 17:53:00     Arrest Agency: ASHP          Agency Case #: 05040834
   Arrest Location:   COURT REMAND                Arresting Officer:  SLSO0902          PEREZ, F
   Warrant Type: CR     Level: FELONY             Warrant #: F383996
   Bond Type:  NO BAIL     Court Case #: F383996     Court:
   Custody Status:
   Disposition:

Charge Number: 2      243(D) PC          FELONY - BATTERY WITH SERIOUS BODILY          Degree:          Type:
                                         INJURY

Other Statute:                                                                Bond Amount:          $0.00
   Arrest Date:     10/27/2009 17:53:00     Arrest Agency: ASHP          Agency Case #: 05040834
   Arrest Location:   COURT REMAND                Arresting Officer:  SLSO0902          PEREZ, F
   Warrant Type: CR     Level: FELONY             Warrant #: F383996
   Bond Type:  NO BAIL     Court Case #: F383996     Court:
   Custody Status:
   Disposition:

Charge Number: 3      136.1(C)(1) PC          PREVENT/DISSUADE WITNESS/VICTIM BY          Degree:          Type:
                                              THREAT/FORCE

Other Statute:                                                                Bond Amount:          $0.00
   Arrest Date:     10/27/2009 17:53:00     Arrest Agency: ASHP          Agency Case #: 05040834
   Arrest Location:   COURT REMAND                Arresting Officer:  SLSO0902          PEREZ, F
   Warrant Type: CR     Level: FELONY             Warrant #: F383996
   Bond Type:          Court Case #: F383996     Court:
   Custody Status:
   Disposition:

Booking Report for **FELIX, SCOTT EMERSON**        Booking # A00583823     ID # 423084        11/6/2009 16:44:40

---

Charge Number: 4        524 PC                ATTEMPTED EXTORTION                    Degree:        Type:

Other Statute:                                                                Bond Amount:        $0.00
  Arrest Date:        10/27/2009 17:53:00      Arrest Agency: ASHP              Agency Case #: 05040834
  Arrest Location:   COURT REMAND                  Arresting Officer:  SLSO0902        PEREZ, F
  Warrant Type: CR      Level: FELONY          Warrant #: F383996
  Bond Type:              Court Case #: F383996      Court:
  Custody Status:
  Disposition:

---

Charge Number: 5        69 PC                 FELONY - OBSTRUCT/RESIST EXECUTIVE        Degree:        Type:
                                     OFFICER

Other Statute:                                                                Bond Amount:        $0.00
  Arrest Date:        10/27/2009 17:53:00      Arrest Agency: ASHP              Agency Case #: 05040834
  Arrest Location:   COURT REMAND                  Arresting Officer:  SLSO0902        PEREZ, F
  Warrant Type: CR      Level: FELONY          Warrant #: F383996
  Bond Type:              Court Case #: F383996      Court:
  Custody Status:
  Disposition:

---

Charge Number: 6        69 PC                 FELONY - OBSTRUCT/RESIST EXECUTIVE        Degree:        Type:
                                       OFFICER

Other Statute:                                                                Bond Amount:        $0.00
  Arrest Date:        10/27/2009 17:53:00      Arrest Agency: ASHP              Agency Case #: 05040834
  Arrest Location:   COURT REMAND                  Arresting Officer:  SLSO0902        PEREZ, F
  Warrant Type: CR      Level: FELONY          Warrant #: F383996
  Bond Type:              Court Case #: F383996      Court:
  Custody Status:
  Disposition:

## HOLDS

Type:  DETA                                              Hold Until Date/Time:

  Comments: COALINGA STATE HOSPITAL DETAINER W/ NO EXPIRATION DATE
Hold Cleared Date/Time:
  Comments:

## BOOKING SENTENCE

## VEHICLE

Vehicle Towed By:                                          Keys InVehicle: ☐
Address:                                    Phone:         Hold On Vehicle: ☐
Comments:

---

# EXHIBIT - 8

## DECLARATION OF FACTS

## BY. SCOTT EMERSON FELIX

## INTERNAL EXHIBIT - A

## PROOF OF INDIGENT STATUS
## MONEY OR FUNDS
## IN PRISONERS ACCOUNT

### FROM: 1/16/2009 TO: 2/22/2010

# DECLARATION OF FACTS

I, SCOTT EMERSON FELIX, HEREBY DECLARES THE FOLLOWING:

1. THAT I AM THE PLAINTIFF IN THE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C § 1983 & HOUSED AT THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT COUNTY JAIL SEE ATTACHED EXHIBIT · 7

2. AS THE PLAINTIFF, I AM UNDER THE COLOR OF LAW REQUESTING THE UNITED STATES' DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA TAKE JUDICIAL NOTICE TO THE PLAIN WRITTEN FACTS AS TRUE & CORRECT...

