TO: U.S. DISTRICT COURT CENTRAL DISTRICT
312 NORTH SPRING ST. ROOM G-8
LOS ANGELES, CALIFORNIA 90012

LACV 10-2124-UA(JC)

APRIL 29TH 2010

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DEAR CLERK,

THIS LETTER IS TO NOTIFY THE COURT OF NOT ONLY MY CURRENT MAILING ADDRESS, BUT THE CONTINUED DENIAL OF MY DUE PROCESS RIGHTS TO ACCESS THE COURTS BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, SINCE MY 1ST OF APRIL 2010, TRANSFER TO THE CDCR CUSTODY FROM THE SAN LUIS OBISPO (SLO) COUNTY SHERIFF'S DEPARTMENT...

SINCE THIS TIME MY PRO-SE LEGAL WORK & LEGAL WORK PRODUCT HAS BEEN SEIZED BY THE CDCR & I'VE BEEN DENIED ACCESS AFTER #3 SEPERATE VERBAL & WRITTEN REQUEST DATED ON THE FOLLOWING DATES...

1. APRIL 7TH 2010 REQUEST
2. APRIL 12TH 2010 F/M REQUEST
3. APRIL 23RD 2010 F/M REQUEST

PAGE - II

In addition to these requests for my legal property & courts addresses, I submitted inmate requests GA-22 forms to the Wasco State Prison Law Library on the following dates:

1. April 12th 2010 I/M Requests
2. April 25th 2010 I/M Requests

For the specific purpose of change of addresses which was granted on the week of the 26th of April 2010, & the filing of this letter & CDCR Appeal # 602 on April 30th 2010 the next day...

Therefore, Petitioner requests the court notify me of any action taken by the court & take notice to the change of address, while giving notification of the State of California Department of Corrections & Rehabilitations denial of my legal property...

PAGE - III

PETITIONER, WILL UPON BEING GIVEN ACCESS TO HIS LEGAL/WORK PRODUCT FILE ANY OTHER PLEADING THE COURT ASKS FOR & IN GOOD FAITH WITH ANY & ALL PRIOR DEADLINES BY THE COURT...

THANK YOU FOUR YOUR CONTINUED ASSISTANCE & ATTENTION IN THE DESCRIBED MATTER BEFORE THIS HONORABLE COURT

CORDIALLY

SCOTT E. FELIX

CC: SEF/USCD

CHANGE OF ADDRESS:

SCOTT E. FELIX
AC9511 B-S-213
P.O. BOX 5500
WASCO, CA 93280