TO: UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 North Spring St. Room G 8 LA, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JULY 20TH 2010

COURT CLERK,

This Missive Is To Notify The Court Clerk Of Plaintiff's Change Of Address...

CURRENT ADDRESS:

Scott E. Felix
AC9511 LA-147-LOW
P.O. Box - 705
Soledad, CA 93960

Please Notify Me Of The Current Status Of The Pending Case Before The Court... Thank You For Your Assistance & Attention In This Matter...

CORDIALLY

Scott E. Felix

CC: SEF/US/CLERK