LODGED                                                         FILED

2010 MAR 24 PM 1:55                         2010 SEP 14 PM 1:55

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INMATE #                               CASE NUMBER
B423084

SCOTT E. FELIX                        CV10- 2124 (JC)

PLAINTIFF(S)
V.

SHERIFF PATRICK HEDGE, ET AL;       **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE**

DEFENDANT(S)

**IT IS ORDERED** that the complaint be filed without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

Date                                      United States Magistrate Judge

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** (without prejudice) and that the Clerk send him the appropriate IFP Declaration Form for the following reason(s):

✓ Inadequate showing of indigency (see below)(#1)      Frivolous, malicious, or fails to state a claim upon
✓ Failure to authorize disbursements from              which relief may be granted. 28 U.S.C. § 1915(g).
    prison trust account to pay filing fee                Seeks monetary relief from a defendant immune
✓ Failure to provide certified copy of trust            from such relief.
    fund statement for the last six (6) months. (see below)(#2)   This denial may constitute a strike under the 'Three
    District Court lacks jurisdiction                     Strikes' provision governing the filing of prisoner
    Other:                                       suits. 28 U.S.C. § 1915(g); see O'Neal v. Price 531
                                                        F.3d 1146, 1153 (9th Cir. 2008).

Comments: (1) Although plaintiff has prepared his own declaration regarding his alleged indigency, such declaration does not supply the detailed and specific information called for by this court's standard in forma pauperis declaration form, and accordingly, is inadequate to demonstrate indigency (e.g., employment, assets, receipt of those from specified source). (2) Although plaintiff has provided a trust account statement for the period of 1/14/09-7/14/09, he has not provided a certified trust account statement for the 6-month period predating the filing of the complaint i.e., 10/09-3/10.

Date 9/3/10                                        United States Magistrate Judge

**IT IS ORDERED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:      GRANTED       X   **DENIED** (See comments above).

Date 9/9/10                                        United States District Judge