SCOTT E. FELIX
AC9511 LA-305-LOW
P.O. Box 705
SOLEDAD, CA 93960
PETITIONER PRO-SE

FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. FELIX<br>PLAINTIFF,<br>V.<br>SHERIFF P. HEDGE ET. AL., SLOSD | CASE # CV10-2124-JC<br>NOTICE OF APPEAL and ALTERNATIVE ORDER FOR GRANTING RELIEF |

PLAINTIFF, SCOTT E. FELIX, HEREBY APPEALS FROM SEPTEMBER 14TH 2010, TRANSMITTED FAX, E-MAIL TO COUNSEL <OR PARTIES>... ADDRESS OF RECORD... THE COURT CLERKS ORDER BY DOCKET TEXT VIA THE RECOMMENDATION OF PREJUDICE CLERK IN COMMUNICATION WITH SHERIFFS DEPARTMENT COUNSEL, AS NOTICE ELECTRONICALLY MAILED TO: SEE EXHIBIT-1 PAGE-3 <SECTION DELETED>

THE ORDER DENYING LEAVE TO FILE ACTION WITHOUT PREPAYMENT IS NOT ONLY UNLAWFUL, BUT BASED OFF FALSE TRUMPED UP INADEQUATE INDIGENT STATUS, AS THE COURT CLERK & JUDGE CHOOLJAIN, FAILED TO REVIEW THE COMPLAINT & SPECIFICALLY EXHIBIT - 8 & INTERNAL EXHIBIT - A

THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT & SPECIFICALL SR. DEPUTY McGRAF BADGE No.# 557 REFUSED TO PROVIDE ANY FURTHER ACCOUNT LEDGER REPORT DATED 2/22/2010, AS HE SIGNED Ø ON THE INMATE REQUEST... SEE EXHIBIT - 1 VIA EXHIBIT - 8 & INTERNAL EXHIBIT - A...

PLAINTIFF, IN GOOD FAITH PROVIDED THE COURT PROOF OF INDIGENT STATUS FROM JANUARY 6TH 2009, TO FEBUARAY 22ND 2010, THATS OVER A YEAR... THEREFORE, TO FIND THE FAILURE ON PLAINTIFF, WHEN THE ENTIRE SYSTEM IS BROKEN, COPS LIE, REFUSE TO ASSIST & OBSTRUCT PRISONERS, WHILE COURT PERSONNLE WITH COURTS ACT WITH PREJUDICE...

PLAINTIFF, FOR #14 YEARS HAS BEEN & CONTINUES ON A DAILY BASIS TO BE SUBJECTED TO FEDERAL CONSTITUTIONAL VIOLATIONS OF THE 1ST, 4TH, 5TH, 8TH & 14TH AMENDMENTS. DENIAL, DELIBERATELY OBSTRUCTION OF LEGAL WORK, PAPERS, & WORK PRODUCT BY STATE OFFICIALS, AGENTS & OFFICERS TO DENY ME MY RIGHT TO LIBERTY & THE PURSUIT OF HAPPINESS, AS AN AMERICAN CITIZEN, BORN IN CALIFORNIA. SEE EXHIBIT - 1 & 2

PLAINTIFF, MOVE THE COURT TAKE FULL JUDICIAL NOTICE OF PRIOR COURT ORDER & GOOD FAITH ATTEMPT OF PLAINTIFF TO GIVE PROOF OF INDIGENT STATUS, OBSTRUCTION OF DUE PROCESS IN FORMA PAUPERUS & LIBERTY INTERESTS AS DESCRIBED IN THE EXHIBITS & EACH COMPLAINT WHICH IS & HAS BEEN INTERTWINED FOR THE LAST #14 YEARS... PLAINTIFF, FURTHER MOVE THE COURT APPOINT COUNSEL ON APPEAL DUE TO THE COMPLEXITY OF THE CASE, COURTS ERROR OF DENIAL OF PROOF OF INDIGENT STATUS...

# ACTION REQUESTED & RELIEF SOUGHT

1. PLAINTIFF, MOVE THE COURT REVERSE ITS PRIOR ORDER, WHILE GRANTING THE RELIEF SOUGHT BY PLAINTIFF IN THE FILED COMPLAINT & FORMA PAUPERUS PLEADINGS TO THE COURT...

2. PLAINTIFF, MOVE THE COURT APPOINT COUNSEL IN THE INTEREST OF JUSTICE DUE THE COMPLEXITY OF THE CASE & IN THE ABUSE OF MENTAL ANGUISH ON PLAINTIFF...

3. PLAINTIFF, MOVE THE COURT ACCEPT THE NOTICE OF APPEAL, IF THE COURT DENIES THE REQUESTS IN SECTION #1 & #2 OF THIS NOTICE OF APPEAL & RELIEF SOUGHT UNDER FEDERAL RULE OF APPELLATE PROCEDURE, RULE #22 FOR CERTIFICATE OF APPEALABILITY...

4. PLAINTIFF MOVE THE COURT TAKE ANY ADDITIONAL ACTION THAT IT DEEMS, JUST, PROPER & OR FIT FOR PETITIONER IN THE INTEREST OF JUSTICE & GOD GIVEN HUMANE SANITY OF SCOTT E. FELIX..

I, SCOTT E. FELIX, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING FACTS ARE TRUE & CORRECT UNDER CALIFORNIA LAW... EXECUTED THIS 10TH DAY OF OCTOBER 2010, HERE AT CTF NORTH, SOLEDAD CALIFORNIA.

CORDIALLY

SCOTT E. FELIX

EXHIBIT - 1

FEDERAL CASE # CV10-2124

Date Transmitted: 9/14/2010 3:01:41 PM

2:10-cv-02124 Doc: 4

Scott E Felix
Correctional Training Facility - North
PrisonerID AC 9511/ #42308
Po Box 705
Soledad, CA 93960-0705
US

Number of Pages: 1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Bcc:--Paper recipients:
Scott E FelixAC 9511/ #42308LA 147 LowCorrectional Training Facility - NorthPo Box 705Soledad CA 93960-0705US--Case Participants: Magistrate Judge Jacqueline Chooljian (crd_chooljian@cacd.uscourts.gov), Judge Unassigned (cacd_judgeunassigned@cacd.uscourts.gov)--Non Case Participants:--No Notice Sent:
Message-Id:
Subject:Activity in Case 2:10-cv-02124-UA -JC Scott E. Felix v. Patrick Hedge et al Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 9/14/2010 at 3:03 PM PDT and filed on 9/14/2010

Case Name: Scott E. Felix v. Patrick Hedge et al
Case Number:2:10-cv-02124-UA -JC
Filer:

WARNING: CASE CLOSED on 09/14/2010

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031010872927?caseid=468338&de_seq_num=20&magic_num=MAGIC&pdf_toggle_possible=1
>4

Docket Text:

ORDER by Judge Audrey B. Collins, re leave to file action prepayment of filing fee re Notice of Lodging complaint 1 denying. IT IS RECOMMENDED that the lodged complaint of prisoner-plaintiff was submitted be DENIED by Magistrate Judge Jacqueline Chooljian. Reason: for denied, Inadequate showing of indigency; Failure to authorize disbursements from prison trustaccount to pay filing fee, Failure to provide certified copy of trust fund statement for the last six (6) months. (see attachment for more further details.) ( Made JS-6. Case Terminated.)(ghap)

2:10-cv-02124-UA -JC Notice has been electronically mailed to:

2:10-cv-02124-UA -JC Notice has been delivered by First Cla

ss U. S. Mail
or by fax to: :

Scott E Felix
AC 9511/ #42308
LA 147 Low
Correctional Training Facility - North
Po Box 705
Soledad CA 93960-0705
US

LODGED

FILED

2010 MAR 24 PM 1:55

2010 SEP 14 PM 1:55

CLERK U.S. DIST. COURT CENTRAL DIST. OF CALIF. LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

INMATE # 5423084
SCOTT E. FELIX

PLAINTIFF(S)

v.

SHERIFF PATRICK HEDGE, ET AL;

DEFENDANT(S)

CASE NUMBER

**CV10-2124 (JC)**

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE**

**IT IS ORDERED** that the complaintbe **filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ ________ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

Date

United States Magistrate Judge

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s): (without prejudice) and that the Clerk send him the appropriate IFP declaration form.

- ✓ Inadequate showing of indigency (see below #1)
- ✓ Failure to authorize disbursements from prison trust account to pay filing fee
- ✓ Failure to provide certified copy of trust fund statement for the last six (6) months. (see below #2)
- District Court lacks jurisdiction
- Other:
- Frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).
- Seeks monetary relief from a defendant immune from such relief.
- This denial may constitute a strike under the 'Three Strikes' provision governing the filing of prisoner suits. 28 U.S.C. § 1915(g); see O'Neal v. Price 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments: (1) Although plaintiff has prepared his own declaration regarding his alleged indigency, such declaration does not supply the detailed and specific information called for by this court's standard in forma pauperis declaration form, and accordingly, is inadequate to demonstrate indigency (e.g. employment, assets, receipts of income from specified source). (2) Although plaintiff has provided a trust account statement for the period of 1/16/09-4/11/09, he has not provided a certified trust account statement for the 6-month period preceding the filing of the complaint [illegible]

Date 9/3/10

United States Magistrate Judge

**IT IS ORDERED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is: **GRANTED** X **DENIED (See comments above).**

Date 9/9/10

United States District Judge

SCOTT E. FELIX
FULL NAME
N/A
COMMITTED NAME (if different)
SAN LUIS OBISPO COUNTY JAIL
SHERIFF'S DEPARTMENT
1585 KANSAS AVE. SLO, CA 93401
FULL ADDRESS INCLUDING NAME OF INSTITUTION
JAIL # 423084
PRISON NUMBER (if applicable)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SCOTT E. FELIX, PLAINTIFF,

v.

SHERIFF PATRICK HEDGE, ET. AL., SLOSD, DEFENDANT(S).

CASE NUMBER CV10 2124 (JC)
To be supplied by the Clerk

550

CIVIL RIGHTS COMPLAINT PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

LODGED
2010 MAR 24 PM 1:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? #1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1. FELIX V. McCARTHY 939 F2D 699 <9TH CIR. 1991>..

2. FELIX V. HENNESSEY CASE # C01-03138-WHA PENDING JUDGE ALSUP U.S. NOR. CA. DISTRICT...

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT
SEP 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2:00

a. Parties to this previous lawsuit:
Plaintiff SCOTT E. FELIX
Defendants CDC DIRECTOR McCARTHY ET. AL., DEFENDANTS

b. Court UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

c. Docket or case number N/A

d. Name of judge to whom case was assigned N/A

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) GRANTED. APPEAL BY DEFENDANT DENIED

f. Issues raised: FORCE COMPLETELY UNJUSTIFIED

g. Approximate date of filing lawsuit: 1986 OR 1987

h. Approximate date of disposition 1992

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

If your answer is no, explain why not N/A

3. Is the grievance procedure completed? ☑ Yes ☐ No

If your answer is no, explain why not N/A

4. Please attach copies of papers related to the grievance procedure.

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff SCOTT E. FELIX (print plaintiff's name)

who presently resides at SHERIFF'S DEPT. SAN LUIS OBISPO COUNTY JAIL (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at SHERIFF PATRICK HEDGE, LT. M. COLE & SGT. E. RUSHING ET. AL (institution/city where violation occurred)

on (date or dates) DEC 13TH 2009 (Claim I), DEC 18TH 2009 (Claim II), JAN 12TH 2010 (Claim III), INCLUSIVE

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant SHERIFF PATRICK HEDGE (full name of first defendant) resides or works at SAN LUIS OBISPO SHERIFF'S DEPARTMENT 1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401 (full address of first defendant) SHERIFF - CUSTODY OFFICIALS (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANT AS SHERIFF CREATES POLICY & IS RESPONSIBLE FOR ALL SUBORDINATES AT SLOSD ...

2. Defendant LT. M. COLE (full name of first defendant) resides or works at SAN LUIS OBISPO SHERIFF'S DEPARTMENT 1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401 (full address of first defendant) SLOCJ - SUPERVISOR JAIL OPERATIONS (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANT FOLLOWED POLICY CREATED BY SHERIFF HEDGE & REFUSE LEGAL PROPERTY ...

3. Defendant SGT. E. RUSHING # 499 (full name of first defendant) resides or works at SAN LUIS OBISPO SHERIFF'S DEPARTMENT 1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401 (full address of first defendant) ASSIGNED CUSTODY PROVIDER TO IMFELIX (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANTS FOLLOWED POLICY CREATED BY SHERIFF HEDGE & WITH HELD & DENIED ACCESS TO PROPERTY WITH DELIBERATE - INDIFFERANCE TO DENY DEFENDANT LEGAL DEFENSE & ABILITY TO FILE FEDERAL APPEAL, STATE WRITS & ASSIST ATTORNEY MATULIS IN THREE - STRIKE CASE ...

4. Defendant ET. AL. SHERIFF PERSONNEL (full name of first defendant) resides or works at SAN LUIS OBISPO SHERIFF'S DEPARTMENT 1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401 (full address of first defendant) PERSONNEL ACTING PER SUPERVISORS (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
THE DEFENDANTS SUBORDINATES PER SUPERVISORS ACTED IN OFFICIAL CAPACITY TO OBSTRUCT PLAINTIFF -

5. Defendant N/A (full name of first defendant) resides or works at N/A (full address of first defendant) N/A (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
N/A

**D. CLAIMS***

CLAIM I

The following civil right has been violated: I HAVE BEEN WILLFULLY AND MALIOUSLY DENIED REASONABLE ACCESS TO MY LEGAL PROPERTY AND PRO-SE' WORK PRODUCT BY THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT SHERIFF PATRICK HEDGE, AND HIS CUSTODY STAFF PERSONNLE IN THEIR OFFICIAL CAPACITY LT. M. COLE, JAIL SUPERVISOR AND SGT. E. RUSHING HAVE WITH DELIBERATE INDIFFERANCE DENIED ME ACCESS TO CURRENT AND ACTIVE CASE LAW MATERIALS IN MY STORED LEGAL PROPERTY AND PRO-SE' WORK PRODUCT... SEE EXHIBIT-1 SAN LUIS OBISPO COUNTY JAIL INMATE GRIEVANCE APPEAL FORM - APPEAL LOG NUMBER # 5139

SEE ATTACHED SHEET -D

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right. I WAS REMOVED FROM THE CALIFORNIA DEPARTMENT OF MENTAL HEALTH, COALINGA STATE HOSPITAL WERE I WAS HOUSED AS CITIZEN FROM SAN FRANCISCO COUNTY UNDER WELFARE AND INSTITUTION CODE SECTION §6600 ET.SEQ., OF THE SEXUALLY VIOLENT PREDATOR ACT... SEE EXHIBIT-2 SAN FRANCISCO COURT ORDER DATED OCTOBER 20TH 2006 - COMMITMENT ORDER ATASCADERO STATE HOSPITAL...

WHILE HOUSE AT ATASCADERO STATE HOSPITAL PLAINTIFF WAS CHARGED IN A CRIMINAL COMPLAINT BY THE SAN LUIS OBISPO DISTRICT ATTORNEYS OFFICE DISTRICT ATTORNEY GERALD T. SHEA... SEE EXHIBIT-3

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

SEE ATTACHED SHEET (SUPPORTING FACTS)

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1. ORDER BY THE COURT TO HAVE MY LEGAL PROPERTY AND PRO-SE' LEGAL WORK PRODUCT AFTER BEING SEARCHED BY SAN LUIS OBISPO SHERIFF'S DEPARTMENT RELEASED TO ME FOR HOLDING, RESEARCH, FILING MOVING PAPERS TO THE STATE AND FEDERAL COURTS IN THE FOLLOWING CASES:

A. STATE APPEAL CASE NO. A115717 FIRST DISTRICT COURT OF APPEALS, SAN FRANCISCO SUPERIOR COURT CASE NO. #109100 - FEDERAL APPEAL DUE BY MARCH 27TH 2010 IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA...

