UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

OCT 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>PATRICK HEDGE, individual and official capacity, Sheriff-Custody Officials; et al.,<br><br>        Defendants - Appellees. | No. 10-56695<br><br>D.C. No. 2:10-cv-02124-UA-JC<br>U.S. District Court for Central California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Cyntharee K. Powells
Deputy Clerk