UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 07 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SCOTT EMERSON FELIX,

        Plaintiff - Appellant,

v.

PATRICK HEDGE, individual and official capacity, Sheriff-Custody Officials; et al.,

        Defendants - Appellees.

No. 10-56695

D.C. No. 2:10-cv-02124-UA-JC
U.S. District Court for Central California, Los Angeles

ORDER



A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated October 29, 2010.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Robert Sansone
Deputy Clerk