3. THIS INCLUDES BUT IS NOT LIMITED TO THOSE FACTS ALLEDGED IN THE SAID CIVIL RIGHTS COMPLAINT, ITS EXHIBITS & ALLEGATION DESCRIBED IN D. CLAIMS, SUPPORTING FACTS & PROOF OF THE PLAINTIFFS INDIGENT STATUS, IN THE ATTACHED INTERNAL EXHIBIT – A TO PLAINTIFFS DECLARATION OF FACTS IN THE ABOVE – ENTITLED MATTER NOW BEFORE THE COURT. INTERNAL EXHIBIT–A

# PAGE - II

4. AS DISCUSSED IN THE COMPLAINT, THE DEFENDANT RELY ON NO OTHER ISSUE THEN THE ILLEGAL #3 LBS OF LEGAL MAIL RULE IN SECTION - 14 OF THE SHERIFF'S DEPARTMENT COUNTY JAIL INMATE RULES... SEE EXHIBIT - 9

5. THERE ARE NO "SAFETY" & OR "SECURITY" REASONS & FOR THE COURTS RECORD PLAINTIFF HAD IN 2009 WHEN HE 'WAS PRO-SE' IN THE CRIMINAL CASE #3 BOXES OF LEGAL PROPERTY IN HIS ASSIGNED CELL #606 GIVEN TO HIM BY OFFICER OWENS PER ATTORNEY RADDING & SHERIFF APPROVAL TO SUBSTANTIATE ALL CLAIMS FOR THE COURTS RELIEF & INQUIRY...

I, SCOTT E. FELIX, HEREBY DECLARE ALL THE FACTS, ALLEGATIONS & PAPERS ARE TRUE & CORRECT UNDER THE SAID PENALTY OF PERJURY...

CORDIALLY SUBMITTED

Scott E. Felix

SCOTT E. FELIX

3/17/2010

INTERNAL EXHIBIT - A

PROOF OF INDIGENT STATUS
MONEY OR FUNDS
IN PRISONERS ACCOUNTS

FROM: 1/16/2009 TO: 2/22/2010

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

4/17/2009
3:53:32PM

COALINGA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

0005504    Felix, Scott

|   | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|-----------|---------|------|---------|-----------|---------|---------|
| 1 | 01/16/2009 | 18-011609 | AB1013 Funds | $12.50 Receipts | | $11.00 | $11.00 |
| 2 | 02/13/2009 | AB1013 Funds | $12.50 Receipts | AB1013 (12.50) for 02/16/09 | | $12.50 | $23.50 |
| 3 | 03/02/2009 | ENC-03020 | Create Encumbrance $5.00 | Donations AA | | | $23.50 |
| 4 | 03/03/2009 | ENC-03020 | Remove Encumbrance $5.00 | Donations AA | | | $23.50 |
| 5 | 03/03/2009 | 13-030309 | Misc Disbursement | Donations AA | $5.00 | | $18.50 |
| 6 | 03/16/2009 | 18-031609 | AB1013 Funds | $12.50 Receipts | | $12.50 | $31.00 |
| 7 | 03/23/2009 | 13-032309 | Misc Disbursement | Donation - AA | $2.00 | | $29.00 |
| 8 | 04/03/2009 | 13-040309 | Misc Disbursement | Cash Card Disb. | $24.00 | | $5.00 |
| 9 | 04/16/2009 | 18-041609 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |

Patient's Copy! Pleas[e]
to him. Thank You.



TOTAL WITHDRAWLS / DEPOSITS:                              $31.00      $48.50

# EXHIBIT - 9

## DECLARATION OF FELIX

## INTERNAL EXHIBIT - A

### SHERIFF DEPARTMENT
### INMATE RULES

# DECLARATION OF FACTS

I, SCOTT EMERSON FELIX, HEREBY DECLARE THE FOLLOWING:

1. THAT I AM THE PLAINTIFF IN THE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C § 1983 LAWSUIT IN GOOD FAITH TO RESTORE CONSTITUTIONAL & CIVIL RIGHTS TO THE SAN LUIS OBISPO COUNTY JAIL AS A PRE-TRIAL DETAINEE, UNDER THE UNITED STATES CONSTITUTION...

2. PLAINTIFF RESPECTFULY PRAY THE COURT & PRO-SE' CLERK FOR THIS HONORABLE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, TAKE JUDICIAL NOTICE TO THE FACTS DESCRIBED IN THE COMPLAINT...

3. PLAINTIFF, IS WITHOUT QUESTION INDIGENT STATUS & COMPLETELY UNABLE TO PAY FOR THE FILING FEE OF $350.00 DOLLARS. I AM UNABLE TO COPY THE COMPLAINT FOR "4 COPIES & FINALLY HAVE NO POSTAGE FOR MAILING THE COMPLAINT TO THE COURT...

# PAGE - II

4. THEREFORE, I AM REQUESTING THE COURT & PRO-SE' CLERK IN GOOD FAITH GRANT PLAINTIFF " IN FORMA PAUPERIS" STATUS WITH COURT WAIVER AS PLAINTIFF IS & HAS GIVEN PROOF OF INDIGENT STATUS... SEE EXHIBIT 8

5. FURTHERMORE, PLAINTIFF TRADED HIS FOOD TO FINALLY GET POSTAGE TO MAIL THE "1. ORIGINAL COMPLAINT BECAUSE THE DEFENDANTS REFUSE TO COPY SAID COMPLAINT PER SGT. RUSHING...