B. STATE WRIT OF HABEAS CORPUS IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX>, SUPERIOR COURT CASE NO. 109100 ANNUAL STATE OF CALIFORNIA DEPARTMENT OF MENTAL HEALTH, COALINGA STATE HOSPITAL REPORT FOR RELEASE AND/OR CONTINUED CONFINEMENT PER WELFARE AND INSTITUTION CODE SECTION §6600 ET SEQ DR. R. STARRETT PH.D ANNUAL REPORT DATED OCT-21ST 2009...

SEE ATTACHED SHEET - E.

MARCH 17TH 2010
(Date)

Scott E. Felix
(Signature of Plaintiff)

# D-CLAIMS PAGE - I

THE DEFENDANT'S POLICIES and PROCESS PROCEDURES VIOLATE THE LETTER OF FEDERAL UNITED STATES CONSTITIONAL LAW, and CALIFORNIAS TITLE - 15 LOCAL JAIL REQUIREMENTS IN COUNTLESS AREAS FOR PROPERTY, and LEGAL WORK PRODUCT FOR REASONABLE LEGAL WORK RESEARCH, and LITIGATION FOR MANY YEARS, and DESERVES FEDERAL INVESTIGATION, and COURTS MONITORING...

THE COUNTY JAILS CONDITIONS, and THE RESTRICTIONS ARE SO EXTREME, and EXCESSIVE THEY DENY BASIC RIGHTS, and GUARANTEES UNDER THE FIRST, 4TH, 5TH, 6TH, 8TH and FOURTEENTH U.S CONSTITUTIONAL AMENDMENTS BAN ON CRUEL, and UNUSUAL PUNISHMENT AS DESCRIBED UNDER A CITIZENS RIGHT UNDER DUE PROCESS and THE EQUAL PROTECTION CLAUSE...

THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT JAIL CONDITIONS and THEIR PRACTICES SURROUNDING BOTH TREATMENT, and DENIAL OF RIGHTS ARE ARBITRARY, and INTENDED TO PUNISH DETAINEES LIKE PLAINTIFF...

# D - CLAIMS PAGE - II

FOR AN EXAMPLE, THE SHERIFF'S DEPARTMENT POLICY FOR LEGAL WORK, PROPERTY and MATERIAL MAY NOT IN ANY WAY EXCEED #3 POUNDS... SEE SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT COUNTY JAIL INMATE RULES - SECTION - 14 MAIL §§ G...

THE SHERIFF DEPARTMENT OFFICERS REFUSE TO COPY SAID RULE BOOK FOR A COURT EXHIBIT and EVEN THREATEN PLAINTIFF FOR SEEKING ASSISTANCE IN COPIES CONCERNING THEIR JAILS POLICIES and PROCEDURES, STATING "YOUR NOT PRO-PER IN YOUR CRIMINAL CASE, SO WE DON'T HAVE TO MAKE COPIES FOR YOU."

AS THE COURT IS AWARE (BELL V. WOLFISH) 441 U.S. 520, 535, 99 S. CT. 1861 - (1979) and BENJAMIN V. MALCOLM 646 F. SUPP 1550 NOTE #3 "INMATES NOT YET SENTENCED TO PRISON SHOULD BE TREATED AS DETAINEES" AS IN <BELL V. WOLFISH> 441 U.S. AT PAGE 538-39 " EARLIER... LEAST RESTRICTIVE CONDITIONS POSSIBLE:"

## D - CLAIMS PAGE - III

THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S DEPARTMENT POLICIES and PROCEDURES ARE NOT POSTED and IN VIOLATION OF TITLE - 15 § 1045 PUBLIC INFORMATION PLAN...

SPECIFICALLY " EACH FACILITY STAFF ADMINISTRATOR OF TYPE - I, II, III and IV FACILITY SHALL DEVELOP WRITTEN POLICIES and PROCEDURES FOR DISSEM-INATION OF INFORMATION TO THE PUBLIC OR TO OTHER GOVERNMENT AGENCIES and THE NEWS MEDIA... THE PUBLIC and INMATES SHALL HAVE AVAILABLE FOR REVIEW THE FOLLOWING MATERIAL; "

A. STATE TITLE - 15 OF CALIFORNIA CODE OF REGULATIONS

B. FACILITY RULES and PROCEDURES EFFECTING INMATES AS SPECIFIED IN SECTIONS # 1 § 1045 THROUGH § 1200 # 20 INCLUSIVE..."

THE SAN LUIS OBISPO COUNTY JAIL SHERIFF DEPARTMENT REFUSES TO PROVIDE ANY CIVIL RIGHTS AS DISCUSSED IN PENAL CODE 4000 ET SEQ and § 1600 ET SEQ.

## D - CLAIMS PAGE - IV

WHEN PLAINTIFF REQUESTED ACCESS TO HIS LEGAL PROPERTY and LEGAL WORK PRODUCT IT WAS BEHIND THE FACT THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT COUNTY JAIL LAW LIBRARY DOES NOT HAVE ANY OF THE FOLLOWING:

1. FEDERAL WRITS 1983 OR HABEAS;
2. STATE WRITS LONG OR SHORT FORM;
3. LOCAL COUNTY FORMS;
4. CDCR 602 OR B.P.T. FORMS:
5. SDT SUMMONS OR NOTICE APPEAL;
6. SMALL CLAIM FORMS:
7. RESTRAINING ORDER FORMS;
8. UNLAWFUL DETAINER FORMS;
9. PROOF OF SERVICE FORMS;

SEE: EXHIBIT - 9 INTERNAL EXHIBIT A

## D - CLAIMS PAGE - V

10. LEGAL BOOKS ALL OUT DATED:

A. CODE OF CIVIL PROCEDURES:
B. CRIMINAL LAW PROCEDURES and PRACTICES:
C. PENAL CODE CALIFORNIA:
D. CDCR TITLE - 15 BARCLAYS:
E. CALIFORNIA EVIDENCE CODE:
F. FEDERAL RULE and PROCEDURES:

SPECIAL NOTE: THERE ARE MANY MORE FEDERAL and STATE BOOKS NOT MADE AVAILABLE

*

11. REFUSE INK PENS FOR DETAINEES TO FILE LEGAL MOTIONS and WRITS TO STATE and FEDERAL COURTS...

12. LAW LIBRARY TYPE - WRITER IS ALWAYS NON - OPERATIONAL...

THE TACTIC IS TO FIX AN OLD 1976 TYPE - WRITE and THEN WHEN IT BRAKES AGAIN, TAKE MONTHS TO FIX IT AGAIN FOR THE SAME PROBLEM REPEATEDLY WITH SAME RESULTS...

## D - CLAIMS PAGE - VI

IN ADDITION TO THESE VIOLATIONS THE SAN LUIS OBISPO COUNTY JAIL SHERIFFS DEPARTMENT, VIOLATES ALL PRE - TRIAL DETAINEES CIVIL and CONSTITUTIONAL RIGHTS TO PRIVACY and CONFIDENTIALITY WITH THERE PERSONAL LEGAL TELEPHONE CALLS WHILE WORKING IN ACTIVE CONCERT WITH THE LOCAL DISTRICT ATTORNEY TO PROSECUTE CITIZENS...

THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S DEPARTMENT COUNTY JAIL INMATE RULES BY PATRICK HEDGES STATES IN THE FOLLOWING SECTIONS ITS OFFICIAL INTENT...

#14. MAIL - SEE EXHIBIT - 9

SECTION - J. ALL MAIL INCOMING and OUTGOING, WILL BE INSPECTED FOR CONTRABAND... CORRECTIONAL OFFICER MAY READ and OR COPY MAIL and IT MAY BE USED AGAINST YOU IN COURT...

THIS IS A DIRECT VIOLATION OF THE GOVERNMENTS REQUIRED SEPERATION OF AGENCIES

## D - CLAIMS PAGE - VII

#24. TELEPHONE. SEE EXHIBIT-9

SECTION - J ALL TELEPHONE CONVERSATIONS ARE SUBJECT TO MONITORING and OR RECORDING AND MAY BE USED AGAINST YOU IN COURT..

EVEN WHEN YOU NOTIFY THE JAIL CORRECTIONAL OFFICER YOUR CALLS TO ATTORNEYS, INVESTIGATORS and THE MEDIA ARE BEING RECORDED AS STATED BY THE MESSAGE THEY SAY FILE A COMPLAINT & THEN THEY DENY YOU A COMPLAINT and IT TO LATE..

#26. VISITING. SEE EXHIBIT - 9

SECTION - H SUBSECTIONS 15 NOTE:

VISITORS CONVERSATIONS WITH YOU ARE SUBJECT TO MONITORING and OR RECORDING and MAY BE USED AGAINST YOU IN COURT.. IF YOU ARE VISITING WITH AN ATTORNEY, LICENSED PHYSICIAN OR RELIGIOUS ADVISOR, NOTIFY A CORRECTIONAL OFFICER..

## D - CLAIMS PAGE - VIII

THIS IS NOT POSSIBLE BECAUSE THE OFFICER LEAVES BEFORE YOUR VISITOR COME & AGAIN TELLS YOU FILE A COMPLAINT, BUT THE CALL DURING VISITING ALREADY RECORDED and SHARED WITH THE SAN LUIS OBISPO DISTRICT ATTORNEY BY THE SAN LUIS OBISPO SHERIFF'S JAIL RECORDING OPERATION..

EACH OF THESE VIOLATIONS ARE IN NO OTHER TERMS DIRECTLY LINKED TO THE DENIAL OF MY LEGAL PROPERTY and PRO-SE' LEGAL WORK PRODUCT TO CAUSE A DENIAL OF MY DUE PROCESS and EQUAL PROTECTION CLAUSES WITH DELIBERATE - INDIFFERENCE..

DENYING PLAINTIFF TO A LEGAL RIGHT TO ASSISTING HIS ATTORNEY JEAN MATULIS IN HIS DEFENSE IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX>, SAN LUIS OBISPO SUPERIOR COURT CASE # F383996 THREE - STRIKES CRIMINAL MATTER BEFORE THE HONORABLE JUDGE JOHN TRICE DEPARTMENT - 6 AS THE LEGAL PROPERTY IS VITAL TO MY DEFENSE..

SEE ATTACHED EXHIBIT - #5 DECLARATION

# D - CLAIMS PAGE - IX

IN ADDITION TO PROVIDING RELATED EVIDENCE TO HIS OTHER ATTORNEY MS. JANICE R. MAZUR IN THE FOLLOWING STATE OF CALIFORNIA APPEAL and FEDERAL WRIT OF HABEAS CORPUS...

1. PEOPLE V. SCOTT E. FELIX, SAN FRANCISCO SUPERIOR COURT CASE NO. 109100 POST - COMMITMENT ON ANNUAL REVIEW, DATED 10/20/2009

2. PEOPLE V. SCOTT E. FELIX, SAN FRANCISCO SUPERIOR COURT CASE NO. 109100 COURT OF APPEALS THE FIRST APPELLATE DISTRICT COURT CASE NO. A115717 - DUE IN THE FEDERAL COURT FOR THE NORTHERN DISTRICT OF THE UNITED STATES BY MARCH - 24TH 2010... SEE ATTACHED EXHIBIT -

3. SCOTT E. FELIX V. SHERIFF MICHAEL HENNESSEY CASE # C01-3138 - WHA <PR> U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA JUDGE ALSUP...

# D - CLAIMS PAGE - X

EACH OF THESE VIOLATIONS WERE NOT ONLY DELIBERATE ACTS OF THE SHERIFF'S DEPARTMENTS POLICIES and PROCEDURES, BUT ARBITRARY IN THE FORM OF EXCESSIVE RELATION BY SHERIFF PATRICK HEDGE, ASSIGNMENT OF LT. M. COLE and SPECIFICALLY SGT. E RUSHING AS MY ASSIGNED PROVIDER.

THE RECORD WILL REFLECT THERE IS NO SUCH OFFICIAL NAME OR POLICY IN THE SAN LUIS OBISPO COUNTY JAIL RULE BOOK OR CDCR TITLE - 15 THAT INVOLVES ASSIGNING A SPECIFIC PROVIDER BY THE JAIL OPERATIONS LT. M. COLE THROUGH SHERIFF PATRICK HEDGES...

THEREFORE, BECAUSE THE UNITED STATES SUPREME COURT HAS ESTABLISHED BEYOND DOUBT A CONSTITUTIONAL RIGHT TO ACCESS THE COURTS... SEE: BOUNDS V. SMITH, 430 U.S. 817, 821, 97 S.CT. 1491 <1977> ALSO SEE: ADAMS V. JAMES, 784 F.2D 1077, 1081-82 - 11TH CIR 1986> "LITIGATION UNDERTAKEN IN GOOD FAITH... ENJOY FIRST AMENDMENT PROTECTION..."

# D - CLAIMS - PAGE - XI

THE DELIBERATE INDIFFERENCE STANDARD HOLDS TRUE HERE ON THE GROUNDS THE DEFENDANTS WILLFULLY OBSTRUCTED PRE-TRIAL, PRO-SE: DETAINEE TO THE MATERIALS IN HIS LEGAL PROPERTY UNDER THE DUE PROCESS CLAUSE... SEE: CITY OF REVERE V. MASS. GENERAL HOSPITAL, 463 U.S. 239, 244 103 S. CT. 2979 <1983>, ALSO SEE: <BOUNDS V. SMITH> ID. AT 822, AS ADDRESSED IN <GILMORE V. LYNCH>, 319 F. SUPP. 105, 111 (N.D. CAL. 1970).

THE COURTS HAVE CONSISTENTLY RULED and HELD THAT DUE PROCESS and EQUAL PROTECTION COMES UNDER A MEANINGFUL COURT ACCESS, WHICH "ENTAILS NOT ONLY THE DRAFTING OF COMPLAINTS and PETITIONS FOR RELIEF BUT ALSO THE DRAFTING OF RESPONSES TO MOTIONS OR APPEALS TO DISMISS and OR THE DRAFTING OF OBJECTIONS TO MAGISTRATES' REPORTS FINDINGS OR DISMISSAL OF APPEAL"...

* SPECIAL NOTE: SEE: EXHIBIT-9 INTERNAL EXHIBIT - A - JAIL RULE #5 CONTRABAND... PLAINTIFF MUST LONGHAND ALL PLEADINGS IN PENCIL NO PENS ALLOWED!!!

# D - CLAIMS - PAGE - XII

THERE IS NO "LEGAL ASSISTANCE" TYPE OF PROGRAM and EVERY MOTION, PLEADING OR REQUEST FOR COPYING IS GIVEN TO THE LOCAL DISTRICT ATTORNEYS OFFICE PER THIER OWN SHERIFF'S DEPARTMENT POLICY, AS DISCUSSED IN <WOLFF V. McDONNELL> 418 U.S. 539, 579, 94 S.CT. 2963 (1974) - SEE: BOUNDS V. SMITH, 430 U.S. AT #827 <ACTION SEEKING "VINDICATION OF FUNDAMENTAL RIGHTS")...

THESE CASES ARE ON POINT and SHOW THE INCONCERT ACTS OF OBSTRUCTING PLAINTIFFS DUE PROCESS RIGHTS BY SEIZURE and DENIAL OF MY MOVING LEGAL PAPERS IN MY LEGAL PROPERTY and LEGAL WORK PRODUCT, AS DISCUSSED IN LEEDS V. WATSON, 630 F.2D 674, 677 <9TH CIR. 1980>, COUNTY JAILS MAY HAVE SMALLER LAW LIBRARIES THEN STATE PRISONS, BUT THEY MUST PROVIDE SOME ACCESS TO LEGAL MATERIALS...

THE SHERIFF'S DEPARTMENT HAS TAKEN STEPS TO IMPOSE ARBITRARY and MORE RETALIATORY ACTS BY ASSIGNING SGT. E. RUSHING AS MY PROVIDER THIS CLEARLY HINDERS CLOSE TO CONSPIRACY...