6. PLAINTIFF HAS FILED FOUR SEPERATE REQUESTS ON THE FOLLOWING:

   A. MARCH 1ST 2010 REQUEST x II
   B. MARCH 5TH 2010 REQUEST x II
   C. MARCH 10TH 2010 REQUEST x II
   D. MARCH 14TH 2010 REQUEST x II

   EACH SEPERATE REQUEST ASKED FOR COPING OF LEGAL MATERIAL & PRE-PAID POSTAGE FOR MAILING (UNITED STATES WRIT TO FEDERAL COURT...

# PAGE - III

7. I HAVE RECIEVED NO RESPONSE FROM OFFICERS HUBBARD, MOEN, OWEN, BARNHILL, POWERS, LARSEN, MITCEL, & SR. OFFICER McGRAF CONCERNING MY REQUESTS SUBMITTED ON COPYING &OR POSTAGE OF MAILING EXCEPT FOR THE FOLLOWING:

" SGT. RUSHING IS DEALING WITH YOUR ISSUES & REQUEST FELIX."

8. I AM REQUESTING THE COURT & THE PRO-SE' CLERK TAKE FURTHER JUDICIAL NOTICE TO THESE FACTS, FILE THE §1983 & IN GOOD FAITH PLEASE WAIVE FILING FEE ON THE DESCRIBED GROUNDS & THE FACT THE DEFFENDANTS PER SGT. RUSHING ARE OBSTRUCTING JUSTICE WITH ALL OF THE FOLLOWING:

A. DENIAL OF DUE PROCESS:
B. OBSTRUCTION OF JUSTICE:
C. MALICOUS ACTS OF HARASSMENT:
D. TAMPERING WITH FEDERAL§1983:
E. DENIAL LEGAL COPYING & FILING:
F. DENIAL POSTAGE FOR MAILING...

# PAGE - IV

9. I APOLOGIZE TO THE COURT & PRO-SE CLERK FOR BEING UNABLE TO PROVIDE THE # 4 COPIES FOR THE CLERK & HUMBLY REQUEST THE COURT GRANT RELIEF & APPOINTMENT OF ATTORNEY & INVESTIGATORS...

10. PLAINTIFF, IN CONCLUSION ASK THE COURT REVIEW THE ATTACHED SAN LUIS OBISPO COUNTY SHERIFFS DEPARTMENT " COUNTY JAIL INMATE RULES PATRICK HEDGES SHERIFF - CORNER " FOR EACH OF THE CONSTITUTIONAL VIOLATIONS DESCRIBED. SEE INTERNAL EXHIBIT - A

11. CLEARLY, THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S DEPARTMENT, BELIEVES THEY ARE ABOVE THE LAW & UNITED STATES CONSTITUTION & ARE SOMETYPE OF " INLAND " & NOT A PART OF AMERICA. THE SAN LUIS OBISPO COUNTY JAIL SHERIFFS DEPARTMENT NEEDS U.S. FEDERAL MONITORING...

CORDIALLY

Scott E. Felix
SCOTT E. FELIX

3/17/2010

# Internal Exhibit - A

## San Luis Obispo County
## Sheriff Department

## County Jail

## Inmate Rules

## Patrick Hedges
## Sheriff - Coroner

### Special Footnote

Sgt. Rushing Refused To Make Copies Of Rule Book & Refuses To Make The #4 Required Court Copies As Instruction Of The United States District Court Centeral District Of California.∞

# PROOF OF SERVICE
## ⟨1013 A, 2015.5 C.C.P.⟩

I AM OVER EIGHTEEN YEARS OLD & I AM THE PARTY OF ACTION, PLAINTIFF NOW BEFORE THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA AT 312 NORTH SPRING STREET, ROOM G-8 LOS ANGELES, CALIFORNIA 90012...

MY CURRENT ADDRESS IS SCOTT E. FELIX #423084 SAN LUIS OBISPO COUNTY JAIL - SHERIFF'S DEPARTMENT 1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401...

ON MARCH 1ST 2010 PER INDIGENT PRISONER, I SERVED & MAILED THE ABOVE ENTITLE COURT #3 COPIES OF MY CIVIL RIGHTS COMPLAINT ENCLOSED...

I, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF CALIFORNIA, THAT THE FOREGOING IS TRUE & CORRECT.

3/17/2010

By: Scott E. Felix
SCOTT EMERSON FELIX

Scott E. Felix ID. 423084
San Luis Obispo County Jail
Post Office Box 15409
San Luis Obispo, CA 93406-5409

Santa Barbara CA 931
THU 18 MAR 2010 PM

Confidential
Legal Mail

"Frank"

Confidential
Legal Mail

United States District Court
of Central District Of California
312 North Spring Street Room G-8
Los Angeles, California 90012

MAR 22 2010
Central District Of California

Attention: Pro-Se Clerk

Confidential
Legal Mail