D - CLAIMS - PAGE XIII

EACH SEPERATE CLAIM DESCRIBED IN THIS COMPLAINT SURROUNDS THE ISSUE OF PLAINTIFF STATUS AS A PRO-SE' LITIGATOR UNDER THE 6TH AMENDMENT AS DISCUSSED IN <FARETTA V. CALIFORNIA, 422 U.S. 806, 95 S.CT. 2525 (1975) WHILE BEING WILLFULLY RESTRICTED BY THE DEFENDANTS FOR UNJUSTIFIED SPECIFIC INTERFERENCE OF FILING COURT WRITS and THIER PREPARATION...

THE RECORD WILL ALSO REFLECT THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT POLICIES and PROCEDURES DENY THE RIGHT TO ACCESS YOUR ATTORNEY, EXCHANGE MATERIALS and DISCUSS IN ATTORNEY ROOM DEFENSE STRATEGIES OR PASS MATERIALS THROUGH SHERIFF PERSONNEL... ONCE AGAIN THE DEFENDANTS POLICIES IN THE INMATE RULE BOOK, STATES PRISONER MAY ONLY MAIL LEGAL MATERIALS PAPERS TO HIS ATTORNEY - <FOUR PIECES OF PAPER> PER ENVELOPE...

SEE: COUNTY JAIL INMATE RULES #14 MAIL SECTION #E. OUTGOING LETTERS ARE LIMITED TO #4 PAGES

D - CLAIMS - PAGE XIV

THE DEFENDANTS HAVE BUILT A JAIL SYSTEM, THAT EVEN DENIES LOCAL COURT APPOINTED ATTORNIES CONTACT VISITS IN THE COUNTY JAIL WITH THEIR CLIENTS, WHILE ALSO DENYING THEIR RIGHT TO EXCHANGE LEGAL PAPERS, MOTIONS and OTHER MATERIALS AFTER APPROPRIATE CONTRABAND INSPECTION BY SHERIFF OFFICERS... THE DENIAL OF THIS RIGHT IS UNREASONABLE & EXCESSIVE BY THE SHERIFF'S DEPARTMENT. SEE: <CHING V. LEWIS> 895 F.2D 608, 610 <9TH CIR. 1990> ALSO SEE: <PROCUNIER V. MARTINEZ> 416 U.S. 396, 419, 94 S.CT 1800 <1974>...

THUS, THE DEFENDANTS POLICIES and PRACTICES & PROCEDURES ARE WITHOUT QUESTION AN UNJUSTIFIABLE OBSTRUCTION BECAUSE OF THIER ARBITRARY JAIL RESTRICTIONS WHICH CLEARLY HAVE OBSTRUCTED MR FELIX'S RIGHT TO PREPARE HIS LEGAL DEFENSE WITH HIS ATTORNEY IN HIS <THREE - STRIKE> CASE, HE WAS PRO - PER IN FOR MANY MONTHS PRIOR TO COUNSEL BEING APPOINTED, and TRIAL BEING SET FOR 2/23/2010 and I STILL WAS DENIED MY LEGAL PROPERTY...

# D - CLAIMS - PAGE XV

DEFENDANTS DENIAL TO ACCESS LEGAL PROPERTY & LEGAL WORK PRODUCT WAS IN DENIAL OF OBSERVING PLAINTIFF'S DUE PROCESS RIGHTS TO ASSIST HIS ATTORNEY IN HIS DEFENCE BUT ALSO ACCESS THE COURTS IN THOSE PENDING FEDERAL & STATE CASES AS DESCRIBED IN THE SUPPORTING FACTS / REQUEST FOR RELIEF SECTION OF THIS COMPLAINT..

PLAINTIFF HAS NO PLAIN OR ADEQUATE ADMINISTRATIVE REMEDY OR RELIEF BY STATE OF CALIFORNIA SUPERIOR COURT, FOR WHEN MY ATTORNEY JEAN MATULIS ASKED FOR A COURT ORDER WITH MR. FELIX ON FEB 5TH 2010 DUE TO THE FACT PLAINTIFF HAD TANGABLE LEGAL EVIDENCE IN HIS LEGAL PROPERTY TO TURN OVER IN HIS DEFENSE TO HIS ATTORNEY, THE COURT ORDERED. SEE EXHIBIT - 6 " THE COURT DIRECTS THE SHERIFF DEPARTMENT ALLOW THE DEFENDANT ACCESS TO HIS LEGAL PROPERTY.." THIS OCCURRED #1 TIME FOR #20 MINS & NEVER AGAIN... *

* MS. MATULIS CAN TESTIFY TO THIS; PHONE (805) 927 - 1990 ATTORNEY AT LAW

# D - CLAIMS - PAGE XVI

THEREFORE, SINCE THE PLAINTIFF IS A PRE-TRIAL DETAINEE PRESUMPTION OF INNOCENCE & THE DEFENDANTS HAVE VIOLATED THOSE RIGHTS DESCRIBED UNDER <BELL V. WOLFISH>, 441 U.S. AT # 538-39 INCLUSIVE..

CLEARLY THE DEFENDANTS ACTIONS HAVE BEEN "ARBITRARY & PURPOSELESS WITH INTENT TO RESTRICT & INFRINGE ON SPECIFIC CONSTITUTIONAL GUARANTEES SUCH AS THE 1ST 4TH, 6TH 8TH & THE 14TH AMENDMENTS IN THIS CASE...

CORDIALLY SUBMITTED

Scott E. Felix
SCOTT EMERSON FELIX

3/17/2010

## SUPPORTING FACTS - I

ON THE 6TH OF NOVEMBER 2009, PER THE ORDER OF JUDGE JOHN TRICE SAN LUIS OBISPO, SUPERIOR COURT DEPARTMENT - 6, I WAS TAKEN INTO CUSTODY BY THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT FROM THE CALIFORNIA DEPARTMENT OF MENTAL HEALTH, COALINGA STATE HOSPITAL TO STAND TRIAL ON THE CRIMINAL FILED COMPLAINT... SEE EXHIBIT - 3

THE RECORD SHOULD REFLECT THAT PRIOR TO HOUSING IN THE SAN LUIS OBISPO COUNTY JAIL, I HAD DISCUSSED MY CONCERNS WITH THE SHERIFF'S DEPARTMENT CLASSIFICATION, SGT. THOMPSON ABOUT MY PROPERTY and THE PENDING FEDERAL and STATE APPEALS I WAS PRO - SE' COUNSEL IN and WHAT WOULD BE A REASONABLE AMOUNT OF LEGAL PROPERTY... SEE EXHIBIT - 1

AFTER DISCUSSING THE AMOUT OF LEGAL and PERSONAL PROPERTY I HAD AT COALINGA STATE HOSPITAL, E.G. #14 BANKS BOXES #1 COMPUTER and #1 PRINTER WE AGREED TO #3 BOXES, AS CITE TO PROPERTY SHEET... EXHIBIT - 7

## SUPPORTING FACTS - II

THIS AGREEMENT WAS BASED OFF SGT. THOMPSONS PRIOR KNOWLEDGE OF THE AMOUNT OF LEGAL and PERSONAL PROPERTY DURING A TRANSPORTATION TRANSFER OF PLAINTIFF MR. FELIX A YEAR EARLIER, WHEN HE PERSONALLY TRANSPORTED ME FROM COALINGA STATE HOSPITAL TO THE COUNT-JAIL ~~WHEN I BROUGHT #14 BOXES, MY~~ LAPTOP COMPUTER & PRINTER...

WHEREFORE, AS DISCUSSED IN THE D - CLAIMS SECTION and EXHIBIT - 1 THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT INMATE GRIEVANCE APPEAL FORM - APPEAL LOG NUMBER #5139 I BELIEVE THAT AGREEMENT IS NOT ONLY BINDING BUT REASONABLE WITH RESPECT TO THE AMOUNT OF PENDING LITIGATION IN #3 SEPERATE MOVING and ACTIVE FEDERAL and STATE CASES AS A PRO - SE' LITIGANT WHO IS NOT ONLY RESPONDING TO MAGISTRATES ORDERS BY FILING A FEDERAL APPEAL IN THE MATTER OF <PEOPLE V. FELIX>, FIRST APPELLATE DISTRICT, CASE No. A115717... SEE EXHIBITS - 4

## SUPPORTING FACTS - III

IN ADDITION TO FILING MOTIONS, WRITS and POST-COMMITMENT ANNUAL REVIEW PAPERS IN THE FOLLOWING:

1. STATE APPEAL CASE NO. A115717 DISTRICT COURT OF APPEALS, SAN FRANCISCO SUPERIOR COURT # 109100 ON FEDERAL APPEAL, DUE DATE MARCH 27TH 2010, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA...

2. STATE WRIT OF HABEAS CORPUS, IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX> SUPERIOR COURT CASE NO. 109100 - ANNUAL REVIEW BY COURT ON INDETERMINATE CIVIL COMMITMENT, PER WELFARE AND INSTITUTION CODE, SECTION § 6600.

3. STATE OF CALIFORNIA <THREE - STRIKES> CASE IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX> CASE # F383996 FOR THE CITY & COUNTY OF SAN LUIS OBISPO CALIFORNIA IN DEPARTMENT - 6 BEFORE JUDGE TRICE...

## SUPPORTING FACTS - IV

THEREFORE, SINCE PLAINTIFF ACTED IN GOOD FAITH WITH THE VERBAL AGREEMENT MADE WITH SHERIFF'S DEPARTMENT CLASSIFICATION SGT. THOMPSON & THE FACTUAL MOVING THREE CASES DESCRIBED IN THE COMPLAINT & SUPPORTING FACTS GIVE PROOF OF EMERGENCY ORDER BY THE COURT TO PROVIDE RELIEF & A REMEDY TO THE DEFENDANTS ACTS OF ARBITRARY DELIBERATE, GROSS INDIFFERANCE WITH THE DENIAL OF MR. FELIX'S PRO-SE' LEGAL PROPERTY.

FURTHERMORE THE DEFENDANT IN THEIR OWN RESPONSES CITE NO TYPE OF <SAFETY OR SECURITY> REASON & CONTINUE TO RECITE A COUNTY JAIL INMATE RULES OF # 3 LBS OF LEGAL PROPERTY... CLEARLY THIS POLICY IS NOT ONLY OVERBOARD, IT CITED UNDER A MAIL RULE NOT A LEGAL PROPERTY RULE... SEE RULE - # 14 SUBSECTION G.

"YOU WILL NOT KEEP MORE THE TEN # 10 PERSONAL LETTERS OR MORE THREE # 3 LBS OF LEGAL MAIL IN YOUR HOUSING UNIT."

## SUPPORTING FACTS - V

THE DEFENDANTS & THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S RULE BOOK DOES NOT HAVE ANY CURRENT POLICY OR PROCEDURE FOR THE SPECIFIC ISSUE OF "LEGAL PROPERTY & OR PRO-SE' LEGAL WORK PRODUCT" FOR PRE-TRIAL DETAINEES OR PRISONERS OF THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT COUNTY JAIL LIKE MR FELIX OR ANY OTHER PERSON...

PLAINTIFF, THEREFORE MOVES THE COURT ACCEPT THE COMPLAINT ON ITS FACE & TAKE JUDICAL NOTICE TO EACH FACT, VIOLATION & POLICY AS BEING EXTREME & NOT BY STATE OR FEDERAL STANDARD CONSTITUTIONAL LEGAL FOR PRE-TRIAL DETAINEES LIKE MR. FELIX... SEE EXHIBIT - 8

CORDIALLY SUBMITTED

3/17/2010

Scott E. Felix
SCOTT EMERSON FELIX

## E - REQUEST FOR RELIEF - I

C. STATE OF CALIFORNIA <THREE STRIKES> CASE IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX> CASE No. F383996 FOR THE CITY & COUNTY OF SAN LUIS OBISPO CALIFORNIA IN DEPARTMENT - 6 BEFORE JUDGE TRICE...

2. ISSUE A DECLARATORY JUDGMENT STATING THAT:

A. THE DEFENDANTS SHERIFF POLICY CONCERNING PRE-TRIAL DETAINEES LEGAL PROPERTY & LEGAL WORK PRODUCT VIOLATES THE PLAINTIFF'S RIGHTS UNDER THE 1ST 4TH 6TH 8TH & 14TH AMENDMENTS TO THE UNITED STATES CONSTITION TO ACCESS THE COURT, FILE MOVING PAPERS & RESEARCH HIS PRO-SE' LEGAL PROPERTY & WORK PRODUCT IN HIS DEFENSE & MEET COURT TIME LIMITATIONS FOR FILING TO THE COURTS BY SHERIFF PATRICK HEDGES, LT. M. COLE, SGT. E. RUSHING, ET. AL. DEFENDANTS...

## E - REQUEST FOR RELIEF - II

B. DEFENDANT M. COLE FAILURE TO TAKE ACTION TO STOP THE VIOLATIONS AGAINST PLAINTIFF WHICH VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE 1ST, 4TH, 6TH, 8TH & 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION A DENIAL OF DUE PROCESS, DENIAL OF CRIMINAL DEFENSE IN THREE-STRIKES CASE & FEDERAL WRIT OF HABEAS CORPUS IN INVOLUNTARY CIVIL COMMITMENT UNDER STATE & FEDERAL DUE PROCESS RIGHTS...

C. DEFENDANT E. RUSHING ACTIONS AS ASSIGNED SHERIFF'S DEPARTMENT "PROVIDER" WITH APPROVAL OF HIS IMMEDIATE SUPERVISORS LT. M. COLE & SHERIFF PATRICK HEDGES ACTED IN HIS OFFICIAL CAPACITY TO ENFORCE A UNREASONABLE & ARBITRARY CAPRICIOUS POLICY IN EXCESSIVE FORMS OF NONE SAFETY & SECURITY RESTRICTIONS TO WILLFULLY OBSTRUCT PLAINTIFF'S DUE PROCESS RIGHTS UNDER THE 1ST, 4TH, 6TH, 8TH & 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION, A DENIAL OF DUE PROCESS, DENIAL OF CRIMINAL

## E - REQUEST FOR RELIEF - III

DEFENSE IN THREE STRIKES CASE, & ABILITY TO FILE FEDERAL WRIT OF HABEAS CORPUS IN INVOLUNTARY CIVIL COMMITMENT UNDER STATE & FEDERAL DUE PROCESS RIGHTS...

D. DEFENDANT SHERIFF PATRICK HEDGE, LT. M. COLE, SGT. E. RUSHING, ET. AL, SAN LUIS OBISPO COUNTY JAIL SHERIFF PERSONNEL ACTIONS IN FAILING TO PROVIDE ADEQUATE SHERIFF'S POLICY & PROCEDURES FOR THE FOLLOWING:

1. LEGAL PROPERTY & WORK PRODUCT FOR PRE-TRIAL DETAINEES IN PRO-SE' LITIGATION STATUS...

2. MAINTAINE A LAW LIBRARY WITH THE FOLLOWING:

A. FEDERAL & STATE WRIT FORMS;
B. OPERATIONAL TYPE-WRITER:
C. INK PENS, TYPING/PLEADING PAPER
D. STATE TITLE-15 'CDCR HANDBOOK
E. CONFIDENTIAL COPYING LEGAL WORK
F. POLICY WHICH DOES NOT SHARE LEGAL WORK, MOTION ETC. ETC. WITH SLO DISTRICT ATTORNEY...

## E - REQUEST FOR RELIEF - IV

3. CONTACT ATTORNEY - CLIENT LEGAL VISITS WITH PROCEDURE THAT ALLOWS NO MONITORING OF THE LEGAL VISIT and THE OPPORTUNITY TO EXCHANGE PROPERLY INSPECTED LEGAL MATERIAL...

4. CONFIDENTIAL and PRIVATE LEGAL PHONE CALLS BETWEEN ATTORNEY and CLIENT DURING LEGAL PHONE CALLS ON SHERIFF VISITING ROOM PHONE and OUTSIDE PUBLIC PHONE LINE AS PRE-TRIAL DETAINEES/CITIZENS.

DEFENDANTS IN OFFICIAL CAPACITY ACTED IN GROSS NEGLECT TO PLAINTIFFS DUE PROCESS RIGHTS UNDER THE 1ST, 4TH, 6TH, 8TH and 14TH AMENDMENTS TO THE U.S. CONSTITUTION BY IN NO OTHER TERMS CAPRICIOUSLY APPLYING AN UNREASONABLE and VERY EXCESSIVE POLICY FOR NONE SAFETY and SECURITY RESTRICTION... UNDER THIER INDIVIDUAL STATUS AS THEY CREATED A "PROVIDER" FOR MR. FELIX ILLEGALLY TO HAVE THEM CONSPIRE AGAINST PLAINTIFFS DUE PROCESS RIGHTS...

## E - REQUEST FOR RELIEF - V

IN ADDITION TO OBSTRUCTING MR. FELIXS DEFENSE IN THE CRIMINAL <THREE STRIKE>, WHILE DENYING HIS LEGAL ABILITY TO FILE FEDERAL WRITS OF HABEAS CORPUS IN HIS INVOLUNTARY CIVIL COMMITMENT UNDER STATE and FEDERAL DUE PROCESS RIGHTS...

3. ISSUE AN INJUNCTION ORDERING DEFENDANTS SHERIFF PATRICK HEDGE, LT. M. COLE, SGT. E. RUSHING, ET. AL., SHERIFF PERSONNEL WITH THEIR AGENTS and LAWYERS...

A. CREATE REASONABLE LEGAL WORK and LEGAL WORK PRODUCT POLICY WITH RECOMMENDATIONS BY COURT OF #6 SQUARE FEET IN CELL and REASONABLE AMOUNT IN STORAGE WITH ACCESS CASE BY CASE...

B. CREATE #24 HOUR REASONABLE ACCESS SCHEDULE BLOCK BY BLOCK WITH SPECIFIC TIMES FOR EACH OF THE HOUSING UNIT FOR #2 HOURS' EVERY OTHER DAY and THREE TIMES EVERY DAY FOR PRO-SE' DETAINEES, EITHER CRIMINAL OR LITIGATION...

## E - REQUESTS FOR RELIEF - VI

C. CREATE CONTACT CONFIDENTIAL ATTORNEY - CLIENT VISITING ROOMS.

D. CREATE NONE RECORDING PHONE POLICY FOR PUBLIC PHONES and THE PRE - TRIAL DETAINEE ATTORNEY CLIENT PHONE CALLS...

E. DISCONTINUE SHERIFF SAN LUIS OBISPO COUNTY JAIL PROPERTY SHEET ADMIN/LEGAL CLERK/FORMS/PROPERTY SHEET _07 REV 9/07 - REPRO 1188...

THE SPECIFIC FORM BY THE SHERIFF STATES THE FOLLOWING:

"MAIL/PHONE/VISITING COMMUNICATION MAY BE MONITORED, COPIED AND/OR RECORDED AND MAY BE USED AGAINST YOU IN COURT..."

OFFICER INITIALS ______ INMATE

SEE EXHIBIT - 7 PROPERTY SHEET...

THIS POLICY IS ILLEGAL AS THE (SLO) SHERIFF'S DEPARTMENT IS WORKING,

## E - REQUESTS FOR RELIEF - VII

IN ACTIVE CONCERT WITH THE (SLO) DISTRICT ATTORNEYS OFFICE IN VIOLATION OF PUBLIC SEPERATION OF LOCAL LAW AGENCYS and DEPARTMENTS...

SPECIAL NOTE: THE COURT MAY SEEK CONTACT OF CALIFORNIA ATTORNEY GENERAL ON THIS CONSTITUTION VIOLATION.

F. IMMEDIATELY STOP ALL ILLEGAL POLICIES and PROCEDURES WHICH VIOLATE CONSTITIONAL and CALIFORNIA LAW DESCRIBED IN GOOD FAITH...

G. RELEASE COPIES OF ALL PHONE, LETTERS and ANYOTHER COMMUNICATION THE SHERIFF HAS OF THE PLAINTIFF MR. FELIX JAIL # 423084 and DELETE ALL RECORDS ILLEGALLY OBTAINED...

4. ISSUE AN INJUNCTION ORDERING THE DEFENDANTS RELEASE ALL PLAINTIFFS LEGAL PROPERTY and LEGAL WORK PRODUCT TO HIM SO HE MAY FILE THE NEEDED LEGAL MOVING PAPERS TO COURT.

# E - REQUEST FOR RELIEF - VIII

5. AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

A. $150,000 JOINTLY and SEVERALLY AGAINST DEFENDANTS SHERIFF PATRICK HEDGES, LT. M. COLE and SGT. E. RUSHING FOR THE DENIAL OF DUE PROCESS and PUNISHMENT and EMOTIONAL INJURY RESULTING FROM THEIR ARBITRARY and CAPRICIOUSLY DENIAL OF PLAINTIFFS DUE PROCESS RIGHTS and CREATING "PROVIDER"...

6. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

A. $20,000 EACH AGAINST SAID DEFENDANTS SHERIFF PATRICK HEDGE, LT. M. COLE and SGT. E. RUSHING...

7. APPOINTMENT OF LEGAL COUNSEL and INVESTIGATORS TO FURTHER TAKE THE EVIDENCE and U.S. CONSTITUTIONAL VIOLATIONS BEFORE THE COURT and CORRECT WRONGFUL ACTS OF SAN LUIS OBISPO PUBLIC DEPARTMENTS UNLAWFUL and ILLEGAL ACTS BY THE SHERIFF'S DEPARTMENT...

# E - REQUEST FOR RELIEF - IX

8. GRANT PLAINTIFF WAIVER OF FILING FEES ON THE GROUNDS DESCRIBED IN THE PLAINTIFFS DECLARATION OF FACTS EXHIBIT-8 and THE INTERNAL EXHIBIT-(A) FOR PROOF OF INDIGENT STATUS...

9. GRANT ANY SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST, PROPER and RIGHT IN THE INTREST OF JUSTICE and THAT PLAINTIFF IS ENTITLED INCLUDING MAKING THIS COMPLAINT A CLASS ACTION...

CORDIALLY SUBMITTED

3/17/2010

Scott E. Felix
SCOTT EMERSON FELIX

SPECIAL FOOTNOTE:

DEFENDANTS REFUSE TO PROCESS INMATE GRIEVANCES, THREATEN and WITH POLICY RETALIATE AGAINST ANY PRE-TRIAL DETAINEES... ALSO HAVE POLICY NO CLASS ACTION COMPLAINTS OR ANY COMPLAINTS AGAINST OFFICERS!!!

EXHIBIT - 1

SAN LUIS OBISPO COUNTY JAIL
INMATE GRIEVANCE APPEAL FORM
APPEAL LOG NUMBER # S139

A-4

SAN LUIS OBISPO COUNTY JAIL

# INMATE GRIEVANCE APPEAL FORM

You may appeal any policy, action, or decision which has a significant adverse affect upon you. You must first informally seek relief through discussion with the appropriate staff member who will sign your form and state what action was taken. If you are not then satisfied, you may submit an additional page of comments to the next level. No reprisals will be taken for using the appeals procedure responsibly.

| Name | I.D. Number | Cell Number |
|---|---|---|
| SCOTT E. FELIX | 423084 | 606 |

A. Describe Problem: I HAVE REQUEST ACCESS TO ALL MY PRO-SE' LEGAL PROPERTY and WORK-PRODUCT SINCE NOV. 6TH 2009 UNTIL NOV. 30TH 2009; SEE ALL INMATE REQUESTS FILED etc. I AM PRO-SE' IN THREE SEPERATE COURT LITIGATIONS IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX> SUPERIOR COURT CASE NO. 109100; #1 CASE FEDERAL NO. C01-3138-WHA JUDGE ALSUP UNITED STATES NORTHERN DISTRICT; SEE ATTACHED SHEET-I

IF YOU NEED MORE SPACE, ATTACH ONE ADDITIONAL SHEET

B. Action Requested: PER SGT. THOMPSON: LAPTOP COMPUTER and/OR WITH I AM REQUESTING ALL #3 BOXES OF LEGAL PROPERTY ON THE GROUNDS I AM PRO-SE' IN THE SAID LITIGATIONS: I COMPLIED WITH BOTH SGT. THOMPSON'S ORDER and JUDGE TRICE'S ORDER TO RETURN TO CSH FOR PICKUP OF PRO-SE' PROPERTY etc

Inmate signature: Scott E. Felix Date submitted: DEC 13TH 2009

C. Informal Level (Complete within 5 working days) Date received: ____

Staff response: As stated in the inmate Rule book, you may have up to three pounds of legal mail in your cell at one time. you may exchange this material as needed. Officers have taken you to the Intake Release Center and allowed you to exchange documents. you will not be allowed to keep unlimited amounts of material in your cell. you will not be allowed to have a computer. Request Denied

Correctional Sergeant, Kitchen/Nursing Supervisor, Mental Health Site Leader: C Ruehg CS/491

Date returned to inmate: Dec 17 2009

7/14/10 THERE IS FOOD OR SOME UNKNOWN SUBST. [illegible]

Appeal Log Number: S139

2nd COPY ✓ /18/10 J. COLE

SEE ATTACHED SHEET 1
RE: LEGAL PROPERTY
DECEMBER 13TH 2009

#2 CASE NO: A115717 FIRST DISTRICT COURT OF APPEALS - SAN FRANCISCO SUPERIOR COURT CASE NO # 109100 FEDERAL APPEAL PENDING:

#3 CASE NO # 109100 ANNUAL REPORT STATE OF CALIFORNIA DEPARTMENT OF MENTAL HEALTH COALINGA STATE HOSPITAL REASON FOR REVIEW: W&I CODE § 6600 ET. SEQ., DR. R. STARRETT PH.D WRIT OF HABEAS CORPUS...

THE RECORD WILL REFLECT THE STATE OF CALIFORNIA SAN LUIS OBISPO SUPERIOR COURT JUDGE TRICE IN CASE NO. F000383996 ORDERED MY TRANSFER BACK TO COALINGA STATE HOSPITAL TO SECURE MY PRO-SE' LEGAL PROPERTY & WORK PRODUCT IN THE DESCRIBED MATTERS...

SGT. THOMPSON, THE DAY OF MY RETURN TO CSH DISCUSSED WHAT AMOUNT WOULD BE AN APPROPRIATE TO RETURN WITH TO THE COUNTY JAIL TO KEEP IN MY POSSESSION...

EXHIBIT - 2

SAN FRANCISCO SUPERIOR COURT
ORDER DATED OCTOBER 20TH 2006
SUPERIOR COURT CASE No # 109100
INDETERMINATE SVP COMMITMENT

408

SUPERIOR COURT OF ...LIFORNIA, COUNTY OF SAN FRANCISC... - COMMITMENT

**FILED**
San Francisco County Superior Court
OCT 2 0 2006
GORDON PARK-LI, Clerk
BY: [signature] Deputy Clerk

...ple of the State of California vs. SCOTT FELIX

| 109100 | Dept No. S27 | Judge MARY MORGAN |
|---|---|---|

Counsel for the above-named defendant, KEN QUIGLEY, present.

Court has appointed KEN QUIGLEY, private counsel.

| Count | Code | Section | Degree | NC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | WI | 6600/F | | 01685399 | | |

Case on calendar: TO SET AFTER 6600WI JURY TRIAL.

JURY'S VERDICT ON 10-18-06 FOUND THAT THE ALLEGATION IN THE 6600WI PETITION THAT RESPONDENT IS A SEXUAL VIOLENT PREDATOR IS TRUE. PURSUANT TO WI6604 RESPONDENT IS COMMITTED FOR AN INDETERMINATE TERM TO THE CUSTODY OF THE STATE DEPARTMENT OF MENTAL HEALTH FOR APPROPRIATE TREATMENT AND CONFINEMENT IN A SECURE FACILITY DESIGNATED BY THE DIRECTOR OF MENTAL HEALTH.

THE COURT ORDERS: SHERIFF TO TRANSPORT RESPONDENT, SCOTT FELIX, FORTHWITH TO ATASCADEROSTATE HOSPITAL.

THE COURT ORDERS: ANNUAL REVIEW PURS 6605WI FROM ATASCADERO STATE HOSPITAL FOR 10-22-07.

FAX: (415)734-3118.

...reby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action 10/20/2006 and ...e minutes of the Superior Court.

...DON PARK-LI, CLERK

[signature] P. Lee

...AUL LEE DEPUTY CLERK

EXHIBIT - 3

SAN LUIS OBISPO SUPERIOR COURT
CASE No. F383996 CRIMINAL
THREE - STRIKES TRIAL DEPT. # 6
THE HONORABLE JUDGE J. TRICE

IN CUSTODY

GERALD T. SHEA
DISTRICT ATTORNEY
STATE BAR #62745
COUNTY OF SAN LUIS OBISPO
COURTHOUSE ANNEX, 4TH FLOOR
SAN LUIS OBISPO, CA 93408
TELEPHONE: (805) 781-5800

FILED
NOV 25 2009
SAN LUIS OBISPO SUPERIOR COURT
BY [signature]
L. Morais, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO
DEPARTMENT 6

THE PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff
vs
SCOTT EMERSON FELIX
DOB: 02/12/61 ID#: 282120 001 MNID: D000221443
Defendant(s)

) DA CASE NO: 06-590
) COURT NO: F000383996
) INFORMATION
) ARRAIGNMENT DATE: 12/1/2009

The District Attorney of the San Luis Obispo County, State of California by this Information accuses the above named defendant(s) of the following offenses occurring in the County of San Luis Obispo, State of California.

Count 1

On or about APRIL 25, 2005, in the County of San Luis Obispo, the crime of ASSAULT, GREAT BODILY INJURY, in violation of Penal Code section 245(A)(1), a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully commit an assault on XAVIER GARCIA by means of force likely to produce great bodily injury.

Enhancement 1

It is further alleged that in the commission of the above offense the said defendant(s), SCOTT EMERSON FELIX, personally inflicted great bodily injury upon XAVIER GARCIA, not an accomplice to the above offense, within the meaning of Penal Code section 12022.7 and also causing the above offense to become a serious felony within the meaning of Penal Code section 1192.7(c)(8).

Count 2

On or about APRIL 25, 2005, in the County of San Luis Obispo, the crime of BATTERY WITH SERIOUS BODILY INJURY, in violation of Penal Code section 243(D), a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully use force and violence upon the person of XAVIER GARCIA, resulting in the infliction of serious bodily injury on such person.

Enhancement 2

It is further alleged that in the commission and attempted commission of the foregoing offense, that SCOTT EMERSON FELIX personally inflicted great bodily injury on another person, other than an accomplice, within the meaning of Sections 1192.7(c) and 667 and 969F of the Penal Code.

Count 3

On or about APRIL 14, 2005, in the County of San Luis Obispo, the crime of RESISTING EXECUTIVE OFFICER, in violation of Penal Code section 69, a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully attempt by means of threats and violence to deter and prevent ATASCADERO STATE HOSPITAL POLICE OFFICERS K. O'SHEA, M. WALKER, AND SGT. C. BARNES, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

Count 4

On or about APRIL 14, 2005, in the County of San Luis Obispo, the crime of RESISTING EXECUTIVE OFFICER, in violation of Penal Code section 69, a FELONY, was committed by SCOTT EMERSON FELIX, who did willfully and unlawfully attempt by means of threats and violence to deter and prevent ATASCADERO STATE HOSPITAL POLICE OFFICERS R. CERVANTES AND H. SHALLENBERGER, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

Prior 1

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 288A(C) of the PENAL Code, to wit, FORCIBLE ORAL COPULATION, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

Prior 2

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 220 of the PENAL Code, to wit, ASSAULT WITH INTENT TO COMMIT RAPE, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

Prior 3

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 288A(C) of the PENAL Code, to wit, FORCIBLE ORAL COPULATION, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

Prior 4

It is further alleged that the defendant, SCOTT EMERSON FELIX, prior to the commission of the above offenses did suffer a conviction for the crime of violation of Section 261.2 of the PENAL Code, to wit, FORCIBLE RAPE, in the State of CALIFORNIA, for the County of SAN FRANCISCO (109100), on or about OCTOBER 21, 1982, within the meaning of Penal Code Section 667(d) and (e) and Penal Code Section 1170.12(b) and (c).

Prior 5

It is further alleged that said defendant(s), SCOTT EMERSON FELIX, was on or about MAY 21, 1981, in the SUPERIOR Court of the State of CALIFORNIA, for the County of SAN FRANCISCO, convicted of the crime of BURGLARY a felony, in violation of section 459 of the PENAL Code, and that said defendant then served a term as described in Penal Code section 667.5 for said offense, and that said defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term, within the meaning of Penal Code section 667.5(b).

Contrary to the form, force and effect of the statute in such cases made and provided, and against the peace and dignity of the people of the State of California. This information consists of 4 count(s).

GERALD T. SHEA
DISTRICT ATTORNEY
County of San Luis Obispo
State of California

By: ______________________ DATED: November 24, 2009
MATTHEW P. KRAUT
Deputy District Attorney

## SUMMARY PAGE

| Cnt | Charge | Range | Defendant(s) | Special Allegation | Effect |
|---|---|---|---|---|---|
| 001 | PC245(A)(1) | 2,3,4 | Felix, Scott E. | | |
| E01 | | | Felix, Scott E. | PC12022.7 | 3 Yrs |
| 002 | PC243(D) | 2-3-4 | Felix, Scott E. | | |
| E02 | | | Felix, Scott E. | PC969F | |
| 003 | PC69 | 16-2-3 | Felix, Scott E. | | |
| 004 | PC69 | 16-2-3 | Felix, Scott E. | | |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | | | | Felix, Scott E. | PC667(D) |
| Prior(s) | +1 Yr | | | Felix, Scott E. | PC667.5(b) |

EXHIBIT - 4

ATTORNEY AT LAW
JANICE R. MAZUR
FEBRUARY 18TH 2010
CERTIFIED - MAIL
SHERIFF PATRICK HEDGES

MAZUR & MAZUR
Attorneys at Law

Janice R. Mazur
William E. Mazur, Jr.

13465 Camino Canada, Suite 106, No.103, El Cajon, California 92021 * Tel: (888) 810-5950
Fax (888) 447-7085 * e-mail: appealslawyer@aol.com

BY FACSIMILE TRANSMISSION AND CERTIFIED MAIL

February 18, 2010

Patrick Hedges
Sheriff's Department
San Luis Obispo County
1585 Kansas Ave.
San Luis Obispo, CA 93401

Re: Scott E. Felix
Jail No. 423084, Cell A-4
Superior Court Case #F383996

Dear Sheriff Hedges:

I am an attorney who has been representing Scott E. Felix in several appeal matters. Under separate cover I am forwarding to you by certified mail Mr. Felix's file from his state court appeal (People v. Felix, San Francisco Superior Court Case No 109100, Court of Appeal, First Appellate District, Case No. A115717).

I am informed that your department (Jail Inmate Rules section 14, Mail: subsection G) precludes an inmate from having more than three pounds of legal mail in his housing unit. I write today to respectfully request that Mr. Felix be permitted to keep and maintain access to the documents I am forwarding to you in addition to other legal papers he already has or needs which are vital to his defense.

Patrick Hedges
Sheriff's Department
San Luis Obispo County
February 18, 2009
Page 2

Mr. Felix is presently housed in San Luis Obispo Jail in connection with a three-strikes criminal matter which is currently pending before Judge Trice in San Luis Obispo Superior Court Case No. F383996. Mr. Felix currently has the maximum amount of documents permitted by your department in his cell in connection with that matter. Those documents are vitally necessary to allow Mr. Felix to assist his counsel, Ms. Jean Matulis, in preparing his defense in that matter.

The materials that I am forwarding to you in Court of Appeal Case No. A115717 relate to a different matter (Mr. Felix's civil commitment pursuant to Welfare & Institutions Code section 6600, et seq.) These materials fill one large accordian folder. However, there are also a large number of Reporter's Transcripts related to the same appeal, (about one banker's box), which are presently in the possession of attorney Matulis. It is imperative that Mr. Felix have access to <u>all</u> of these documents because he is acting in pro per to prepare a Petition for Writ of Habeas Corpus pursuant to 28 USC 2254 challenging the state Court of Appeal ruling. The deadline to file the Petition is March 24, 2010, and so it is very important the Mr. Felix have immediate access to all of his legal documents related to the state court case.

As you know, Mr. Felix has a fundamental due process right to defend himself and to represent himself in his own defense. (United States Constitution, Fifth, Sixth, Fourteenth Amendments, <u>Faretta v. California</u> 422 U.S. 806 (1975.) Further, an incarcerated person may not meaningfully exercise his right to represent himself without the tools necessary to prepare a defense. (<u>Milton v. Morris</u> 767 F.2d 1443 (9th cir. 1985). The U.S. Supreme Court has held "the state and its officers <u>may not abridge or impair petitioner's right to apply to a federal court for a writ of habeas corpus</u>." (<u>Bounds v. Smith</u> 430 U.S. 817, 822 (1977).) Based on these and many other long-standing authorities, it is a violation of due process to deprive Mr. Felix of access to personal legal documents which are necessary for his defense, the absence of which will abridge or impair his right to apply to the federal court for relief.

Patrick Hedges
Sheriff's Department
San Luis Obispo County
February 18, 2009
Page 3

Again, I respectfully request that Mr. Felix be permitted to keep and maintain access to the file I am forwarding to you as well as the additional documents relevant to his defense in both pending matters, which are currently in his possession or in the possession of attorney Matulis.

Please contact me if you have any questions or concerns.

Sincerely,

JANICE R. MAZUR
JRM/sf
cc: Scott Felix
Jean Matulis

# EXHIBIT - S

PLAINTIFF'S DECLARATION

PRO - SE'
LEGAL PROPERTY & WORK PRODUCT

PROBLEMS LAW LIBRARY
SAN LUIS OBISPO SHERIFF'S DEPARTMENT
DENIAL OF BASIC RIGHTS

# DECLARATION

I, SCOTT EMERSON FELIX, HEREBY DECLARE THE FOLLOWING:

1. I WAS GRANTED A PRO-SE' COUNSELOR FOR OVER 'SEVEN' MONTHS IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX> SAN LUIS OBISPO SUPERIOR COURT CASE NO. F383996...

2. SPECIFICALLY, DEFENDANTS DAILY ACTS OF DELIBERATE - INDIFFERANCE and EXCESSIVE POLICIES, PRACTICES & ITS PROCEDURES TO ACCESS A REASONABLY SUPPLIED LAW LIBRARY - WITH THE DENIAL OF PLAINTIFFS PRO-SE' LEGAL MATERIAL MADE IT CLEARLY IMPOSSIBLE TO REPRESENT HIMSELF...

3. WHEREFORE, THE CONTINUE and ARBITRARY - DENIAL OF MY PRO-SE' LEGAL PROPERTY & LEGAL WORK PRODUCT & THOSE MATERIALS IN MY SEIZED - LEGAL PROPERTY DENIED ME A FULL & FAIR DEFENSE, WHILE DENYING MY ATTORNEY CRITICAL CASE MATERIAL & EVIDENCE...

PAGE - II

4. ON APPEARANCE, THE SAN LUIS OBISPO COUNTY JAIL, SHERIFF'S DEPARTMENT LAW LIBRARY GIVES THE SUGGESTION IT IS IN COMPLANCE WITH THE PRO-PER MINIMUM STANDARDERS, WITH A COMPUTER, PRINER & COPY MACHINE OVER IN THE MEDICAL DEPARTMENT...

5. HOWEVER, THE ~~COMPUTER NEEDS~~ A PASS WORD, WHICH NOT ALL OF SHERIFF OFFICERS HAVE & MOST IN NO OTHER TERMS IGNORE YOUR REQUESTS UNTIL IT ALMOST TIME FOR YOU TIME TO BE UP IN THE LAW LIBRARY, AS THERE IS NO AREA SCHEDULE..

6. THE COMPUTER IS ALSO HOOKED UP TO ANOTHER SHERIFF COMPUTER IN THE SHERIFF DEPARTMENTS OFFICE & ANY COPIES PINTED GO DIRECTLY INTO THE OFFICERS OFFICE... WHILE ALL COPYING MUST BE DONE BY THE OFFICERS, WHO TAKE YOUR LEGAL WORK, MOTIONS, WITNESS LISTS, & CONFIDENTIAL MATERIALS TO MEDICAL FOR COPYING & DUPLICATION FOR THE SAN LUIS OBISPO DISTRICT ATTORNEYS OFFICE FOR ITS PROSECUTION...

PAGE - III

7. THEREFORE, WITH EACH VIOLATION THAT OCCURRED WITHIN THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT & ITS' CONTINUED BADGERING, DENIAL OF MY LEGAL PROPERTY & BEING GIVEN ONLY #3 LBS, I COULD NOT FULLY & IN A ADEQUATE MANNER REPRESENT MY CASE & SOUGHT INCOMPETENCE TO STAND TRIAL... SEE EXHIBIT - A

8. PLAINTIFF, RESPECTFULLY MOVE THE COURT ACCEPT THESE CLAIMS AS FACTUAL EVIDENCE, NOT ONLY FOR MR. FELIX BUT THE GOOD OF THE WHOLE & PRESERVATION OF THE UNITED STATES CONSTITUTION, BUT IN THE INTEREST OF JUSTICE..

I, SCOTT E. FELIX HEREBY DECLARE THE FOREGOING TO BE TRUE & CORRECT. EXECUTED THIS 17TH DAY OF MARCH 2010..

CORDIALLY SUBMITTED

Scott E. Felix

SCOTT E. FELIX

EXHIBIT - A

APRIL 15TH 2008
MINUTE ORDER

(FARRETTA REVOKED)

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN LUIS OBISPO
FELONY MISCELLANEOUS/MOTION MINUTE ORDER/SUPERIOR CASE NO. F000383996

THE PEOPLE OF THE STATE OF CALIFORNIA, VS
FELIX, SCOTT EMERSON / 001
ID NUMBER: 0000232120
CUSTODY STATUS: ASH

EVENT: MOTION TO CONTINUE
DEPARTMENT: SLO BRANCH - DEPT 8
DATE: 04/15/08 TIME: 0830
DA CASE NO:

001 PC245(A)(1) E01 PC12022.7 002 PC243(D)
E02 PC969F 003 PC136.1(C)(1) 004 PC524
005 PC69 006 PC69 MORE THAN 8 CHARGES

JUDGE: G GARRETT
PEOPLE: [signature]
DEFENSE COUNSEL:
(IS) (IS NOT) PRESENT
ATTY TYPE: PROPRIA PERSONA
DEFENDANT (IS) (IS NOT) PRESENT
REV= CASE= CT=D8

CLERK: T. COLLINS\C-~~DUCKWORTH~~
COURT REPORTER: [illegible] \NONE\WAIVED
BAILIFF:
INTERPRETER TYPE:
INTERPRETER:
PROBATION OFFICER:

__ DEFENDANT FAILED TO APPEAR __ PROBATION REVOKED
__ OWN RECOGNIZANCE RELEASE REVOKED __ BAIL FORFEITED
__ BENCH WARRANT ISSUED __ BAIL SET $ __ NO BAIL
__ NO COURT SURRENDER
__ SERVICE WITHHELD TO DATE BELOW __ BENCH WARRANT RECALLED
__ BAIL BOND REINSTATED/EXONERATED WITH COSTS $100.00/
__ DEFENDANT'S O.R/BAIL REDUCTION MOTION __ GRANTED __ DENIED

__ COURT APPOINTS PUBLIC DEFENDER __ CONFLICT DECLARED
✓ COURT APPOINTS K. Allen
APPOINTED SUBJECT TO REIMBURSEMENT AS DETERMINED BY PROBATION.
__ COURT HAD READ AND CONSIDERED ALL MOVING PAPERS/RESPONSES
__ ON FILE HEREIN THE REPORT(S) OF
__ COUNSEL SUBMIT THE MATTER(S) ON SAID DOCUMENTS WITHOUT HEARING
__ PC995 MOTION TO DISMISS __ GRANTED (COUNTS/ENHANCEMENTS DISMISSED) __ DENIED

__ PC1538.5 MOTION TO SUPPRESS EVIDENCE __ GRANTED __ DENIED
__ PEOPLE'S/DEFENDANT'S MOTION FOR DISCOVERY __ GRANTED __ DENIED
__ MOTION TO FILE AMENDED INFORMATION __ GRANTED __ DENIED
__ AMENDED INFORMATION ORDERED FILED IN OPEN COURT THIS DATE
__ DEFENDANT WAIVES ARRAIGNMENT ON AMENDED INFORMATION
__ DEFENDANT ENTERS PLEAS OF NOT GUILTY OF ALL COUNTS
__ DEFENDANT DENIES ALL ENHANCEMENTS __ PRIORS
__ MOTION TO TERMINATE PROBATION PC __ GRANTED __ DENIED
__ MOTION TO REDUCE COUNT(S) __ TO MISDEMEANOR(S)
__ PURSUANT TO PC17(B) __ GRANTED __ DENIED
__ PETITION CERTIFICATE REHABILITATION/PARDON __ GRANTED __ DENIED
✓ MOTION TO CONTINUE ✓ GRANTED __ DENIED
SET __ VACATED/RESET AS BELOW
__ DEFENDANT WAIVES TIME FOR __ TO
✓ MOTION Farretta revoked Ct ~~GRANTED~~ ~~DENIED~~ Deft's claim
__ REFERRED TO PROBATION FOR INVESTIGATION/REPORT RE: of incompetence

__ REFERRED TO PROBATION FOR PRE-SENTENCE/PRE-PLEA Crt determines
__ CONTACT PROBATION WITHIN 1 BUSINESS DAY. FOR
__ REFERRED TO DR(S). claim of
__ INVESTIGATION/REPORT PURSUANT TO __ /OTHER __ REPORT DUE __ incompetence
OTHER ORDERS/FINDINGS requires atty

✓ DEFENDANT REMANDED CUSTODY OF (JAIL)/CMC/ASH/ __ BAIL $ __ representation
__ DEFENDANT RELEASED ON OWN RECOGNIZANCE AGREEMENT/BAIL
__ DEFENDANT ORDERED TO APPEAR ON DATES SET FORTH BELOW

| NEXT EVENT | DATE | TIME | COURT |
|---|---|---|---|
| Proc | 4-16-8 | 830 | 8 |

CC PROBATION LSL114-M112 GB6

Deft objects to court's order to revoke proper status & appoints atty [illegible]

# EXHIBIT-6

SAN LUIS OBISPO SUPERIOR COURT MINUTE ORDER DATED 2/5/2010 BY THE HONORABLE JUDGE TRICE.

VIOLATES STATE COURT ORDER 1 TWENTY MINUTE REVIEW..

MS. JEAN MATULIS (805) 927-1990 CAN VERIFY EVIDENCE GIVEN CRITICAL TO DEFENSE..

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN LUIS OBISPO
FELONY MISCELLANEOUS/MOTION MINUTE ORDER/SUPERIOR CASE NO. F000383996

THE PEOPLE OF THE STATE OF CALIFORNIA, VS
FELIX, SCOTT EMERSON / 001
ID NO: 0000282120 MNID: D000221443
CUSTODY STATUS: INCU

EVENT: MOTION *for stay of proc + to recuse def as co-counsel*
DEPARTMENT: SLO BRANCH - DEPT 6
DATE: 02/05/10 TIME: 1100
DA CASE NO:

001 PC245(A)(1) E01 PC12022.7 002 PC243(D)
E02 PC969F 003 PC69 004 PC69
P01 PC667(D) P02 PC667(D) MORE THAN 8 CHARGES

JUDGE: J. TRICE
PEOPLE: *M. Kraut*
DEFENSE COUNSEL: MATULIS, JEAN F.
(IS) ~~(IS NOT)~~ PRESENT
ATTY TYPE: APPOINTED
DEFENDANT (IS) ~~(IS NOT)~~ PRESENT
REV= CASE= CT=D6

CLERK: F. O'DONNELL
COURT REPORTER: *[illegible]*
BAILIFF: *W. Heath*
INTERPRETER TYPE:
INTERPRETER:
PROBATION OFFICER:

*Defts motion to be co-counsel in this case is denied.*

__ DEFENDANT FAILED TO APPEAR __ PROBATION REVOKED
__ OWN RECOGNIZANCE RELEASE REVOKED __ BAIL FORFEITED
__ BENCH WARRANT ISSUED __ BAIL SET $______ __ NO BAIL
__ NO COURT SURRENDER
__ SERVICE WITHHELD TO DATE BELOW __ BENCH WARRANT RECALLED
__ BAIL BOND REINSTATED/EXONERATED __ WITH COSTS $100.00/
__ DEFENDANT'S O.R./BAIL REDUCTION MOTION __ GRANTED __ DENIED
*The Court indicates it is not going to accept the dual plea of "not guilty once in jeopardy" as indicated on the record.*
__ COURT APPOINTS PUBLIC DEFENDER __ CONFLICT DECLARED
__ COURT APPOINTS
APPOINTED SUBJECT TO REIMBURSEMENT AS DETERMINED BY PROBATION.
__ COURT HAD READ AND CONSIDERED __ ALL MOVING PAPERS/RESPONSES
ON FILE HEREIN __ THE REPORT(S) OF
__ COUNSEL SUBMIT THE MATTER(S) ON SAID DOCUMENTS WITHOUT HEARING
__ PC995 MOTION TO DISMISS __ GRANTED (COUNTS/ENHANCEMENTS DISMISSED) __ DENIED
__ PC1538.5 MOTION TO SUPPRESS EVIDENCE __ GRANTED __ DENIED
__ PEOPLE'S/DEFENDANT'S MOTION FOR DISCOVERY __ GRANTED __ DENIED
__ MOTION TO FILE AMENDED INFORMATION __ GRANTED __ DENIED
__ AMENDED INFORMATION ORDERED FILED IN OPEN COURT THIS DATE
__ DEFENDANT WAIVES ARRAIGNMENT ON AMENDED INFORMATION
__ DEFENDANT ENTERS PLEAS OF NOT GUILTY OF ALL COUNTS
__ DEFENDANT DENIES ALL ENHANCEMENTS __ PRIORS
__ MOTION TO TERMINATE PROBATION PC __ GRANTED __ DENIED
__ MOTION TO REDUCE COUNT(S) __ TO MISDEMEANOR(S)
__ PURSUANT TO PC17(B) __ GRANTED __ DENIED
__ PETITION CERTIFICATE REHABILITATION/PARDON __ GRANTED __ DENIED
__ MOTION TO CONTINUE __ GRANTED __ DENIED
SET __ VACATED/RESET AS BELOW
__ DEFENDANT WAIVES TIME FOR __ TO
X MOTION *for stay of proceedings* __ GRANTED X DENIED
__ REFERRED TO PROBATION FOR INVESTIGATION/REPORT. RE:
__ REFERRED TO PROBATION FOR PRE-SENTENCE/PRE-PLEA
CONTACT PROBATION WITHIN 1 BUSINESS DAY.
__ REFERRED TO DR(S). __ FOR
INVESTIGATION/REPORT PURSUANT TO __ /OTHER __ REPORT DUE
X OTHER ORDERS/FINDINGS *The Court directs the Sheriff's dept. allow deft. access to his legal property.*
X DEFENDANT REMANDED CUSTODY OF JAIL ~~/CHP/CYA~~ BAIL $ *as ps*
__ DEFENDANT RELEASED ON OWN RECOGNIZANCE AGREEMENT/BAIL
X DEFENDANT ORDERED TO APPEAR ON DATES SET FORTH BELOW

| NEXT EVENT | DATE | TIME | COURT |
|---|---|---|---|
| *Readiness* | *2-18-10* | *8:30a* | *D6* |
| *JT* | *2-23-10* | *1:30pm* | |
| *Motions* | *2-23-10* | *11 am* | |

CC: PROBATION *cc: Jail*

EXHIBIT - 7

SAN LUIS OBISPO COUNTY JAIL
PROPERTY SHEET

# 3 GRAY LARGE BINS
LEGAL PAPERWORK
DATED NOV 6TH 2009

and

BOOKING REPORT I/M COPY

## SAN LUIS OBISPO COUNTY JAIL PROPERTY SHEET

INMATE'S NAME: [illegible] I.D. # 4 2 [illegible]

| Item | | | |
|---|---|---|---|
| Hat/Beanie/Scarf<br>Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink / Gry | | $Money Amount | / |
| Jacket/Sweatshirt<br>Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink / Gry | | Key/Number: | / |
| Shirt/Blouse<br>Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink / Gry | | Wallet/Purse: | |
| Trousers/Dress/Skirt/Shorts<br>Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink / Gry | | Personal Property: | |
| Shoes/Boots/Sandals<br>Color: Blk / Blu / Bro / Grn / Pur / Red / Wht / Yel / Pink / Gry | | 3 GRAY BINS / LEGAL PAPERWORK | |
| Socks | | ALL MARKED | |
| Underwear | | | |
| Undershirt/Bra | | | |
| Jewelry:<br>Rings: | | | |
| Earrings: | | | |
| Bracelets: | | | |
| Necklaces: | | | |
| Medication: | | | |
| Given to Med Staff Yes No | | | |

| Date/Time | Property Item Description | Body # |
|---|---|---|
| Released: | | |
| | | |
| Added: | | |
| | | |

### INTAKE

*Was property held by arresting agency: Yes No*

List:

X ______ Arresting/Transport Officer Signature Date & Time

X ______ Inmate's Signature for Above Property

X ______ Intake Officer Signature and I.D. number Date & Time

**MAIL/PHONE/VISITING COMMUNICATIONS MAY BE MONITORED, COPIED AND/OR RECORDED AND MAY BE USED AGAINST YOU IN COURT**

*Phone Call Access:* Yes No

Officer's Initials ______ Inmate's Initials ______

**PROPERTY BAG #** [illegible]

I:\Admin\Legal Clerk\Forms\Property Sheet_07 Rev. 9/07

### RELEASE

______ (Initials) In signing this release, I acknowledge that: I have received all the property listed above.

______ (Initials) The property listed above has been returned to me in the same condition as when I entered the jail.

______ (Iniciales) En La firma de esta lan zamiento, reconozco que He recibido toda la propiedad encumerada sobre la propiedad puntado arriba

______ (Iniciales) Me he vuelto todo en la misma condicion que cuando entre en la carcel.

X ______ Inmate's Signature for Property Released

X ______ Release Officer Signature and I.D. number Date & Time

Remarks: ______

Original to Property Sheet File
Yellow copy to Inmate's Property Storage Bag
Pink copy to Inmate's Personal Plastic Property Bag
Goldenrod copy to Inmate

repro 1188

San Luis Obispo County
Sheriff's Department

# Booking Report - Inmate Copy

Booking #: A00583823 ID #: 423084

**FELIX, SCOTT EMERSON**

Report Date/Time: 11/6/2009 16:44:40
Booking Date/Time: 11/6/2009 13:27:00
Inmate Status: PEND
Housing Location: MJA5B
Release Date/Time:

**BOOKING COMMENTS**

11/06/09: OTP CASE # F383996; EVENTED FOR 11/10/09 IN DEPT 6 LM/889
DETAINER FROM COALINGA STATE HOSPITAL W/ NO EXPIRATION DATE

**CHARGES**

Charge Number: 1 245(A)(1) PC FELONY - ASSAULT W/DEADLY WEAPON OTHER THAN FIREARM OR GBI Degree: Type:
Other Statute: Bond Amount: $0.00
Arrest Date: 10/27/2009 17:53:00 Arrest Agency: ASHP Agency Case #: 05040834
Arrest Location: COURT REMAND Arresting Officer: SLSO0902 PEREZ, F
Warrant Type: CR Level: FELONY Warrant #: F383996
Bond Type: NO BAIL Court Case #: F383996 Court:
Custody Status:
Disposition:

Charge Number: 2 243(D) PC FELONY - BATTERY WITH SERIOUS BODILY INJURY Degree: Type:
Other Statute: Bond Amount: $0.00
Arrest Date: 10/27/2009 17:53:00 Arrest Agency: ASHP Agency Case #: 05040834
Arrest Location: COURT REMAND Arresting Officer: SLSO0902 PEREZ, F
Warrant Type: CR Level: FELONY Warrant #: F383996
Bond Type: NO BAIL Court Case #: F383996 Court:
Custody Status:
Disposition:

Charge Number: 3 136.1(C)(1) PC PREVENT/DISSUADE WITNESS/VICTIM BY THREAT/FORCE Degree: Type:
Other Statute: Bond Amount: $0.00
Arrest Date: 10/27/2009 17:53:00 Arrest Agency: ASHP Agency Case #: 05040834
Arrest Location: COURT REMAND Arresting Officer: SLSO0902 PEREZ, F
Warrant Type: CR Level: FELONY Warrant #: F383996
Bond Type: Court Case #: F383996 Court:
Custody Status:
Disposition:

Charge Number: 4 524 PC ATTEMPTED EXTORTION Degree: Type:
Other Statute: Bond Amount: $0.00
Arrest Date: 10/27/2009 17:53:00 Arrest Agency: ASHP Agency Case #: 05040834
Arrest Location: COURT REMAND Arresting Officer: SLSO0902 PEREZ, F
Warrant Type: CR Level: FELONY Warrant #: F383996
Bond Type: Court Case #: F383996 Court:
Custody Status:
Disposition:

Charge Number: 5 69 PC FELONY - OBSTRUCT/RESIST EXECUTIVE OFFICER Degree: Type:
Other Statute: Bond Amount: $0.00
Arrest Date: 10/27/2009 17:53:00 Arrest Agency: ASHP Agency Case #: 05040834
Arrest Location: COURT REMAND Arresting Officer: SLSO0902 PEREZ, F
Warrant Type: CR Level: FELONY Warrant #: F383996
Bond Type: Court Case #: F383996 Court:
Custody Status:
Disposition:

Charge Number: 6 69 PC FELONY - OBSTRUCT/RESIST EXECUTIVE OFFICER Degree: Type:
Other Statute: Bond Amount: $0.00
Arrest Date: 10/27/2009 17:53:00 Arrest Agency: ASHP Agency Case #: 05040834
Arrest Location: COURT REMAND Arresting Officer: SLSO0902 PEREZ, F
Warrant Type: CR Level: FELONY Warrant #: F383996
Bond Type: Court Case #: F383996 Court:
Custody Status:
Disposition:

**HOLDS**

Type: DETA Hold Until Date/Time:
Comments: COALINGA STATE HOSPITAL DETAINER W/ NO EXPIRATION DATE
Hold Cleared Date/Time:
Comments:

**PROPERTY**

**VEHICLE**

Vehicle Towed By: Keys InVehicle: ☐
Address: Phone: Hold On Vehicle: ☐
Comments:

EXHIBIT - 8

DECLARATION OF FACTS

BY. SCOTT EMERSON FELIX

INTERNAL EXHIBIT - A

PROOF OF INDIGENT STATUS
MONEY OR FUNDS
IN PRISONERS ACCOUNT

FROM: 1/16/2009 TO: 2/22/2010

# DECLARATION OF FACTS

I, SCOTT EMERSON FELIX, HEREBY DECLARES THE FOLLOWING:

1. THAT I AM THE PLAINTIFF IN THE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C § 1983 & HOUSED AT THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT COUNTY JAIL SEE ATTACHED EXHIBIT-7

2. AS THE PLAINTIFF, I AM UNDER THE COLOR OF LAW REQUESTING THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA TAKE JUDICIAL NOTICE TO THE PLAIN WRITTEN FACTS AS TRUE and CORRECT.

3. THIS INCLUDES BUT IS NOT LIMITED TO THOSE FACTS ALLEDGED IN THE SAID CIVIL RIGHTS COMPLAINT, ITS EXHIBITS and ALLEGATION DESCRIBED IN D. CLAIMS, SUPPORTING FACTS and PROOF OF THE PLAINTIFFS INDIGENT STATUS, IN THE ATTACHED INTERNAL EXHIBIT - A TO PLAINTIFFS DECLARATION OF FACTS IN THE ABOVE-ENTITLED MATTER NOW BEFORE THE COURT. INTERNAL EXHIBIT-A



CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

4/17/2009
3:53:32PM

COALINGA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

0005504 Felix, Scott

| | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 01/16/2009 | 18-011609 | AB1013 Funds | $12.50 Receipts | | $11.00 | $11.00 |
| 2 | 02/13/2009 | 18-021609 | AB1013 Funds | AB1013 (12.50) for 02/16/09 | | $12.50 | $23.50 |
| 3 | 03/02/2009 | ENC-03020 | Create Encumbrance $5.00 | Donations AA | | | $23.50 |
| 4 | 03/03/2009 | ENC-03020 | Remove Encumbrance $5.00 | Donations AA | | | $23.50 |
| 5 | 03/03/2009 | 13-030309 | Misc Disbursement | Donations AA | $5.00 | | $18.50 |
| 6 | 03/16/2009 | 18-031609 | AB1013 Funds | $12.50 Receipts | | $12.50 | $31.00 |
| 7 | 03/23/2009 | 13-032309 | Misc Disbursement | Donation - AA | $2.00 | | $29.00 |
| 8 | 04/03/2009 | 13-040309 | Misc Disbursement | Cash Card Disb. | $24.00 | | $5.00 |
| 9 | 04/16/2009 | 18-041609 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |

TOTAL WITHDRAWLS / DEPOSITS: $31.00 $48.50

Patient's Copy! Please ... to him. Thank You.

SAN LUIS OBISPO COUNTY JAIL
INMATE REQUEST

NAME: SCOTT E. FELIX
HOUSING: 4-A ID #: 423084
REQUEST: MONEY OR FUNDS IN PRISONERS ACCOUNT PROOF OF INDIGENT STATUS.
Scott Felix

DATE REC'D: 8/23/2010 REC'D BY:
ANSWER:
BY: DATE:

EXHIBIT - 9

DECLARATION OF FELIX

INTERNAL EXHIBIT - A

SHERIFF DEPARTMENT INMATE RULES



CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

4/17/2009
3:53:32PM

COALINGA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

0005504 Felix, Scott

| TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|
| 01/16/2009 | 18-011609 | AB1013 Funds | $12.50 Receipts | | $11.00 | $11.00 |
| 02/13/2009 | 18-021609 | AB1013 Funds | AB1013 (12.50) for 02/16/09 | | $12.50 | $23.50 |
| 03/02/2009 | ENC-03020 | Create Encumbrance $5.00 | Donations AA | | | $23.50 |
| 03/03/2009 | ENC-03020 | Remove Encumbrance $5.00 | Donations AA | | | $23.50 |
| 03/03/2009 | 13-030309 | Misc Disbursement | Donations AA | $5.00 | | $18.50 |
| 03/16/2009 | 18-031609 | AB1013 Funds | $12.50 Receipts | | $12.50 | $31.00 |
| 03/23/2009 | 13-032309 | Misc Disbursement | Donation - AA | $2.00 | | $29.00 |
| 04/03/2009 | 13-040309 | Misc Disbursement | Cash Card Disb. | $24.00 | | $5.00 |
| 04/16/2009 | 18-041609 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |

TOTAL WITHDRAWLS / DEPOSITS: $31.00 $48.50

Patient's Copy! Pleas[e] ... to him. Thank You.

SAN LUIS OBISPO COUNTY JAIL

**INMATE REQUEST**

NAME: SCOTT E. FELIX
HOUSING: 4-A ID #: 423084
REQUEST: MONEY OR FUNDS IN PRISONERS ACCOUNT PROOF OF INDIGENT STATUS.
Scott Felix

DATE REC'D: 8 / 22 / 2010 REC'D BY:
ANSWER: [illegible]
BY: [illegible] DATE: [illegible]

EXHIBIT - 9

DECLARATION OF FELIX

INTERNAL EXHIBIT - A

SHERIFF DEPARTMENT
INMATE RULES

# DECLARATION OF FACTS

I, SCOTT EMERSON FELIX, HEREBY DECLARE THE FOLLOWING:

1. THAT I AM THE PLAINTIFF IN THE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C § 1983 LAWSUIT IN GOOD FAITH TO RESTORE CONSTITUTIONAL and CIVIL RIGHTS TO THE SAN LUIS OBISPO COUNTY JAIL AS A PRE-TRIAL DETAINEE, UNDER THE UNITED STATES CONSTITUTION...

2. PLAINTIFF RESPECTFULLY PRAY THE COURT and PRO-SE' CLERK FOR THIS HONORABLE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, TAKE JUDICIAL NOTICE TO THE FACTS DESCRIBED IN THE COMPLAINT...

3. PLAINTIFF IS WITHOUT QUESTION INDIGENT STATUS and COMPLETELY UNABLE TO PAY FOR THE FILING FEE OF $350.00 DOLLARS. I AM UNABLE TO COPY THE COMPLAINT FOR #4 COPIES and FINALLY HAVE NO POSTAGE FOR MAILING THE COMPLAINT TO THE COURT...

4. THEREFORE, I AM REQUESTING THE COURT and PRO-SE' CLERK IN GOOD FAITH GRANT PLAINTIFF "IN FORMA PAUPERIS" STATUS WITH COURT WAIVER AS PLAINTIFF IS and HAS GIVEN PROOF OF INDIGENT STATUS... SEE EXHIBIT 8

5. FURTHERMORE, PLAINTIFF TRADED HIS FOOD TO FINALLY GET POSTAGE TO MAIL THE #1. ORIGINAL COMPLAINT BECAUSE THE DEFENDANTS REFUSE TO COPY SAID COMPLAINT PER SGT. RUSHING...

6. PLAINTIFF HAS FILED FOUR SEPERATE REQUESTS ON THE FOLLOWING:

A. MARCH 1ST 2010 REQUEST x II
B. MARCH 5TH 2010 REQUEST x II
C. MARCH 10TH 2010 REQUEST x II
D. MARCH 14TH 2010 REQUEST x II

EACH SEPERATE REQUEST ASKED FOR COPING OF LEGAL MATERIAL and PRE-PAID POSTAGE FOR MAILING UNITED STATES WRIT TO FEDERAL COURT...

PAGE - III

7. I HAVE RECIEVED NO RESPONSE FROM OFFICERS HUBBARD, MOEN, OWEN, BARNHILL, POWERS, LARSEN, MITCEL, & SR. OFFICER MCGRAF CONCERNING MY REQUESTS SUBMITTED ON COPYING &/OR POSTAGE OF MAILING EXCEPT FOR THE FOLLOWING:

" SGT. KUSHING IS DEALING WITH YOUR ISSUES & REQUEST FELIX."

8. I AM REQUESTING THE COURT & THE PRO-SE' CLERK TAKE FURTHER JUDICIAL NOTICE TO THESE FACTS. FILE THE §1983 & IN GOOD FAITH PLEASE WAIVE FILING FEE ON THE DESCRIBED GROUNDS & THE FACT THE DEFENDANTS PER SGT. RUSHING ARE OBSTRUCTING JUSTICE WITH ALL OF THE FOLLOWING:

A. DENIAL OF DUE PROCESS;
B. OBSTRUCTION OF JUSTICE;
C. MALICOUS ACTS OF HARASSMENT.
D. TAMPERING WITH FEDERAL §1983;
E. DENIAL LEGAL COPYING & FILING;
F. DENIAL POSTAGE FOR MAILING.

PAGE - IV

9. I APOLOGIZE TO THE COURT & PRO-SE' CLERK FOR BEING UNABLE TO PROVIDE THE #4 COPIES FOR THE CLERK & HUMBLY REQUEST THE COURT GRANT RELIEF & APPOINTMENT OF ATTORNEY & INVESTIGATORS...

10. PLAINTIFF, IN CONCLUSION ASK THE COURT REVIEW THE ATTACHED SAN LUIS OBISPO COUNTY SHERIFFS DEPARTMENT " COUNTY JAIL INMATE RULES PATRICK HEDGES SHERIFF - CORNER " FOR EACH OF THE CONSTITUTIONAL VIOLATIONS DESCRIBED. SEE INTERNAL EXHIBIT - A

11. CLEARLY, THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S DEPARTMENT BELIEVES THEY ARE ABOVE THE LAW & UNITED STATES CONSTITUTION & ARE SOMETYPE OF "INLAND" & NOT A PART OF AMERICA. THE ~~[struck]~~ SAN LUIS OBISPO COUNTY JAIL SHERIFFS DEPARTMENT NEEDS U.S. FEDERAL MONITORING...

CORDIALLY

Scott E. Felix
SCOTT E. FELIX

3/17/2010

INTERNAL EXHIBIT - A

SAN LUIS OBISPO COUNTY
SHERIFF DEPARTMENT

~~COUNTY JAIL~~

INMATE RULES

PATRICK HEDGES
SHERIFF - CORONER

SPECIAL FOOTNOTE

SGT. RUSHING REFUSED TO MAKE COPIES OF RULE BOOK and REFUSES TO MAKE THE #4 REQUIRED COURT COPIES AS INSTRUCTION OF THE UNITED STATES DISTRICT COURT CENTERAL DISTRICT OF CALIFORNIA.

PROOF OF SERVICE
<1013 A, 2015.5 C.C.P.>

I AM OVER EIGHTEEN YEARS OLD and I AM THE PARTY OF ACTION, PLAINTIFF NOW BEFORE THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA AT 312 NORTH SPRING STREET ROOM G-8 LOS ANGELES, CALIFORNIA 90012.

MY CURRENT ADDRESS IS SCOTT E. FELIX #423084 SAN LUIS OBISPO COUNTY JAIL - SHERIFF'S DEPARTMENT 1585 KANSAS AVE, SAN LUIS OBISPO, CA 93401.

ON MARCH 1ST 2010 PER INDIGENT PRISONER, I SERVED and MAILED THE ABOVE - ENTITLE COURT #3 COPIES OF MY CIVIL RIGHTS COMPLAINT ENCLOSED.

I, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF CALIFORNIA, THAT THE FOREGOING IS TRUE and CORRECT.

3/17/2010

BY: Scott E. Felix
SCOTT EMERSON FELIX



SCOTT E. FELIX ID. 423084
SAN LUIS OBISPO COUNTY JAIL
POST OFFICE BOX 15409
SAN LUIS OBISPO, CA 93406-5409
CONFIDENTIAL LEGAL MAIL
"FRANK"
UNITED STATE DISTRICT COURT
C/O CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET ROOM G-8
LOS ANGELES, CALIFORNIA 90012
ATTENTION: PRO-SE CLERK
CONFIDENTIAL LEGAL MAIL

# EXHIBIT - 2

FEDERAL CASE # C10-2823-LHK

and

FEDERAL CASE # C01-3138-WHA

SCOTT E. FELIX
#C9511 LA-305-LOW
P.O. BOX 705
SOLEDAD, CA 93960
PETITIONER PRO-SE'

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT E. FELIX,

PETITIONER,

V.

DR. S. MAYBERG, ET, AL

RESPONDENTS,

No. C 10-2823-LHK

NOTICE OF APPEAL & ALTERNATIVE ORDER FOR GRANTING RELIEF

PETITIONER SCOTT EMERSON FELIX, HEREBY APPEALS FROM THE JUDGMENT, & ORDER BY THE COURT DISMISSING THE ABOVE-ENTITLED CASE # 10-2823-LHK (PR), SIGNED BY JUDGE LUCY H. KOH UNITED STATES DISTRICT COURT DATED THE 13TH OF AUGUST 2010... SEE EXHIBIT - 1

PETITIONER, FURTHER MOVE FROM ALL THE OTHER INTERLOCUTORY ORDERS SUBSUMED, THEREIN CASE No. C01-3138 WHA <PR> PRIOR TO TRANSFER ORDER, FOR REASSIGNMENT DATED AUGUST 2ND 2010 BY THE EXECUTIVE COMMITTEE CLERK RICHARD W. WIEKING... SEE EXHIBIT - 2

CLEARLY, THE COURTS DECISION TO REMOVE THE ORIGINAL ASSIGNMENT, FROM JUDGE ALSUP BY CLERK FOR GOOD CAUSE TO THE SAN JOSE NORTHERN DISTRICT COURT, AFTER THE FILING OF MY ASSIGNED ATTORNEY JANICE R. MAZUR, DATED AUGUST 6TH 2010... SEE EXHIBIT 3

WAS DONE WITHOUT GOOD CAUSE, AS THE COURTS PLEADINGS & PETITIONERS EVIDENCE IN CASE No. C01-3138-WHA & CASE No. C10-2823-LHK PROVE THE STATES CONSTITUTIONAL VIOLATIONS, AS DESCRIBED IN THE MOVING PAPERS, FILED TO THE COURT AS PROOF OF NOT ONLY CRUEL & UNUSUAL PUNISHMENT CLAUSE UNDER THE 5TH & 14TH UNITED STATES AMENDMENTS OF THE CONSTITUTION... ALSO SEE ROBINSON V. CALIFORNIA 370 U.S. 660 <1962> IN AT * 667...

PAGE - III

THE COURT HAS TRULY LOST, ITS DUTY TO NOT ONLY PROTECT CONSTITUTIONAL VIOLATIONS BUT PROCESS FEDERAL WRITS IN GOOD FAITH IN THEIR ENTIRE PROCEDURE, WITHOUT FINDING FILING ERRORS TO JUSTIFY ITS ORDER, WHEN ITS CLEAR PETITIONER WAS GRANTED FORMA PAUPERIS APPLICATION IN CASE NO. C01-3138 CWHA (PR) WITHOUT FILING FEE...

THEREFORE, THE COURTS AUGUST 13TH 2010, ORDER VIOLATES NOT ONLY FILED PAPERS BY ATTORNEY JANICE R. MAZUR, ON MY BEHALF TO THE CLERK OF COURT, DATED AUGUST 6TH 2010, ALSO PROVIDED IN EXHIBIT - 3 WITH THE E-FILING PRISONERS APPLICATION TO PROCEED IN FORMA PAUPERIS DATE 7/20/2010...

PETITIONER, NOW FOR #14 YEARS HAS BEEN ON A DAILY BASIS SUBJECTED TO VIOLATIONS OF THE V & XIV AMENDMENTS WITH LEGAL PROPERTY & LEGAL WORK PRODUCT, VIOLATIONS WHICH HAVE DENIED ME A LIBERTY & THE PURSUIT TO MY HAPPINESS AS AN AMERICAN CITIZEN, BORN & RAISED IN THE GREAT STATE OF CALIFORNIA...

PAGE - IV

PETITIONER, RESPECTFULLY ASKS THE COURT & JUDGES, WHEN DOES THE FEDERAL COURT ACKNOWLEDGE THE CRUELTY OF A PERSON SUBJECT TO #14 YEARS OF INCARCERATION FOR A MINOR DRUNK IN PUBLIC VIOLATION, WHILE ON PAROLE WITHOUT ANY OVERT ACT & THE STATE MONITORING PETITIONER OVER CRIMES COMMITTED #28 YEARS AGO...?

THE FACTS ARE CLEAR, THE (ROBINSON V. CALIFORNIA) 370 U.S. 660 - CAL CRIM No. 3454 2007 - 1085 - 1087 PROVES UNDER THE STATES OWN < LANTERMAN - PETRIS - SHORT LPS - ACT OF WELFARE & INSTITUTION CODE § 5000 ET. SEQ INCLUSIVE WITH § 5150 & § 5250 NO APPROPRIATE STATE LAW WAS FOLLOWED & PETITIONER CONSTITUTIONAL RIGHTS AS FULLY DESCRIBED IN CASE No. C10-2823 LHK (PR) HAVE BEEN VIOLATED...

PETITIONER, FURTHER CITES LEGAL WORK PROPERTY & DENIAL OF DUE PROCESS IN THE OBSTRUCTION OF PROCESSING THE SAID COMPLAINT UNDER < BELL V. WOLFISH >, 441 U.S. 520, 99 S. CT. 1861 <1979>...

WHICH ALSO WITH THE COURTS - E - FILING BY ATTORNEY JANICE R. MAZUR, IN CASE No C01 - 3138 WHA (PR) CREATED CONFUSION FOR THE COURT & HAS RESULTED IN THE CONTINUED DENIAL OF ACCESS To THE COURT, FOR RELIEF ON APPEAL FROM THE ORIGINAL COMMITMENT OF PETITIONER SCOTT E. FELIX UNDER WELFARE & INSTITUTION CODE SECTION § 6600 ET, SEQ, STATUTE... SEE: (PROCUNIER V. MARTINEZ), 416 U.S. 396, 419, 94. S. CT 1800 <1974> & (HEWITT V. HELMS), 459, U.S. 460, 466, - 70 03 S. CT. 864 <1983> ALSO SEE < TOUSSAINT V. MC CARTHY >, 801 F.2D 1080, 1096, 9TH CIR. 1986...

WITHOUT THE COURT, BRIEFING THE FACTS IN WHOLE, THE DENIAL To BE HEARD BY THE COURT IS IN VIOLATION OF < WOLFF V. MC DONNELL >, 418 U.S. 539, 566, 94 S. CT. 2963 <1974>, AS WAS DENIED BY THE TRIAL COURT IN < PEOPLE V. SCOTT E. FELIX >, SUPERIOR COURT CASE # 1091CC AS DESCRIBED IN THOSE PLEADINGS FILED WITH THE COURT IN < SCOTT EMERSON FELIX > V. SHERIFF MICHAEL HENNESSEY, CASE No. C01 - 3138 - WHA AS CIRCULER CONSTITUTIONAL VIOLATIONS...

THUS, RELIEF IS SOUGHT FROM THE COURTS AUGUST 13TH 2010, ORDER OF DISMISSAL BY JUDGE LUCY H. KOH, UNITED STATES DISTRICT PURSUANT To FEDERAL RULES OF APPELLATE PROCEDURE, RULE 22, PETITIONER HEREBY REQUESTS THAT THIS NOTICE OF APPEAL BE DEEMED To CONSTITUTE A REQUEST FOR A CERTIFICATE OF APPEALABILITY...

THE COURT MAY ON ITS OWN MOTION CORRECT ITS OWN RULING & ORDER IF THE COURT FINDS AN ERROR AT ANYTIME, THAT THE JUDGMENT IS FOUND To BE NOT IN THE INTEREST OF JUSTICE, VIA "MISTAKE - INADVERTENCE - SURPRISE OR EXCUSABLE NEGLECT."...

FOR THE RECORD, THIS NOTICE OF APPEAL IS FILED INCONJUNCTION, WITH THE COURTS PRIOR ORDER IN THE ABOVE ENTITLED MATTER CASE No. C10 - 2823 - LHK - <PR>, AS IN THE MATTER OF < HOUSTON V. LACK >, 487 U.S. 266, 274, 108 S. CT. 2379 <1988> - THE COURTS DECISION & MY APPEAL BEING FILED UNDER CASE No. C01 - 3138 WHA <PR> HAVE CREATED JUDICIAL CONFUSION...

THUS, THE REASSIGNMENT BY THE CLERK / EXECUTIVE COMMITTEE OF THIS CASE TO THE SAN JOSE DIVISION, OF THE NORTHERN UNITED STATES DISTRICT COURT, WAS NOT IN GOOD CAUSE, DUE TO PETITIONER NEVER BEING GIVEN THE REASON BY THE COURT FOR REASSIGNMENT OR THE OPPORTUNITY TO RESPOND TO THE COURT!!!

FURTHERMORE, BECAUSE OF ATTORNEY OF RECORD MS. JANICE R. MAZUR FILING, THE PAPERS UPON BEHALF OF PETITIONER, VIA THE ELECTRONIC CASE FILING PROGRAM IN THE CASE MS. MAZUR REPRESENTED ME TO AVOID CONFUSION FOR THE COURT, I SOUGHT THE CONSOLIDATION OF PLEADINGS SINCE THEY ARE CIRCULER / THE EVIDENCE PROVES THE FACTS CITED IN <SCOTT E. FELIX V. SHERIFF MICHAEL HENNESSEY>, CASE NO C01-3138 WHA <PR> AS EVENTUALLY WILL BE PROVEN IN CASE NO. C10-2823 LHK (PR)...

THUS, THE COURT DUE TO THIS CONFUSION / ABANDONING ITS PRIOR PLEADINGS FOR RELIEF AFTER #9 YEARS OF PETITIONER BEING NOT ONLY SUBJECTED TO CONSTITIONAL -

VIOLATIONS SINCE 1996 FOR A MINOR PAROLE VIOLATION OF DRUNK IN PUBLIC, THIS COURT NOW, WITH PREJUDICE DENIES PETITIONER DUE PROCESS, EQUAL PROTECTION / THE LIBERTY INTERESTS DESCRIBED IN THE PETITIONS / PLEADINGS BEFORE THE COURT WHICH PROVE THE ABUSE / VIOLATIONS BY THE STATE OF CALIFORNIA... SEE ALL FILED CASE PLEADINGS TO THE COURT...

CLEARLY, THERE ARE "DEBATEABLE" LEGAL ISSUE / THE CROSSING COURT PAPERS VIA E-FILING BY ATTORNEY OF RECORD JANICE R. MAZUR, APPOINTED BY THE COURT, DUE TO PETITIONER BEING CURRENTLY INCARCERATED / IS INDIGENT... SEE EXHIBIT - 4

PETITIONER, MOVE THE COURT TAKE JUDICIAL NOTICE OF THE PRIOR ORDERS TO PROCEED IN FORMA PAUPERUS, WHILE REQUESTING THE APPOINTMENT OF COUNSEL ON APPEAL, DUE TO THE COMPLEXITY OF THE CASE, COURTS ERROR IN CONFUSION CREATED BY THE NEW BUT CIRCULAR PLEADINGS...

## ACTION REQUESTED & RELIEF SOUGHT

1. PETITIONER, MOVE THE COURT REVERSE ITS PRIOR ORDERS, WHILE GRANTING THE RELIEF SOUGHT BY PETITIONER IN THE FILED FORMA PAUPERUS PLEADINGS TO THE COURT...

2. PETITIONER, MOVE THE COURT APPOINT THE ATTORNEY AT LAW JANICE R. MAZUR, OF THE LAW FIRM OF MAZUR & MAZUR 13465 CAMINO CANADA, SUITE 106-103 EL CAJON, CALIFORNIA 92020, TEL. (888) 810-5050 DUE TO THE COURTS CONFUSION, COMPLEXITY, & HER LEGAL FAMILIARINESS WITH THE FACTS OF THE CASE...

3. PETITIONER, MOVE THE COURT ACCEPT THE NOTICE OF APPEAL, IF THE COURT DENIES THE REQUESTED SECTIONS "1 & "2 OF THE ACTION REQUESTED & RELIEF SOUGHT UNDER FEDERAL RULE OF APPELLATE PROCEDURE, RULE 22 FOR CERTIFICATE OF APPEALABILITY...

4. PETITIONER, MOVE THE COURT TAKE ANY ADDITIONAL ACTION IT DEEMS, JUST & OR PROPER FOR PETITIONER IN THE INTEREST OF JUSTICE FOR SCOTT E. FELIX...

I, SCOTT E. FELIX, HEREBY DECLARE THE FOREGOING FACTS ARE TRUE & CORRECT UNDER CALIFORNIA LAW... EXECUTED THIS 5TH DAY OF SEPTEMBER 2010, HERE AT CTF NORTH, SOLEDAD CALIFORNIA...

CORDIALLY

Scott E. Felix

SCOTT E. FELIX

EXHIBIT - 1
AUGUST 13TH 2010
COURT ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT E. FELIX,
Petitioner,
v.
DR. S. MAYBERG, et al.,
Respondents.

No. C 10-2823 LHK (PR)

ORDER OF DISMISSAL

Petitioner, civil detainee proceeding *pro se*, filed the instant habeas corpus petition challenging his civil commitment, pursuant to 28 U.S.C. § 2254. On June 28, 2010, the Court sent a notification to Petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from Petitioner.

As Petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 13, 2010

Lucy H. Koh
LUCY H. KOH
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT E. FELIX, Petitioner,

v.

DR. S. MAYBERG, et al., Respondents.

No. C 10-2823 LHK (PR)

JUDGMENT

The Court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 13, 2010

Lucy H. Koh
LUCY H. KOH
United States District Judge

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN SENT TO:

Scott E. Felix
AC9511
PO BOX 5500
Wasco, CA 93280

Dated: August 17, 2010

Richard W. Wieking, Clerk

By: /s/
Javier Serrano,
Law Clerk

EXHIBIT - 2
AUGUST 2ND 2010
EXECUTIVE COMMITTEE
CLERK ORDER

**FILED**
August 2, 2010
Richard W. Wieking
Northern District of California

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 S. 1st Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER: 3:10-cv-02823-WHA**
**CASE TITLE: Felix v. Mayberg et al**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division **Honorable Lucy H. Koh** for all further proceedings.

The parties are instructed that all future filings shall bear the initials **LHK** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE JUDGE KOH.

Date: August 2, 2010

FOR THE EXECUTIVE COMMITTEE:

Richard W. Wieking
Clerk

Copies to: All Parties

Scott E. Felix
AC9511
PO Box 5500
Wasco, CA 93280

3:10-cv-02823-WHA

EXHIBIT - 3

AUGUST 6TH 2010

JANICE R. MAZUR

CLERK OF COURT

3:10-cv-02823-WHA-1

MAZUR & MAZUR
Attorneys at Law

Janice R. Mazur
William E. Mazur, Jr.

13465 Camino Canada, Suite 106, No.103, El Cajon, California 92021 * Tel: (888) 810-5950
Fax (888) 447-7085 * e-mail: appealslawyer@aol.com

August 6, 2010

Clerk of the Court
US District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102-9680

RE: Petition for Writ of Habeas Corpus
Felix v. Mayberg
Case No. CV 10 2823

To the Clerk of the Court:

I am an attorney. The petitioner in this matter is acting in pro se and is currently incarcerated in state custody. I represent him in a different matter and as a courtesy, I am forwarding the enclosed documents on his behalf and at his request. (I received these documents on August 3rd)

Enclosed is his completed In Forma Pauperis application. I was unable to find a citation for the Federal Page v. Torey case referenced in his letter.

Because the Petitioner is incarcerated, he does not have access to a computer and requests that he be removed from the electronic case filing program.

Please note the Petitioner's change of address and continue to direct any correspondence to him directly.

Sincerely,

JANICE R. MAZUR
JRM/sf
encs.
cc: Scott Felix w/ enclosures

---

TO: JANICE R. MAZUR
13465 CAMINO CANADA, SUITE 106
EL CAJON, CA 92021

JULY 30TH
2010

DEAR MS MAZUR,

RECIEVED TODAY FROM WASCO STATE PRISON PER TRANSFER TO CTF SOLEDAD FACE COVER NEW FEDERAL PETITION FOR WRIT OF HABEAS CORPUS CV-10-2823-WHA...

ENCLOSED WAS E-FILING CASE INFORMATION & I DON'T WANT TO MESS YOUR FILINGS UP, SO I AM FORWARDING THIS INFORMATION TO YOU & REQUESTING YOU FORWARD MY IN FORMA PAUPERIS CASE APPLICATION TO THE COURT...

PLEASE WRITE IN THE CASE NUMBER FOR PAGE V. TOREY # IT WAIVES FILING FEES... THANK YOU & WILL WRITE SOON MS. MAZUR...

P.S. MAKE COPIES FOR ME, & COVER LETTER CLERK...

CORDIALLY
SCOTT E. FELIX

CC: SEF/JRM:

10 UNITED STATES DISTRICT COURT
7 NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE S.F. CA 94102

JULY 20TH
2010

COURT CLERK,

ENCLOSED IS THE FOLLOWING:

1. JULY 20TH 2010 LETTER ATTORNEY JANIC R. MAZUR

2. E-FILING INFORMATION HANDOUT FOR MS. MAZUR REVIEW / DISPOSITION WITH COURT CLERK...

3. IN FORMA PAUPERIS APPLICATION COMPLETED - YET NOT APPLICABLE BY FEDERAL CASE PAGE V. TOREY CASE No. ____ ? WAIVER CIVIL COMMITMENTS...

4. CHANGE OF ADDRESS PLAINTIFF:

SCOTT E. FELIX
AC9511 LA-147-LOW
P.O. BOX - 705
SOLEDAD, CA 93960

FINALLY, PETITIONER REQUESTS THE COURT CLERK, WAIVE THE FILING FEE UNDER <PAGE V. TOREY> CASE No. UNKNOWN AT THIS TIME, BUT CITED & WAIVED IN CASE No. C01-03138 WHA NORTHERN DISTRICT...

THE COURT IS NOTIFIED, PLAINTIFF IS STILL BEING DENIED HIS PRO-SE LEGAL WORK & WORK PRODUCT BY THE STATE... THANK YOU FOR ALL YOUR ASSISTANCE & ATTENTION IN THIS MATTER...

CORDIALLY

[signature]
SCOTT E. FELIX

CC: SEF/US/CLERK

(ENCLOSURES)

SPECIAL FOOTNOTE:

THE CONTINUED DENIAL OF MY LEGAL PROPERTY & BEING TRANSFERRED BY THE STATE - RENEWS APPOINTMENT COUNSEL...

FILED
JUN 28 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name FELIX SCOTT E.
(Last) (First) (Initial)

Prisoner Number DMH/CSH CO-550-4 & CDC#AC9511

Institutional Address P.O. BOX 5500 B-V-101 WASCO, CA 93280

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WHA

SCOTT E. FELIX
(Enter the full name of plaintiff in this action.)

vs.

DMH DIRECTOR DR. S. MAYBERG ET. AL, SHERIFF P. HEDGE, WARDEN P. VASQUEZ
(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 10 2823 (PR)
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

HAINES V. KERNER 404 U.S. 519, 520 92 S. CT. 594 (1972)

Read Comments Carefully Before Filling In

E-filing

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number CV 10 2823

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

____ Your In Forma Pauperis Application was not completed in its entirety.

____ You did not sign your In Forma Pauperis Application.

____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

____ Other ______

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By ______
Deputy Clerk

rev. 11/07

FELIX

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A. Non-habeas Civil Actions**

Effective April 9, 2006 the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B. Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT E. FELIX, Plaintiff,

vs.

DMH DIRECTOR DR. S. MAYBERG ET. AL, Defendant.

CV 10 2823 WHA (PR)

CASE NO. ____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, SCOTT FELIX, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

LOCAL 393 UNION SAN JOSE 1996 - NO EMPLOYMENT #14 YEARS, NO EMPLOYMENT WHILE INCARCERATED

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? Yes ___ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ ______

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $ N/A Amount of Mortgage: $ N/A

6. Do you own an automobile? Yes ___ No ✓

Make N/A Year N/A Model N/A

Is it financed? Yes ___ No ✓ If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No ✓ Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

N/A

8. What are your monthly expenses?

Rent: $ N/A Utilities: N/A

Food: $ N/A Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| N/A | $ N/A | $ N/A |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

SCOTT E. FELIX V. SHERIFF HENNESSEY
CASE No C01-03138-WHA JUDGE ALSUP

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/20/2010
DATE

Scott Felix
SIGNATURE OF APPLICANT

PLAINTIFF, FEDERAL CASE PAGE V. TORREY CASE No. DOES NOT APPLY

Case Number: ______________

CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ______________ [prisoner name] for the last six months ______________ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __________ and the average balance in the prisoner's account each month for the most recent 6-month period was $__________.

Dated: __________

______________________
[Authorized officer of the institution]

EXHIBIT - 4

NOTICE OF APPEAL
FORMA PAUPERUS
CASE NO. C01-3138-WHA

# PROOF OF SERVICE

I, SCOTT E. FELIX HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT ON THE 5TH OF SEPTEMBER 2010, I MAILED A TRUE COPY OF THE ENCLOSED PLEADINGS:

1. NOTICE OF APPEAL & ALTERNATIVE ORDER FOR GRANTING RELIEF...

THESE PAPERS & PLEADING WERE FILED TO THE COURT:

JUDGE LUCY H. KOH
U.S. DISTRICT JUDGE
NORTHERN DISTRICT CALIFORNIA
280 SOUTH FIRST STREET # 2112
SAN JOSE, CA 95113-3095

BY PLACING THEM IN A PREPAID ENVELOPE IN THE FACILITY MAILBOX AT. CDCR - CTF NORTH SOLEDAD - P.O. BOX 705, SOLEDAD, CA 93960 ON SEPT 5TH 2010...

BY: Scott E Felix
SCOTT E. FELIX

Scott Emerson Felix
AC9511, LA-147-Low
P.O . Box 705
Soledad, CA 93960
Message Phone: (805) 474-5605

Petitioner/appellant in pro se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SCOTT EMERSON FELIX,
Petitioner,

v.

SHERIFF MICHAEL HENNESSEY, Warden,
Respondent.

Case No. C01-3138 WHA (PR)

NOTICE OF APPEAL

Petitioner Scott Emerson Felix hereby appeals from the Judgment signed by Judge Alsup in this action on August 11, 2010 and from all interlocutory orders subsumed therein, including but not limited to the orders entered in this action on November 18, 2008 and September 21, 2009.

Pursuant to Federal Rules of Appellate Procedure, rule 22, petitioner hereby requests that this Notice of Appeal be deemed to constitute a request for a Certificate of Appealability. Although the District Court ruled, in its August 11, 2010 order, that petitioner is not entitled to a certificate of appealability, petitioner requests this court to take judicial notice of the District Court's Order to Show Cause filed on March 26, 2009, in which the court states that issues raised in Petitioner's previous motion for a certificate of appealability (filed on or about February 18, 2009), are "debateable."

Petitioner is currently incarcerated and is indigent. Petitioner requests to proceeed in forma pauperus and further requests appointment of counsel on appeal. If possible, petitioner requests that attorney Janice Mazur, of the firm Mazur & Mazur, 13465 Camino Canada, Suite 106-103, El Cajon, California 920201, Tel: (888) 810-5050 Fax: (888) 447-7085), email: appealslawyer@aol.com, be appointed to represent him on appeal as she has represented him in the District Court proceedings and is familiar with the facts and issues.

DATED: 8/31/2010

Scott E. Felix
Petitioner Scott Felix, in pro se

# PROOF OF SERVICE
<1013(A), 2015.5 C.C.P.>

I AM OVER 18 YEARS OLD & I AM THE PARTY OF ACTION, PLAINTIFF IS NOW BEFORE THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AT 312 NORTH SPRING STREET, ROOM G-8 LOS ANGELES CALIFORNIA 90012...

MY CURRENT ADDRESS IS, SCOTT E. FELIX AC9511 LA-305-LOW P.O. BOX 705, SOLEDAD CALIFORNIA 93960... ON OCTOBER 1ST 2010, PER INDIGENT PRISONER, I SERVED & MAILED THE ABOVE ENTITLED COURT A TRUE COPY OF THE FEDERAL CASE # CV10-2124-JC TO THE COURT CLERK FOR APPEAL...

I DECLARE UNDER THE PENALTY OF PERJURY, THE FOREGOING IS TRUE & CORRECT UNDER THE LAWS OF CALIFORNIA.. EXECUTED OCTOBER 10TH 2010, SOLEDAD CALIFORNIA...

10/11/2010

BY: Scott E. Felix
SCOTT E. FELIX



Scott E. Felix
AC9511 LA-305-Low
P.O. Box 705
Soledad, CA 93960
RECEIVED
CLERK, US DISTRICT COURT
OCT 18 2010
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES POSTAGE
02 1M
0004253462
MAILED FROM ZIP CO
United States District
Office Of The Clerk
U.S. Courthouse Room
L.A. CA 90012
Appeals
JC

C/O S JONES 10-13-10